# EXHIBIT 1

# COLLATERAL LOAN CONTRACT
## THIS IS A PLEDGE AND NOT A SALE
DCA Lic. # 2088978

No pledged Collateral will be shown prior to redemption.
No personal or business checks or credit cards accepted at redemption.

**NEW YORK LOAN COMPANY**

Member of Collateral Loanbrokers Association of New York & National Pawnbrokers Association

50 West 47th Street, Suite 319
New York, NY 10036
212.997.LOAN (5626) · 855.957.LOAN (5626)
www.newyorkloan.com

**LOAN**
The Finance Charge consists of the Service Fee, Interest, Insurance Fee, and Extra Care Charges shown below.

| Field | Amount |
|---|---|
| AMOUNT FINANCED. The amount of cash advanced or credit extended to you | $500,000.00 |
| FINANCE CHARGE. The dollar amount the credit will cost you. | $40,010.00 |
| TOTAL OF PAYMENTS. Amount required to redeem pawn on Date Due. | $540,010.00 |
| ANNUAL PERCENTAGE RATE. The cost of your credit as a yearly rate. | 24.01% |
| DATE DUE | 6/3/2022 |

| Field | Value | Field | Value |
|---|---|---|---|
| Service Fee | $10.00 | LOAN NO. | LT-PG2000253 |
| Interest | $40,000.00 | Original Loan No. | LT-PG2000253 |
| Insurance Fee | {Declined} | Insured Value | $0.00 |
| EXTRA CARE CHARGES | | Loan Date | 2/3/2022 |
| Vault Storage Fee | $0.00 | Loan Time | 4:15 PM |

PAYMENT SCHEDULE: Total of Payments is due on Date Due shown above.    PREPAYMENT: Payment in full prior to the Date Due may result in a reduction in the Finance Charge.

You ("Borrower") are pledging to New York Loan Company ("Collateral Loan Broker") a security interest in the following property ("Collateral"):

YAYOI KUSAMA, INFINITY NETS (APRU), 2016. ACRYLIC ON CANVAS, 51.25 X 51.25 IN. STORED AT/MUST COLLECT AT ATELIER4 LA.

**A MINIMUM OF TWO BUSINESS DAYS' PRIOR NOTICE REQUIRED FOR REDEMPTION**

### REDEMPTION AMOUNTS

| ON OR BEFORE | AMOUNT DUE |
|---|---|
| 3/3/2022 | $510,010.00 |
| 4/3/2022 | $520,010.00 |
| 5/3/2022 | $530,010.00 |
| 6/3/2022 | $540,010.00 |

Borrower's Name, Address, Email Address, and Phone Number:
NORA ALETTE GILLERN
141 N 8TH RH2
BROOKLYN NY 11249
(215) 837-2869

Itemization of the Amount Financed of $500,000.00
Amount given to you directly $500,000.00
Amount credited to prior loan $0.00

I am the _____ owner _NG_ authorized agent of the owner of the above mentioned Collateral and I am of legal age and have the legal right to pawn the same and I have carefully read and hereby agree to all the terms and conditions of this loan and pledge, as contained on both sides of this Loan Contract delivered to me and acknowledge receipt of a copy of this Loan Contract, which contained the required Federal Truth in Lending Act disclosure statement.
I hereby _NG_ request, _____ do not request, that Collateral Loan Broker retain this signed original Loan Contract and acknowledge receipt of a duplicate copy.
I acknowledge that if I lose this Loan Contract, I will be charged a fee to replace it.

**STORE COPY**

Borrower's Signature: X _[signature]_

Date & Time Printed: 2/3/2022 4:16:52 PM

By signing, I am stating that I agree that the Collateral will be stored in accordance with the terms of this Loan Contract, that I have read and fully and completely understand the terms and conditions on the front and back of this Loan Contract and agree to them as a part of this Loan Contract as if they were printed above my signature, that all information given is true and correct, and that all blanks were filled in prior to my signing.
NOTICE TO BORROWER: All capitalized terms not defined on the front of this Loan Contract shall have the meanings ascribed to such terms on the reverse side.
By initialing below, you agree to the following terms and conditions:

1. **CHANGE OF ADDRESS:** Borrower must promptly notify Collateral Loan Broker of any change of address either in person or in writing sent via registered mail, return receipt requested. The notice must include Borrower's name, new mailing address, telephone number, a copy of Borrower's photo ID and loan number(s). If Borrower desires Collateral Loan Broker to respond to such notice, Borrower must provide a postage paid, self-addressed envelope for such reply.     1. X _NG_ Borrower's Initials

2. **FEES:** The Insurance Fee and Extra Care Charges shown above, if any, will accrue on a pro-rated monthly basis until such time as the Collateral has been redeemed.     2. X _NG_ Borrower's Initials

3. **INSURANCE:** Borrower is solely responsible for insuring the Collateral. Notwithstanding the forgoing, Collateral Loan Broker has offered and Borrower has elected additional coverage in the maximum amount shown above as the "Insured Value." If the "Insured Value" is $0, Borrower has declined coverage offered by Collateral Loan Broker.     3. X _NG_ Borrower's Initials

4. **MILITARY LENDING ACT:** Borrower acknowledges that Collateral Loan Broker does not offer any loan product that complies with the Military Lending Act (10 U.S. Code § 987). As a material term of this contract, Borrower warrants that Borrower is neither a member of, nor a dependent of a member of, the US armed forces who is: i) on active duty under a call or order that does not specify a period of 30 days or less, or ii) on active Guard and Reserve Duty.     4. X _NG_ Borrower's Initials

5. **3RD PARTY AUTHORIZATION:** Borrower hereby appoints _SETH CARMICHAEL_ as Borrower's attorney-in-fact and authorizes him/her to (1) sign all documents related to this Loan Contract and all New Loan Contracts on behalf of Borrower with the same force and effect as though they were signed by Borrower directly and (2) redeem and take possession of the Collateral. In no event shall Collateral Loan Broker be required to verify the identity of any person claiming to be Borrower's attorney-in-fact and shall only confirm that the name above matches the ID provided by such person. If Borrower wants to terminate this appointment, Borrower must notify Collateral Loan Broker via written notice, which shall be signed, dated, and state: "I hereby terminate [person named above] as my attorneyin-fact." No termination of this appointment via written notice will be effective until such notice is actually received by Collateral Loan Broker. If Borrower desires that Collateral Loan Broker acknowledge receipt, Borrower must provide a postage paid, self-addressed envelope.     5. X _NG_ Borrower's Initials

6. **LIMITATION OF LIABILITY; CROSS-COLLATERALIZATION:** Borrower acknowledges that any and all claims by Borrower against Collateral Loan Broker, by reason of Borrower having elected the additional coverage, shall be limited to the "Insured Value." If Borrower has declined insurance coverage offered by Collateral Loan Broker, Collateral Loan Broker shall not be liable for any loss or destruction of the Collateral unless arising out of Collateral Loan Broker's gross negligence or willful misconduct, in which case, Borrower's recourse shall be limited to Collateral Loan Broker' forgiveness of the loan principal, interest, fees, and other charges. Any claim by Borrower against Collateral Loan Broker must be brought within one year from the earlier of the date the claim accrued or the expiration of the Term of this Loan Contract. Borrower waives any statute of limitations to the contrary. Borrower agrees that the Collateral securing this Loan Contract shall serve as collateral for any and all other loans Borrower has presently or may have in the future with Collateral Loan Broker. In the event Borrower is in default on another loan, Collateral Loan Broker may refuse to release the Collateral that secures this loan until Borrower has cured such default.     6. X _NG_ Borrower's Initials

**ALL BUSINESS STRICTLY CONFIDENTIAL · NOTICE: SEE THE REVERSE SIDE FOR MORE TERMS AND CONDITIONS**

Pwn:Beverly-01 NY

**FOUR MONTH LOAN • GENERAL PROVISIONS**

The front and back of this document together constitute the written contract ("Loan Contract") by and between BLCE, LLC, a New York limited liability company doing business as New York Loan Company ("Collateral Loan Broker") and you ("Borrower") documenting the loan from Collateral Loan Broker to Borrower secured by the article(s) pledged by Borrower as collateral ("Collateral") for Borrower's performance of his/her obligations herein.

**Rate of Interest:** The rate of interest charged pursuant to this Loan Contract is four percent (4%) per month, or any fraction of a month (48% per annum). A minimum interest charge of twenty five cents ($0.25) per month may be made on any loan.

**Term/Collateral Loan Broker's Notification:** In the event the Loan has not been redeemed after four (4) months from the date of this loan ("Loan Period"), the Collateral may be sold by Collateral Loan Broker, provided that at least thirty (30) days before the sale, Collateral Loan Broker mails to Borrower a written notice ("Collateral Loan Broker's Notification") informing Borrower of Collateral Loan Broker's intent to sell. Collateral Loan Broker's Notification will be sent to Borrower's attention at the address shown on the front of this Loan Contract or to Borrower's most recent known address if updated in accordance with the terms of this Loan Contract. Actual receipt of Collateral Loan Broker's Notification by Borrower is not required.

**Original Loan Contract, New Loan Contracts:** The first Loan Contract issued to Borrower is the "Original Loan Contract." Any subsequent loan agreed to by and between Borrower and Collateral Loan Broker after the Original Loan Contract and concerning the same Collateral will be evidenced by a new Loan Contract "New Loan Contract." Borrower may request that Collateral Loan Broker issue a New Loan Contract in the amount then owed to take effect after the expiration of the Loan Period. Any payment to Collateral Loan Broker of less than the amount required to redeem the Collateral shall be deemed to be such a request and, upon receipt of said payment, Collateral Loan Broker shall have the option, in its sole and absolute discretion, to either: (1) issue a New Loan Contract in the amount then due, or (2) apply the payment to the amount outstanding under this Loan Contract. Notwithstanding the foregoing, if any check, money order, wire transfer, debit card or credit card used by Borrow to request that Collateral Loan Broker issue a New Loan Contract is dishonored for any reason, including nonsufficient funds, the New Loan Contract shall be voidable at Collateral Loan Broker's option, and Collateral Loan Broker may assess Borrower a fee of $20 together with any other charges permitted by law. Any subsequent loan will be evidenced by a New Loan Contract and secured by the Collateral under Collateral Loan Broker's terms and conditions then in effect.

**Lost Loan Contract:** Borrower cannot redeem the Collateral without this Loan Contract unless Borrower furnishes to Collateral Loan Broker, at or before the time of redemption, a surety company bond ("Surety Bond") in an amount twice the value of the Collateral as determined by Collateral Loan Broker, indemnifying Collateral Loan Broker against loss, damage or expense by reason of any claims by any holder of this Loan Contract or by any alleged owner of the Collateral. The form of the Surety Bond and the surety shall be subject to Collateral Loan Broker's prior approval and at its sole discretion. Should this Loan Contract be lost or mislaid, Borrower must notify Collateral Loan Broker in person at once, find the entry for this Loan Contract upon Collateral Loan Broker's books, give an exact description of the article pawned, identify him/herself and apply for the issuance of a stop Loan Contract. Anyone presenting this Loan Contract before Borrower so applies and obtains the issuance of a stop Loan Contract may redeem the Collateral and Collateral Loan Broker will not be responsible to Borrower. Notwithstanding anything else to the contrary herein, if any third party makes a claim upon Collateral Loan Broker for the Collateral, Borrower cannot redeem it unless Borrower furnishes a Surety Bond as provided for above.

**Borrower's Warranty and Indemnification:** Borrower warrants that: (1) Borrower is the owner of or is otherwise authorized to pledge the Collateral; (2) the Collateral is not subject to any personal property mortgage, security agreement, or pledge agreement; (3) there are no claims, liens or encumbrances against the Collateral, including, without limitation, any claims arising via bankruptcy or divorce proceedings; (4) unless otherwise noted on the front of this Loan Contract, the Collateral is used, having normal wear and tear, scratches and dents; and (5) Borrower has reviewed the description of the Collateral listed on this Loan Contract, and agrees that it reasonably describes the Collateral. Borrower will indemnify Collateral Loan Broker, and reimburse Collateral Loan Broker for any loss, including Collateral Loan Broker's reasonable attorneys' fees and costs, arising from: (1) any claims against the Collateral by a third party who disputes Borrower's warranty stated herein; and (2) any actual breach of Borrower's warranty stated herein.

**Governing Law and Jurisdiction:** Borrower and Collateral Loan Broker agree that the validity, construction, interpretation and enforcement of this Loan Contract, will be governed by the laws of the State of New York without regard to any state's conflict of laws provisions. Further, any suit must only be filed in New York County Supreme Court.

**Customer Privacy Notice:** Collateral Loan Broker collects nonpublic personal information about Borrower as a consumer from Loan Contracts, purchase receipts, sales documents, and/or other forms. Collateral Loan Broker does not disclose this nonpublic, personal information about its present or former customers to anyone, except to Collateral Loan Broker's own employees who have a business need to know and as required by law.

**Entire Agreement:** This Loan Contract constitutes the entire agreement between the parties and any prior understanding or representation of any kind preceding the date of this Loan Contract will not be binding upon either party except to the extent specifically incorporated in this Loan Contract.

**Modification of Agreement:** Any modification of this Loan Contract or additional obligation assumed by either party in connection with this Loan Contract will be binding only if such modification or additional obligation appears on a New Loan Contract.

**Severability:** Borrower and Collateral Loan Broker agree that if any clause of this Loan Contract or any New Loan Contract is held to be void or in any manner unenforceable, the balance of such contract will remain in full force and effect.

**Shipping of Redeemed Collateral:** If Borrower desires Collateral Loan Broker to ship any redeemed Collateral, Borrower must pay Collateral Loan Broker, in advance, the shipping fee quoted by Collateral Loan Broker. Borrower may elect to insure shipment for an additional fee. In any event, Collateral Loan Broker shall have no liability for any damage to or loss of the Collateral as may occur during shipping. Shipping is done by prior arrangement with Collateral Loan Broker and solely at Collateral Loan Broker's discretion. Collateral Loan Broker will not ship the Collateral without receiving the original signed Loan Contract acknowledging receipt of redeemed Collateral.

**Headings:** The headings of this Loan Contract are for convenience only and in no way limit or enlarge the scope or meaning of the language hereof.

**NOTICE OF ELECTION:** (a) The holder of this Loan Contract may redeem the article pledged at any time prior to sale at private sale or public auction first following default. The article pledged may not be sold at private sale or auction until it has remained four months in the Collateral Loan Broker's possession. (b) If the article pledged is sold at private sale or public auction, money, if any, in excess of the amount of the loan, interest, lawful auctioneer's commission, if applicable, lawful extra care charges and the expenses of the advertisement of sale, if applicable, shall be paid to the holder of the pawn Loan Contract. (c) If the Collateral Loan Broker shall purchase the article pledged at auction the holder shall have an additional ten days to redeem the article pledged by paying to the Collateral Loan Broker the amount of the loan, interest, lawful auctioneer's commission, lawful extra care charges and the expense of the advertisement of sale. (d) A holder may sell this Loan Contract to a third party at any time prior to private sale or auction, or he may sell this Loan Contract to the Collateral Loan Broker any time ninety or more days after the article was pledged. (e) If this Loan Contract is sold to a Collateral Loan Broker the holder may redeem the Loan Contract within ten days after the sale by paying to the Collateral Loan Broker the amount paid for the Loan Contract.

**COLLATERAL LOAN BROKER DOES NOT MAKE OR HONOR ANY ORAL AGREEMENT EXTENDING TIME IN WHICH TO REDEEM OR PAY**
**NO COLLATERAL SENT COD • ALL STATE REGULATED INTEREST, FEES AND CHARGES ARE POSTED IN COLLATERAL LOAN BROKER'S OFFICE**

bpc #10-3208-18 · NY · 6/27/2018 · Burrell Printing Co., Inc. · 512-990-1188