**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JUNSUB SHIM,<br><br>                    Plaintiff,<br><br>            -against-<br><br>LUXURY ASSET CAPITAL, LLC; LUXURY ASSET CAPITAL HOLDINGS, LLC; BLCE, LLC D/B/A NEW YORK LOAN COMPANY; NORA ALETTE GILLERN; CARMICHAEL GALLERY, LLC; and SETH CARMICHAEL,<br><br>                    Defendants. | Civil Action No.: 1:24-cv-09738-JPC<br><br>**DECLARATION OF GENE Y. KANG IN SUPPORT OF PLAINTIFF JUNSUB SHIM'S MOTION FOR SUBSTITUTED SERVICE ON DEFENDANTS SETH CARMICHAEL AND NORA ALETTE GILLERN** |

GENE Y. KANG declares under penalty of perjury as follows:

1. I am a partner of the law firm of Rivkin Radler LLP, attorneys for plaintiff, Junsub Shim ("Plaintiff" or "Shim"). I have knowledge of the facts set forth herein and respectfully submit this Declaration in support of Plaintiff's Motion for Substituted Service on Defendants Seth Carmichael ("Carmichael") and Nora Alette Gillern ("Gillern").

2. Plaintiff has made numerous attempts to serve Carmichael and Gillern through traditional methods, which as of the date of the filing of this motion, have been unsuccessful.

3. Plaintiff conducted public records searches through LexisNexis, Westlaw and Google to determine the current addresses for Carmichael.

4. Attached hereto as **Exhibit A** is a true and accurate copy of public record search results on LexisNexis for Carmichael.

5. Attached hereto as **Exhibit B** is a true and accurate copy of public record search results on Westlaw for Carmichael.

6. Plaintiff also requested a Skip Trace performed by Spartan Detective Agency Inc. for Carmichael. Attached hereto as **Exhibit C** is a true and accurate copy of Plaintiff's invoice and report from Spartan Detective Agency Inc. for a Skip Trace to locate Carmichael.

7. Based on the information gathered, process servers attempted to serve Carmichael at numerous addresses throughout the United States. Attached hereto as **Exhibit D** are true and accurate copies of documents from Guaranteed Subpoena Service, Inc. in connection with its attempts to serve Carmichael.

8. Attached hereto as **Exhibit E** is a true and accurate copy of the entity information for Carmichael Gallery, LLC from the Florida Department of State, Division of Corporations.

9. Attached hereto as **Exhibit F** is a true and accurate copy of public record search results on LexisNexis for Elisa Carmichael.

10. Despite the public records searches Plaintiff performed, he has been unable to confirm whether Carmichael currently resides outside of the United States, and if so, in which country he resides.

11. Plaintiff also conducted public records searches through LexisNexis, Westlaw and Google to determine the current addresses for Gillern.

12. Attached hereto as **Exhibit G** is a true and accurate copy of public record search results on LexisNexis for Gillern.

13. Attached hereto as **Exhibit H** is a true and accurate copy of public record search results on Westlaw for Gillern

14. Attached hereto as **Exhibit I** is a true and accurate copy of documents from Guaranteed Subpoena Service, Inc. in connection with its attempts to serve Gillern.

15. Attached hereto as **Exhibit J** is a true and accurate copy of Plaintiff's invoice and report from Spartan Detective Agency Inc. for a Skip Trace performed by Spartan Detective Agency Inc. to locate Gillern.

16. Attached hereto as **Exhibit K** is a true and accurate copy of Gillern's personal LinkedIn profile.

17. Attached hereto as **Exhibit L** is a true and accurate copy of Gillern's personal Facebook profile.

18. Attached hereto as **Exhibit M** is a true and accurate copy of a public record search on LexisNexis of 24 Seven, LLC.

19. Attached hereto as **Exhibit N** is a true and accurate copy of a letter filed by counsel for Carmichael Gallery, LLC in *International Systems Group, Inc. v. Seth Carmichael, Carmichael Gallery, LLC, et al.*, No. 21-cv-6301-PGG in the Southern District of New York.

20. Attached hereto as **Exhibit O** is a true and accurate copy of email exchanges between Carmichael and representatives of Luxury Asset Capital, LLC and Luke Han.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 7, 2025

By*: s/ Gene Y. Kang*
Gene Y. Kang
**RIVKIN RADLER LLP**
25 Main Street, Suite 501
Court Plaza North
Hackensack, New Jersey 07601
P: (201) 287-2489
F: (201) 489-0495
gene.kang@rivkin.com

-and-

477 Madison Avenue
New York, New York 10022
P: (212) 455-9555

F: (212) 687-9044

*Attorneys for Plaintiff, Junsub Shim*