# EXHIBIT A



**1 OF 1 RECORD(S)**

FOR INFORMATIONAL PURPOSES ONLY
Copyright © 2025 LexisNexis
a division of Reed Elsevier Inc. All Rights Reserved.
Report Created: July 3, 2025 - Thursday 3:37 PM

**Driver License Records**

**This data is for informational purposes only.**

**District of Columbia Driver License Records**
  **Driver Information**

|  |  |
|---|---|
| **Name:** | CARMICHAEL, SETH D |
| **Address:** | 2840 CHESAPEAKE ST NW |
|  | WASHINGTON, DC 20008-1044 |
|  | D.C COUNTY |
| **Data source:** | Non-Governmental: DC |

  **Personal Information**

|  |  |
|---|---|
| **SSN:** | ▇▇▇▇▇▇ |
| **Date of Birth:** | ▇▇▇▇ |

**Historical Person Locator**

**This data is for informational purposes only.**

  **Finder Information**

|  |  |
|---|---|
| **Name:** | SETH, D CARMICHAEL |
| **Address:** | 8127 S BROOK FOREST RD UNIT A |
|  | EVERGREEN, CO 80439-6714 |
|  | JEFFERSON COUNTY |
| **SSN:** | ▇▇▇▇▇▇ |
| **Date of Birth:** | ▇▇▇▇ |

Seth_Carmichael

**Historical Person Locator**

**This data is for informational purposes only.**

**Finder Information**

| | |
|---|---|
| **Name:** | SETH, D CARMICHAEL |
| **Address:** | 699 SODA CREEK DR |
| | EVERGREEN, CO 80439-9718 |
| | JEFFERSON COUNTY |
| **SSN:** | ███████ |
| **Date of Birth:** | █████ |

**Historical Person Locator**

**This data is for informational purposes only.**

**Finder Information**

| | |
|---|---|
| **Name:** | SETH, D CARMICHAEL |
| **Address:** | 4115 W FAIRVIEW HTS |
| | TAMPA, FL 33616-1214 |
| | HILLSBOROUGH COUNTY |
| **SSN:** | ███████ |
| **Date of Birth:** | █████ |

**Historical Person Locator**

**This data is for informational purposes only.**

**Finder Information**

| | |
|---|---|
| **Name:** | SETH, D CARMICHAEL |
| **Address:** | 3208 W PRICE AVE |
| | TAMPA, FL 33611-3721 |

HILLSBOROUGH COUNTY

**SSN:** ████████

**Date of Birth:** ████████

**Historical Person Locator**

**This data is for informational purposes only.**

**Finder Information**

**Name:** SETH, D CARMICHAEL

**Address:** 6643 SUMMER COVE DR

RIVERVIEW, FL 33578-8949

HILLSBOROUGH COUNTY

**SSN:** ████████

**Date of Birth:** ████████

**Historical Person Locator**

**This data is for informational purposes only.**

**Finder Information**

**Name:** CARMICHAEL, S D

**Address:** 56 W 57TH ST FL 9TH

NEW YORK, NY 10019-3919

NEW YORK COUNTY

**SSN:** ████████

**Date of Birth:** ████████

**Historical Person Locator**

**This data is for informational purposes only.**

**Finder Information**

|  |  |
|---|---|
| **Name:** | SETH, D CARMICHAEL |
| **Address:** | 80 LEONARD ST APT 5D |
| | NEW YORK, NY 10013-3454 |
| | NEW YORK COUNTY |
| **SSN:** | ████████ |
| **Date of Birth:** | █████ |

**Historical Person Locator**

**This data is for informational purposes only.**

**Finder Information**

|  |  |
|---|---|
| **Name:** | SETH, D CARMICHAEL |
| **Address:** | 5795 WASHINGTON BLVD |
| | CULVER CITY, CA 90232-7336 |
| | LOS ANGELES COUNTY |
| **SSN:** | ████████ |
| **Date of Birth:** | █████ |

**Historical Person Locator**

**This data is for informational purposes only.**

**Finder Information**

|  |  |
|---|---|
| **Name:** | SETH, D CARMICHAEL |
| **Address:** | 1257 N LA BREA AVE |
| | WEST HOLLYWOOD, CA 90038-1023 |
| | LOS ANGELES COUNTY |
| **SSN:** | ████████ |
| **Date of Birth:** | █████ |

Seth_Carmichael

**Historical Person Locator**

**This data is for informational purposes only.**

**Finder Information**

| | |
|---|---|
| **Name:** | CARMICHAEL, SETH D |
| **Address:** | 1257 N LA BREA AVE |
| | WEST HOLLYWOOD, CA 90038-1023 |
| | LOS ANGELES COUNTY |
| **SSN:** | ███████ |
| **Date of Birth:** | ██████ |

**Historical Person Locator**

**This data is for informational purposes only.**

**Finder Information**

| | |
|---|---|
| **Name:** | CARMICHAEL, S D |
| **Address:** | 799 WASHINGTON ST APT |
| | NEW YORK, NY 10014-1540 |
| | NEW YORK COUNTY |
| **SSN:** | ███████ |
| **Date of Birth:** | ██████ |

**Historical Person Locator**

**This data is for informational purposes only.**

**Finder Information**

| | |
|---|---|
| **Name:** | CARMICHAEL, SETH D |
| **Address:** | 799 WASHINGTON ST APT |
| | NEW YORK, NY 10014-1540 |
| | NEW YORK COUNTY |
| **SSN:** | ███████ |

Seth_Carmichael

**Date of Birth:** ███

**Historical Person Locator**

**This data is for informational purposes only.**

**Finder Information**

**Name:** CARMICHAEL, S D

**Address:** 5795 WASHINGTON BLVD

CULVER CITY, CA 90232-7336

LOS ANGELES COUNTY

**SSN:** ███

**Date of Birth:** ███

**Historical Person Locator**

**This data is for informational purposes only.**

**Finder Information**

**Name:** CARMICHAEL, S D

**Address:** 1240 N OLIVE DR

WEST HOLLYWOOD, CA 90069-2707

LOS ANGELES COUNTY

**SSN:** ███

**Date of Birth:** ███

**Historical Person Locator**

**This data is for informational purposes only.**

**Finder Information**

**Name:** SETH, D CARMICHAEL

**Address:** 1240 N OLIVE DR

WEST HOLLYWOOD, CA 90069-2707

LOS ANGELES COUNTY

**SSN:** ███████

**Date of Birth:** ██████

**Historical Person Locator**

**This data is for informational purposes only.**

**Finder Information**

**Name:**   SETH, D CARMICHAEL

**Address:**   37 W 28TH ST FL 12

NEW YORK, NY 10001-4203

NEW YORK COUNTY

**SSN:** ███████

**Date of Birth:** ██████

**Historical Person Locator**

**This data is for informational purposes only.**

**Finder Information**

**Name:**   CARMICHAEL, S D

**Address:**   56 W 22ND ST FL 9

NEW YORK, NY 10010-7281

NEW YORK COUNTY

**SSN:** ███████

**Date of Birth:** ██████

**Historical Person Locator**

**This data is for informational purposes only.**

Seth_Carmichael

**Finder Information**

| | |
|---|---|
| **Name:** | SETH, D CARMICHAEL |
| **Address:** | 56 W 22ND ST FL 9 |
| | NEW YORK, NY 10010-7281 |
| | NEW YORK COUNTY |
| **SSN:** | ▉▉▉▉▉▉ |
| **Date of Birth:** | ▉▉▉▉ |

**Historical Person Locator**

**This data is for informational purposes only.**

**Finder Information**

| | |
|---|---|
| **Name:** | CARMICHAEL, S D |
| **Address:** | 29 GREENE ST APT |
| | NEW YORK, NY 10013-2508 |
| | NEW YORK COUNTY |
| **SSN:** | ▉▉▉▉▉▉ |
| **Date of Birth:** | ▉▉▉▉ |

**Historical Person Locator**

**This data is for informational purposes only.**

**Finder Information**

| | |
|---|---|
| **Name:** | SETH, D CARMICHAEL |
| **Address:** | 29 GREENE ST APT |
| | NEW YORK, NY 10013-2508 |
| | NEW YORK COUNTY |
| **SSN:** | ▉▉▉▉▉▉ |
| **Date of Birth:** | ▉▉▉▉ |

Seth_Carmichael

**Historical Person Locator**

**This data is for informational purposes only.**

    **Finder Information**

|  |  |
|---|---|
| **Name:** | SETH, D CARMICHAEL |
| **Address:** | 2840 CHESAPEAKE ST NW |
|  | WASHINGTON, DC 20008-1044 |
|  | D.C COUNTY |
| **SSN:** | ██████████ |
| **Date of Birth:** | ██████ |

**Historical Person Locator**

**This data is for informational purposes only.**

    **Finder Information**

|  |  |
|---|---|
| **Name:** | CARMICHAEL, S D |
| **Address:** | 21 GREENE ST APT |
|  | NEW YORK, NY 10013-2508 |
|  | NEW YORK COUNTY |
| **SSN:** | ██████████ |
| **Date of Birth:** | ██████ |

**Historical Person Locator**

**This data is for informational purposes only.**

    **Finder Information**

|  |  |
|---|---|
| **Name:** | CARMICHAEL, S D |
| **Address:** | 3011 BROADWAY APT 3R |
|  | ASTORIA, NY 11106-2611 |
|  | QUEENS COUNTY |
| **SSN:** | ██████████ |

Seth_Carmichael

**Date of Birth:**

**Historical Person Locator**

**This data is for informational purposes only.**

**Finder Information**

**Name:**      SETH, D CARMICHAEL

**Address:**   3011 BROADWAY APT 3R

ASTORIA, NY 11106-2611

QUEENS COUNTY

**SSN:**

**Date of Birth:**

**Historical Person Locator**

**This data is for informational purposes only.**

**Finder Information**

**Name:**      CARMICHAEL, S D

**Address:**   223 N 7TH ST APT

BROOKLYN, NY 11211-2907

KINGS COUNTY

**SSN:**

**Date of Birth:**

**Historical Person Locator**

**This data is for informational purposes only.**

**Finder Information**

**Name:**      CARMICHAEL, S D

**Address:**   926 ST S

WASHINGTON, DC 20001

D.C COUNTY

**SSN:** ██████████

**Date of Birth:** ████████

**Historical Person Locator**

**This data is for informational purposes only.**

**Finder Information**

**Name:** CARMICHAEL, S D

**Address:** 1684 32ND ST NW

WASHINGTON, DC 20007-2969

D.C COUNTY

**SSN:** ██████████

**Date of Birth:** ████████

**Historical Person Locator**

**This data is for informational purposes only.**

**Finder Information**

**Name:** CARMICHAEL, S D

**Address:** 2515 HILGARD AVE APT

BERKELEY, CA 94709-1130

ALAMEDA COUNTY

**SSN:** ██████████

**Date of Birth:** ████████

**Historical Person Locator**

**This data is for informational purposes only.**

Seth_Carmichael

**Finder Information**

|  |  |
|---|---|
| **Name:** | CARMICHAEL, S D |
| **Address:** | 5900 HOLLIS ST STE X |
|  | EMERYVILLE, CA 94608-2008 |
|  | ALAMEDA COUNTY |
| **SSN:** | ███████ |
| **Date of Birth:** | ████ |

**Historical Person Locator**

**This data is for informational purposes only.**

**Finder Information**

|  |  |
|---|---|
| **Name:** | CARMICHAEL, S D |
| **Address:** | 2840 CHESAPEAKE ST NW |
|  | WASHINGTON, DC 20008-1044 |
|  | D.C COUNTY |
| **SSN:** | ███████ |
| **Date of Birth:** | ████ |

**Historical Person Locator**

**This data is for informational purposes only.**

**Finder Information**

|  |  |
|---|---|
| **Name:** | CARMICHAEL, S D |
| **Address:** | TESC APT |
|  | OLYMPIA, WA 98505-0001 |
|  | THURSTON COUNTY |
| **SSN:** | ███████ |
| **Date of Birth:** | ████ |

Seth_Carmichael

**Historical Person Locator**

**This data is for informational purposes only.**

**Finder Information**

| | |
|---|---|
| **Name:** | CARMICHAEL, SETH |
| **Address:** | 1240 N OLIVE DR |
| | WEST HOLLYWOOD, CA 90069-2707 |
| | LOS ANGELES COUNTY |
| **SSN:** | ▮▮▮▮▮▮ |
| **Date of Birth:** | ▮▮▮▮▮ |

**Historical Person Locator**

**This data is for informational purposes only.**

**Finder Information**

| | |
|---|---|
| **Name:** | CARMICHAEL, SETH D |
| **Address:** | 2840 W CHESAPEAKE M ST |
| | WASHINGTON, DC 20008 |
| | D.C COUNTY |
| **SSN:** | ▮▮▮▮▮▮ |
| **Phone:** | ▮▮▮▮▮ |
| **Date of Birth:** | ▮▮▮▮▮ |

**Historical Person Locator**

**This data is for informational purposes only.**

**Finder Information**

| | |
|---|---|
| **Name:** | CARMICHAEL, SETH D |
| **Address:** | 223 N 7TH ST |
| | BROOKLYN, NY 11211-2907 |
| | KINGS COUNTY |

Seth_Carmichael

**SSN:** ████████

**Phone:** ██████

**Date of Birth:** ██████

**Historical Person Locator**

**This data is for informational purposes only.**

**Finder Information**

**Name:** CARMICHAEL, SETH D

**Address:** PO BOX 8395

EMERYVILLE, CA 94662-0395

ALAMEDA COUNTY

**SSN:** ████████

**Phone:** ██████

**Date of Birth:** ██████

**Historical Person Locator**

**This data is for informational purposes only.**

**Finder Information**

**Name:** CARMICHAEL, SETH D

**Address:** 3011 BROADWAY APT 3R

ASTORIA, NY 11106-2611

QUEENS COUNTY

**SSN:** ████████

**Phone:** ██████

**Date of Birth:** ██████

**Historical Person Locator**

**This data is for informational purposes only.**

Seth_Carmichael

**Finder Information**

| | |
|---|---|
| **Name:** | CARMICHAEL, SETH D |
| **Address:** | 1684 32ND ST NW |
| | WASHINGTON, DC 20007-2969 |
| | D.C COUNTY |
| **SSN:** | ▮▮▮▮▮▮▮ |
| **Phone:** | ▮▮▮▮▮ |
| **Date of Birth:** | ▮▮▮▮ |

**CALIFORNIA JUDGMENT AND LIEN FILINGS**

**This data is for informational purposes only.**

**Debtor Information**

| | |
|---|---|
| **Name:** | CARMICHAEL, SETH D |
| **Address:** | 3208 W PRICE AVE |
| | TAMPA, FL 33611-3721 |
| | HILLSBOROUGH COUNTY |

**Creditor Information**

| | |
|---|---|
| **Name:** | STATE OF CALIFORNIA |

**Filing Information**

| | |
|---|---|
| **Filing Date:** | 10/11/2017 |
| **Amount:** | $94,493 |
| **Certificate Number:** | 17280225238 |

**Filing 1**

| | |
|---|---|
| **Filing Number:** | 201710110455 |
| **Filing Type:** | STATE TAX LIEN |
| **Filing Court:** | SACRAMENTO COUNTY COURT (RD) |

| | |
|---|---|
| **Filing County:** | SACRAMENTO |
| **Filing Office:** | CA |

**CALIFORNIA JUDGMENT AND LIEN FILINGS**

**This data is for informational purposes only.**

**Debtor Information**

| | |
|---|---|
| **Name:** | CARMICHAEL, SETH D |
| **SSN:** | ███████ |
| **Address:** | 3208 W PRICE AVE |
| | TAMPA, FL 33611-3721 |
| | HILLSBOROUGH COUNTY |

**Creditor Information**

| | |
|---|---|
| **Name:** | FRANCHISE TAX BOARD |
| **Address:** | PO BOX 2952 |
| | SACRAMENTO, CA 95812-2952 |
| | SACRAMENTO COUNTY |

**Filing Information**

| | |
|---|---|
| **Original Filing Number:** | 167540975640 |
| **Filing Date:** | 08/10/2016 |
| **Original Filing Type:** | STATE TAX LIEN |
| **Status:** | UNLAPSED |

**CALIFORNIA JUDGMENT AND LIEN FILINGS**

**This data is for informational purposes only.**

**Debtor Information**

| | |
|---|---|
| **Name:** | CARMICHAEL, SETH D |

**Address:**    80 LEONARD ST APT 5D

NEW YORK, NY 10013-3454

NEW YORK COUNTY

**Creditor Information**

**Name:**    STATE OF CALIFORNIA

**Filing Information**

**Filing Date:**    01/14/2015

**Amount:**    $170,441

**Certificate Number:**    15007342584

**Filing 1**

**Filing Number:**    201501140415

**Filing Type:**    STATE TAX LIEN

**Filing Court:**    SACRAMENTO COUNTY COURT (RD)

**Filing County:**    SACRAMENTO

**Filing Office:**    CA

**CALIFORNIA JUDGMENT AND LIEN FILINGS**

**This data is for informational purposes only.**

**Debtor Information**

**Name:**    CARMICHAEL, SETH D

**Address:**    5795 WASHINGTON BLVD

CULVER CITY, CA 90232-7336

LOS ANGELES COUNTY

**Creditor Information**

**Name:**    STATE OF CALIFORNIA

Seth_Carmichael

**Filing Information**

|  |  |
|--|--|
| **Filing Date:** | 11/27/2012 |
| **Amount:** | $81,579 |
| **Certificate Number:** | 12326664745 |

**Filing 1**

|  |  |
|--|--|
| **Filing Number:** | 20121794820 |
| **Filing Type:** | STATE TAX LIEN |
| **Filing Court:** | LA COUNTY / RECORDER OF DEEDS |
| **Filing County:** | LOS ANGELES |
| **Filing Office:** | CA |

**CALIFORNIA JUDGMENT AND LIEN FILINGS**

**This data is for informational purposes only.**

**Debtor Information**

**Debtor 1**

|  |  |
|--|--|
| **Name:** | CARMICHAEL, SETH D |
| **Address:** | 5795 WASHINGTON BLVD |
|  | CULVER CITY, CA 90232-7336 |
|  | LOS ANGELES COUNTY |

**Debtor 2**

|  |  |
|--|--|
| **Name:** | CARMICHAEL, SETH D |
| **Address:** | 5795 WASHINGTON BLVD |
|  | CULVER CITY, CA 90232-7336 |
|  | LOS ANGELES COUNTY |

**Creditor Information**

Seth_Carmichael

**Creditor 1**

          **Name:**  STATE OF CALIFORNIA

**Creditor 2**

          **Name:**  STATE OF CALIFORNIA

**Filing Information**

  **Original Filing Number:**  20111118308

        **Filing Date:**  08/18/2011

            **Amount:**  $39,575

    **Certificate Number:**  11200676654

      **Release Date:**  03/14/2012

**Filing 1**

      **Filing Number:**  20120392587

         **Filing Type:**  STATE TAX LIEN RELEASE

        **Filing Court:**  LA COUNTY / RECORDER OF DEEDS

      **Filing County:**  LOS ANGELES

        **Filing Office:**  CA

**CALIFORNIA JUDGMENT AND LIEN FILINGS**

**This data is for informational purposes only.**

**Filing Information**

        **Filing Date:**  08/18/2011

            **Amount:**  $39,575

    **Certificate Number:**  11200676654

**Filing 1**

      **Filing Number:**  20111118308

| | |
|---|---|
| **Filing Type:** | STATE TAX LIEN |
| **Filing Court:** | LA COUNTY / RECORDER OF DEEDS |
| **Filing County:** | LOS ANGELES |
| **Filing Office:** | CA |

**CALIFORNIA JUDGMENT AND LIEN FILINGS**

**This data is for informational purposes only.**

**Debtor Information**

| | |
|---|---|
| **Name:** | CARMICHAEL, SETH D |
| **Address:** | 1257 N LA BREA AVE |
| | WEST HOLLYWOOD, CA 90038-1023 |
| | LOS ANGELES COUNTY |

**Creditor Information**

| | |
|---|---|
| **Name:** | INTERNAL REVENUE SERVICE |

**Filing Information**

| | |
|---|---|
| **Filing Date:** | 03/31/2011 |
| **Amount:** | $31,952 |
| **Certificate Number:** | 768956311 |

**Filing 1**

| | |
|---|---|
| **Filing Number:** | 20110476168 |
| **Filing Type:** | FEDERAL TAX LIEN |
| **Filing Court:** | LA COUNTY / RECORDER OF DEEDS |
| **Filing County:** | LOS ANGELES |
| **Filing Office:** | CA |

**CALIFORNIA JUDGMENT AND LIEN FILINGS**

Seth_Carmichael

**This data is for informational purposes only.**

**Debtor Information**

**Debtor 1**

|  |  |
|---|---|
| **Name:** | CARMICHAEL, SETH D |
| **Address:** | 5795 WASHINGTON BLVD |
|  | CULVER CITY, CA 90232-7336 |
|  | LOS ANGELES COUNTY |

**Debtor 2**

|  |  |
|---|---|
| **Name:** | CARMICHAEL, SETH D |
| **Address:** | 5795 WASHINGTON BLVD |
|  | CULVER CITY, CA 90232-7336 |
|  | LOS ANGELES COUNTY |

**Creditor Information**

**Creditor 1**

|  |  |
|---|---|
| **Name:** | STATE OF CALIFORNIA |

**Creditor 2**

|  |  |
|---|---|
| **Name:** | STATE OF CALIFORNIA |

**Filing Information**

|  |  |
|---|---|
| **Original Filing Number:** | 20110072956 |
| **Filing Date:** | 01/13/2011 |
| **Amount:** | $53,613 |
| **Certificate Number:** | 11012319980 |
| **Release Date:** | 02/08/2012 |

**Filing 1**

Seth_Carmichael

| | |
|---|---|
| **Filing Number:** | 20120220676 |
| **Filing Type:** | STATE TAX LIEN RELEASE |
| **Filing Court:** | LA COUNTY / RECORDER OF DEEDS |
| **Filing County:** | LOS ANGELES |
| **Filing Office:** | CA |

**CALIFORNIA JUDGMENT AND LIEN FILINGS**

**This data is for informational purposes only.**

**Filing Information**

| | |
|---|---|
| **Filing Date:** | 01/13/2011 |
| **Amount:** | $53,613 |
| **Certificate Number:** | 11012319980 |

**Filing 1**

| | |
|---|---|
| **Filing Number:** | 20110072956 |
| **Filing Type:** | STATE TAX LIEN |
| **Filing Court:** | LA COUNTY / RECORDER OF DEEDS |
| **Filing County:** | LOS ANGELES |
| **Filing Office:** | CA |

**Motor Vehicle Registrations**

**This data is for informational purposes only.**

**New York Motor Vehicle Registration**

**Registrant Information**

| | |
|---|---|
| **Name:** | CARMICHAEL, SETH D |
| **Date of Birth:** | 5/1974 |
| **Address:** | 3011 BROADWAY APT 3R |
| | ASTORIA, NY 11106-2611 |
| | QUEENS COUNTY |

Seth_Carmichael

**New York Motor Vehicle Registration**

**Registration Information**

| | |
|---|---|
| Original Registration Date: | 8/11/2000 |
| Registration Date: | 8/11/2000 |
| Registration Expiration Date: | 8/10/2002 |

## Vehicle Information

| | | | | | |
|---|---|---|---|---|---|
| **VIN:** | WBD12319012018103 | **Restraint:** | | **Transmission:** | |
| **Vehicle Class:** | UNKNOWN | **Power Steering:** | | **Air Conditioning:** | |
| **Model Year:** | 1980 | **Roof:** | | **Front Wd:** | |
| **Make:** | MERCEDES-BENZ | **Optional Roof:** | | **4WD:** | |
| **Model:** | | **Fuel:** | | **Anti-Lock Brakes:** | |
| **Series:** | | **Tilt Wheel:** | | **Power Brakes:** | |
| **Style:** | STATION WAGON | **Security System:** | | **Power Windows:** | |
| **Color:** | UNKNOWN | **Radio:** | | **Daytime Running Lights:** | |
| **Engine Type:** | | **Engine Size:** | | **Base Price:** | |
| **Net Weight:** | 3,400 lbs. | | | | |

**Plate Information**

| | |
|---|---|
| License Plate Number: | FJ187K |
| License Plate Type: | Private |
| Plate State: | New York |
| Previous License Plate Number: | AF9263 |
| Previous Plate State: | District Of Columbia |

**Source Information**

| | |
|---|---|
| Data Source: | GOVERNMENTAL |

**Motor Vehicle Registrations**

Seth_Carmichael

**This data is for informational purposes only.**

**New York Motor Vehicle Registration**
## Vehicle Information

| VIN: | WBD12319012018103 | Restraint: | | Transmission: | |
|------|-------------------|------------|--|---------------|--|
| Vehicle Class: | UNKNOWN | Power Steering: | | Air Conditioning: | |
| Model Year: | 1980 | Roof: | | Front Wd: | |
| Make: | MERCEDES-BENZ | Optional Roof: | | 4WD: | |
| Model: | | Fuel: | | Anti-Lock Brakes: | |
| Series: | | Tilt Wheel: | | Power Brakes: | |
| Style: | STATION WAGON | Security System: | | Power Windows: | |
| Color: | UNKNOWN | Radio: | | Daytime Running Lights: | |
| Engine Type: | | Engine Size: | | Base Price: | |
| Net Weight: | 3,400 lbs. | | | | |

**Owner Information**

|  |  |
|--|--|
| Name: | CARMICHAEL, SETH D |
| Date of Birth: | 5/1974 |
| Address: | 3011 BROADWAY APT 3R |
| | ASTORIA, NY 11106-2611 |
| | QUEENS COUNTY |

**Title Information**

|  |  |
|--|--|
| Original Title Date: | 10/6/2000 |

**Source Information**

|  |  |
|--|--|
| Data Source: | GOVERNMENTAL |

**Person Locator 1**

**This data is for informational purposes only.**

Seth_Carmichael

**Personal Information**

| | | |
|---|---|---|
| **Name:** | CARMICHAEL, SETH D |
| **Address:** | 80 LEONARD ST APT 5D |
| | NEW YORK, NY 10013 |
| **SSN:** | ████████ |
| **Reported Date:** | 02/2015 |

**Prior Address**

| | |
|---|---|
| **Address:** | 3208 W PRICE AVE |
| | TAMPA, FL 33611 |
| **Reported Date:** | 09/2017 |

| | |
|---|---|
| **Address:** | 5795 WASHINGTON BLVD |
| | CULVER CITY, CA 90232 |
| **Reported Date:** | 09/2010 |

**Person Locator 1**

**This data is for informational purposes only.**

**Personal Information**

| | |
|---|---|
| **Name:** | CARMICHAEL, S D |
| **Address:** | 56 W 57TH ST FL 9TH |
| | NEW YORK, NY 10019 |
| **SSN:** | ████████ |
| **Reported Date:** | 04/2003 |

**Prior Address**

| | |
|---|---|
| **Address:** | 56 W 22ND ST FL 9 |
| | NEW YORK, NY 10010 |
| **Reported Date:** | 05/2003 |

Seth_Carmichael

**Address:**    1240 N OLIVE DR

WEST HOLLYWOOD, CA 90069

**Reported Date:**    12/2006

**Person Locator 1**

**This data is for informational purposes only.**

**Personal Information**

**Name:**    CARMICHAEL, S D

**Address:**    56 W 57TH ST FL 9TH

NEW YORK, NY 10019

**SSN:**    █████████

**Reported Date:**    04/2003

**Prior Address**

**Address:**    56 W 22ND ST FL 9

NEW YORK, NY 10010

**Reported Date:**    05/2003

**Address:**    29 GREENE ST

NEW YORK, NY 10013

**Reported Date:**    03/2001

**Person Locator 1**

**This data is for informational purposes only.**

**Personal Information**

**Name:**    CARMICHAEL, S D

**Address:**    56 W 57TH ST FL 9TH

Seth_Carmichael

NEW YORK, NY 10019

**SSN:** █████████

**Reported Date:** 04/2003

**Prior Address**

**Address:** 56 W 22ND ST FL 9

NEW YORK, NY 10010

**Reported Date:** 05/2003

**Address:** 29 GREENE ST

NEW YORK, NY 10013

**Reported Date:** 03/2001

**Person Locator 2**

**This data is for informational purposes only.**

**Personal Information**

**Name:** CARMICHAEL, SETH D

**Address:** 29 GREENE ST

NEW YORK, NY 10013

**SSN:** █████████

**Person Locator 2**

**This data is for informational purposes only.**

**Personal Information**

**Name:** CARMICHAEL, SETH D

**Address:** 29 GREENE ST

NEW YORK, NY 10013

Seth_Carmichael

**SSN:** ██████████

**Person Locator 2**

**This data is for informational purposes only.**

**Personal Information**

**Name:** CARMICHAEL, SETH D

**Address:** 1684 32ND ST NW

WASHINGTON, DC 20007

**SSN:** ██████████

**Person Locator 2**

**This data is for informational purposes only.**

**Personal Information**

**Name:** CARMICHAEL, SETH D

**Address:** 1684 32ND ST NW

WASHINGTON, DC 20007

**SSN:** ██████████

**Person Locator 2**

**This data is for informational purposes only.**

**Personal Information**

**Name:** CARMICHAEL, SETH D

**Address:** 3011 BROADWAY 3R

ASTORIA, NY 11106

**SSN:** ██████████

**Person Locator 2**

Seth_Carmichael

**This data is for informational purposes only.**

**Personal Information**

|  |  |
|---|---|
| **Name:** | CARMICHAEL, S D |
| **Address:** | 6011 55TH CT SE |
|  | OLYMPIA, WA 98513 |
| **SSN:** | ███████ |

**Person Locator 2**

**This data is for informational purposes only.**

**Personal Information**

|  |  |
|---|---|
| **Name:** | CARMICHAEL, SETH |
| **Address:** | POB 8395 |
|  | EMERYVILLE, CA 94662 |
| **SSN:** | ███████ |

**Person Locator 2**

**This data is for informational purposes only.**

**Personal Information**

|  |  |
|---|---|
| **Name:** | CARMICHAEL, S D |
| **Address:** | TESC |
|  | OLYMPIA, WA 98505 |
| **SSN:** | ███████ |

**Person Locator 2**

**This data is for informational purposes only.**

**Personal Information**

|  |  |
|---|---|
| **Name:** | CARMICHAEL, S D |

Seth_Carmichael

**Address:**   6011 55TH CT SE

OLYMPIA, WA 98513

**SSN:** ███████

**Person Locator 2**

This data is for informational purposes only.

**Personal Information**

**Name:**   CARMICHAEL, S D

**Address:**   TESC

OLYMPIA, WA 98505

**SSN:** ███████

**Person Locator 5**

This data is for informational purposes only.

**Personal Information**

**Name:**   CARMICHAEL, SETH DANA

**Address:**   8127 S BROOK FOREST RD UNIT A

EVERGREEN, CO 80439-6714

**SSN:** ███████

**Date of Birth:** ██████

**Gender:**   Male

**Person Locator 5**

This data is for informational purposes only.

**Personal Information**

**Name:**   CARMICHAEL, S D

**Address:**   8127 S BROOK FOREST RD UNIT A

EVERGREEN, CO 80439-6714

**SSN:** ███████

**Date of Birth:** ██████

**Person Locator 5**

**This data is for informational purposes only.**

**Personal Information**

**Name:** CARMICHAEL, SETH DANA

**Address:** 699 SODA CREEK DR

EVERGREEN, CO 80439-9718

**SSN:** ███████

**Date of Birth:** ██████

**Gender:** Male

**Person Locator 5**

**This data is for informational purposes only.**

**Personal Information**

**Name:** CARMICHAEL, S D

**Address:** 699 SODA CREEK DR

EVERGREEN, CO 80439-9718

**SSN:** ███████

**Date of Birth:** ██████

**Person Locator 5**

**This data is for informational purposes only.**

**Personal Information**

**Name:** CARMICHAEL, SETH DANA

**Address:** 4115 W FAIRVIEW HTS

TAMPA, FL 33616-1214

**SSN:** ████████

**Date of Birth:** █████

**Gender:** Male

**Person Locator 5**

**This data is for informational purposes only.**

**Personal Information**

**Name:** CARMICHAEL, S D

**Address:** 4115 W FAIRVIEW HTS

TAMPA, FL 33616-1214

**SSN:** ████████

**Date of Birth:** █████

**Person Locator 5**

**This data is for informational purposes only.**

**Personal Information**

**Name:** CARMICHAEL, SETH DANA

**Address:** 3208 W PRICE AVE

TAMPA, FL 33611-3721

**SSN:** ████████

**Date of Birth:** █████

**Gender:** Male

**Person Locator 5**

**This data is for informational purposes only.**

Seth_Carmichael

**Personal Information**

| | |
|---|---|
| **Name:** | CARMICHAEL, S D |
| **Address:** | 3208 W PRICE AVE |
| | TAMPA, FL 33611-3721 |
| **SSN:** | ███████ |
| **Date of Birth:** | █████ |

**Person Locator 5**

**This data is for informational purposes only.**

**Personal Information**

| | |
|---|---|
| **Name:** | CARMICHAEL, SETH DANA |
| **Address:** | 6643 SUMMER COVE DR |
| | RIVERVIEW, FL 33578-8949 |
| **SSN:** | ███████ |
| **Date of Birth:** | █████ |
| **Gender:** | Male |

**Person Locator 5**

**This data is for informational purposes only.**

**Personal Information**

| | |
|---|---|
| **Name:** | CARMICHAEL, S D |
| **Address:** | 6643 SUMMER COVE DR |
| | RIVERVIEW, FL 33578-8949 |
| **SSN:** | ███████ |
| **Date of Birth:** | █████ |

**Person Locator 5**

**This data is for informational purposes only.**

**Personal Information**

| | |
|---|---|
| **Name:** | CARMICHAEL, SETH DANA |
| **Address:** | 80 LEONARD ST APT 5D |
| | NEW YORK, NY 10013-3454 |
| **SSN:** | ██████████ |
| **Date of Birth:** | ██████ |
| **Gender:** | Male |

**Person Locator 5**

**This data is for informational purposes only.**

**Personal Information**

| | |
|---|---|
| **Name:** | CARMICHAEL, S D |
| **Address:** | 80 LEONARD ST APT 5D |
| | NEW YORK, NY 10013-3454 |
| **SSN:** | ██████████ |
| **Date of Birth:** | ██████ |

**Person Locator 5**

**This data is for informational purposes only.**

**Personal Information**

| | |
|---|---|
| **Name:** | CARMICHAEL, SETH DANA |
| **Address:** | 5795 WASHINGTON BLVD |
| | CULVER CITY, CA 90232-7336 |
| **SSN:** | ██████████ |
| **Date of Birth:** | ██████ |
| **Gender:** | Male |

**Person Locator 5**

**This data is for informational purposes only.**

**Personal Information**

| | |
|---|---|
| **Name:** | CARMICHAEL, S D |
| **Address:** | 5795 WASHINGTON BLVD |
| | CULVER CITY, CA 90232-7336 |
| **SSN:** | ███████ |
| **Date of Birth:** | ██████ |

**Person Locator 5**

**This data is for informational purposes only.**

**Personal Information**

| | |
|---|---|
| **Name:** | CARMICHAEL, SETH DANA |
| **Address:** | 1257 N LA BREA AVE |
| | WEST HOLLYWOOD, CA 90038-1023 |
| **SSN:** | ███████ |
| **Date of Birth:** | ██████ |
| **Gender:** | Male |

**Person Locator 5**

**This data is for informational purposes only.**

**Personal Information**

| | |
|---|---|
| **Name:** | CARMICHAEL, S D |
| **Address:** | 1257 N LA BREA AVE |
| | WEST HOLLYWOOD, CA 90038-1023 |
| **SSN:** | ███████ |
| **Date of Birth:** | ██████ |

**Person Locator 5**

Seth_Carmichael

**This data is for informational purposes only.**

**Personal Information**

| | |
|---|---|
| **Name:** | CARMICHAEL, SETH D |
| **Address:** | 799 WASHINGTON ST |
| | NEW YORK, NY 10014-1540 |
| **SSN:** | █████████ |
| **Date of Birth:** | ██████ |
| **Gender:** | Male |

**Person Locator 5**

**This data is for informational purposes only.**

**Personal Information**

| | |
|---|---|
| **Name:** | CARMICHAEL, S D |
| **Address:** | 799 WASHINGTON ST |
| | NEW YORK, NY 10014-1540 |
| **SSN:** | █████████ |
| **Date of Birth:** | ██████ |
| **Gender:** | Male |

**Person Locator 5**

**This data is for informational purposes only.**

**Personal Information**

| | |
|---|---|
| **Name:** | CARMICHAEL, SETH D |
| **Address:** | 1635 N FORMOSA AVE APT 307 |
| | LOS ANGELES, CA 90046-3274 |
| **SSN:** | █████████ |
| **Date of Birth:** | ██████ |
| **Gender:** | Male |

Seth_Carmichael

**Person Locator 5**

**This data is for informational purposes only.**

**Personal Information**

| | |
|---|---|
| **Name:** | CARMICHAEL, S D |
| **Address:** | 1635 N FORMOSA AVE APT 307 |
| | LOS ANGELES, CA 90046-3274 |
| **SSN:** | ████████ |
| **Date of Birth:** | ██████ |
| **Gender:** | Male |

**Person Locator 5**

**This data is for informational purposes only.**

**Personal Information**

| | |
|---|---|
| **Name:** | CARMICHAEL, SETH D |
| **Address:** | 56 W 57TH ST FL 9TH |
| | NEW YORK, NY 10019-3919 |
| **SSN:** | ████████ |
| **Date of Birth:** | ██████ |
| **Gender:** | Male |

**Person Locator 5**

**This data is for informational purposes only.**

**Personal Information**

| | |
|---|---|
| **Name:** | CARMICHAEL, S D |
| **Address:** | 56 W 57TH ST FL 9TH |
| | NEW YORK, NY 10019-3919 |

Seth_Carmichael

| | |
|---|---|
| **SSN:** | ███████ |
| **Date of Birth:** | ██████ |
| **Gender:** | Male |

**Person Locator 5**

**This data is for informational purposes only.**

**Personal Information**

| | |
|---|---|
| **Name:** | CARMICHAEL, SETH D |
| **Address:** | 1240 N OLIVE DR |
| | LOS ANGELES, CA 90069-2707 |
| **SSN:** | ███████ |
| **Date of Birth:** | ██████ |
| **Gender:** | Male |

**Person Locator 5**

**This data is for informational purposes only.**

**Personal Information**

| | |
|---|---|
| **Name:** | CARMICHAEL, S D |
| **Address:** | 1240 N OLIVE DR |
| | LOS ANGELES, CA 90069-2707 |
| **SSN:** | ███████ |
| **Date of Birth:** | ██████ |
| **Gender:** | Male |

**Person Locator 5**

**This data is for informational purposes only.**

**Personal Information**

Seth_Carmichael

**Name:** CARMICHAEL, SETH D

**Address:** 37 W 28TH ST FL 12

NEW YORK, NY 10001-4203

**SSN:** ████████

**Date of Birth:** ████████

**Gender:** Male

**Person Locator 5**

**This data is for informational purposes only.**

**Personal Information**

**Name:** CARMICHAEL, S D

**Address:** 37 W 28TH ST FL 12

NEW YORK, NY 10001-4203

**SSN:** ████████

**Date of Birth:** ████████

**Gender:** Male

**Person Locator 5**

**This data is for informational purposes only.**

**Personal Information**

**Name:** CARMICHAEL, SETH D

**Address:** 56 W 22ND ST FL 9

NEW YORK, NY 10010-7281

**SSN:** ████████

**Date of Birth:** ████████

**Gender:** Male

**Person Locator 5**

Seth_Carmichael

**This data is for informational purposes only.**

### Personal Information

| | |
|---|---|
| **Name:** | CARMICHAEL, S D |
| **Address:** | 56 W 22ND ST FL 9 |
| | NEW YORK, NY 10010-7281 |
| **SSN:** | ███████ |
| **Date of Birth:** | █████ |
| **Gender:** | Male |

**Person Locator 5**

**This data is for informational purposes only.**

### Personal Information

| | |
|---|---|
| **Name:** | CARMICHAEL, SETH D |
| **Address:** | 29 GREENE ST |
| | NEW YORK, NY 10013-2508 |
| **SSN:** | ███████ |
| **Date of Birth:** | █████ |
| **Gender:** | Male |

**Person Locator 5**

**This data is for informational purposes only.**

### Personal Information

| | |
|---|---|
| **Name:** | CARMICHAEL, S D |
| **Address:** | 29 GREENE ST |
| | NEW YORK, NY 10013-2508 |
| **SSN:** | ███████ |
| **Date of Birth:** | █████ |
| **Gender:** | Male |

Seth_Carmichael

**Person Locator 5**

**This data is for informational purposes only.**

**Personal Information**

| | |
|---|---|
| **Name:** | CARMICHAEL, SETH D |
| **Address:** | 2840 CHESAPEAKE ST NW |
| | WASHINGTON, DC 20008-1044 |
| **SSN:** | ███████ |
| **Date of Birth:** | ██████ |
| **Gender:** | Male |

**Person Locator 5**

**This data is for informational purposes only.**

**Personal Information**

| | |
|---|---|
| **Name:** | CARMICHAEL, S D |
| **Address:** | 2840 CHESAPEAKE ST NW |
| | WASHINGTON, DC 20008-1044 |
| **SSN:** | ███████ |
| **Date of Birth:** | ██████ |
| **Gender:** | Male |

**Person Locator 5**

**This data is for informational purposes only.**

**Personal Information**

| | |
|---|---|
| **Name:** | CARMICHAEL, SETH D |
| **Address:** | 3011 BROADWAY APT 3R |
| | LONG ISLAND CITY, NY 11106-2611 |

Seth_Carmichael

**SSN:** ██████████

**Date of Birth:** ████████

**Gender:** Male

**Person Locator 5**

**This data is for informational purposes only.**

**Personal Information**

**Name:** CARMICHAEL, S D

**Address:** 3011 BROADWAY APT 3R

LONG ISLAND CITY, NY 11106-2611

**SSN:** ██████████

**Date of Birth:** ████████

**Gender:** Male

**Person Locator 5**

**This data is for informational purposes only.**

**Personal Information**

**Name:** CARMICHAEL, SETH D

**Address:** 223 N 7TH ST

BROOKLYN, NY 11211-2907

**SSN:** ██████████

**Date of Birth:** ████████

**Gender:** Male

**Person Locator 5**

**This data is for informational purposes only.**

**Personal Information**

**Name:** CARMICHAEL, S D

**Address:** 223 N 7TH ST

BROOKLYN, NY 11211-2907

**SSN:** ███████

**Date of Birth:** ██████

**Gender:** Male

**Person Locator 5**

**This data is for informational purposes only.**

**Personal Information**

**Name:** CARMICHAEL, SETH D

**Address:** 223 N 7TH ST FL 3

BROOKLYN, NY 11211-2907

**SSN:** ███████

**Date of Birth:** █████

**Gender:** Male

**Person Locator 5**

**This data is for informational purposes only.**

**Personal Information**

**Name:** CARMICHAEL, S D

**Address:** 223 N 7TH ST FL 3

BROOKLYN, NY 11211-2907

**SSN:** ███████

**Date of Birth:** █████

**Gender:** Male

**UCC Filings**

Seth_Carmichael

**This data is for informational purposes only.**

**1:California UCC Record**

**Debtor Information**

| | |
|---|---|
| **Name:** | CARMICHAEL, SETH DANA |
| **Standardized Address:** | 1624 N EL PASO ST |
| | COLORADO SPRINGS, CO 80907-7716 |
| **Original Address:** | 1624 N EL PASO ST |
| | COLORADO SPRINGS, CO 80907-7716 |
| **SSN:** | ███████ |

**Secured Party Information**

| | |
|---|---|
| **Name:** | LENGER, LLC |
| **Standardized Address:** | 3940 LAUREL CANYON BLVD |
| | STUDIO CITY, CA 91604-3709 |
| **Original Address:** | 3940 LAUREL CANYON BLVD |
| | STUDIO CITY, CA 91604-3709 |

**Filing Information**

| | |
|---|---|
| **Original Filing Type:** | UCC - LIEN FINANCING STMT |
| **Original Filing Number:** | U250154558625 |
| **Original Filing Date:** | 06/13/2025 |
| **Original Filing Time:** | 12:54 PM |
| **Filing Status:** | ACTIVE |
| **Filing Number:** | U250154558625 |
| **Filing Expiration Date:** | 06/13/2030 |
| **Pages:** | 1 |

**UCC Filings**

**This data is for informational purposes only.**

Seth_Carmichael

**1:Florida UCC Record**

**Debtor Information**

|  |  |
|---|---|
| **Name:** | CARMICHAEL, SETH DANA |
| **Standardized Address:** | 1624 N EL PASO ST |
|  | COLORADO SPRINGS, CO 80907-7716 |
| **Original Address:** | 1624 N EL PASO ST |
|  | COLORADO SPRINGS, CO 80907-7716 |
| **SSN:** | ███████ |

**Secured Party Information**

|  |  |
|---|---|
| **Name:** | LENGER, LLC |
| **Standardized Address:** | 3940 LAUREL CANYON BLVD |
|  | STUDIO CITY, CA 91604-3709 |
| **Original Address:** | 3940 LAUREL CANYON BLVD |
|  | STUDIO CITY, CA 91604-3709 |

**Filing Information**

|  |  |
|---|---|
| **Original Filing Number:** | 202502092785 |
| **Original Filing Date:** | 06/13/2025 |
| **Filing Agency:** | SECRETARY OF STATE/UCC DIVISION |
| **Filing Agency Address:** | 500 SOUTH BRONOUGH STREET |
|  | TALLAHASSEE, FL 32399 |
| **Filing Type:** | INITIAL FILING |
| **Filing Number:** | 202502092785 |
| **Filing Date:** | 06/13/2025 |
| **Filing Expiration Date:** | 06/13/2030 |
| **Vendor Entry Date:** | 06/25/2025 |
| **Vendor Update Date:** | 2025 |
| **Pages:** | 1 |

Seth_Carmichael

**1:Florida UCC Record**

**UCC Filings**

**This data is for informational purposes only.**

**1:Colorado UCC Record**

**Debtor Information**

|  |  |
|---|---|
| **Name:** | CARMICHAEL, SETH DANA |
| **Standardized Address:** | 1624 N EL PASO ST |
|  | COLORADO SPRINGS, CO 80907-7716 |
| **Original Address:** | 1624 N EL PASO ST |
|  | COLORADO SPRINGS, CO 80907-7716 |
| **SSN:** | ███████ |

**Secured Party Information**

|  |  |
|---|---|
| **Name:** | LENGER, LLC |
| **Standardized Address:** | 3940 LAUREL CANYON BLVD |
|  | STUDIO CITY, CA 91604-3709 |
| **Original Address:** | 3940 LAUREL CANYON BLVD |
|  | STUDIO CITY, CA 91604-3709 |

**Filing Information**

|  |  |
|---|---|
| **Original Filing Number:** | 20252063799 |
| **Original Filing Date:** | 06/13/2025 |
| **Filing Agency:** | SECRETARY OF STATE/UCC DIVISION |
| **Filing Agency Address:** | 1560 BROADWAY |
|  | DENVER, CO 80202 |
| **Filing Type:** | INITIAL FILING |
| **Filing Number:** | 20252063799 |
| **Filing Date:** | 06/13/2025 |
| **Filing Expiration Date:** | 06/13/2030 |

Seth_Carmichael

**1:Colorado UCC Record**

| | |
|---|---|
| **Vendor Entry Date:** | 06/20/2025 |
| **Vendor Update Date:** | 2025 |

**UCC Filings**

**This data is for informational purposes only.**

**1:California UCC Record**

**Debtor Information**

| | |
|---|---|
| **Name:** | CARMICHAEL, SETH DANA |
| **Standardized Address:** | 3208 W PRICE AVE |
| | TAMPA, FL 33611-3721 |
| **Original Address:** | 3208 W PRICE AVE |
| | TAMPA, FL 33611-3721 |
| **SSN:** | ██████ |

**Secured Party Information**

| | |
|---|---|
| **Name:** | LUXURY ASSET CAPITAL LLC |
| **Standardized Address:** | 4100 E MISSISSIPPI AVE STE 1850 |
| | DENVER, CO 80246-3067 |
| **Original Address:** | 4100 E MISSISSIPPI AVE STE 1850 |
| | DENVER, CO 80246-3067 |

**Filing Information**

| | |
|---|---|
| **Original Filing Type:** | UCC - LIEN FINANCING STMT |
| **Original Filing Number:** | U220244244434 |
| **Original Filing Date:** | 11/09/2022 |
| **Original Filing Time:** | 5:00 PM |
| **Filing Status:** | ACTIVE |
| **Filing Number:** | U220244244434 |

Seth_Carmichael

**1:California UCC Record**

                **Filing Expiration Date:**   11/09/2027

                            **Pages:**   3

**UCC Filings**

**This data is for informational purposes only.**

**1:Florida UCC Record**

  **Debtor Information**

                           **Name:**   CARMICHAEL, SETH DANA

      **Standardized Address:**   3208 W PRICE AVE

                                    TAMPA, FL 33611-3721

             **Original Address:**   3208 W PRICE AVE

                                    TAMPA, FL 33611-3721

                            **SSN:**   ██████

  **Secured Party Information**

                           **Name:**   LUXURY ASSET CAPITAL LLC

      **Standardized Address:**   4100 E MISSISSIPPI AVE STE 1850

                                    DENVER, CO 80246-3067

             **Original Address:**   4100 E MISSISSIPPI AVE STE 1850

                                    DENVER, CO 80246-3067

  **Filing Information**

           **Original Filing Number:**   202203576624

               **Original Filing Date:**   11/09/2022

                  **Filing Agency:**   SECRETARY OF STATE/UCC DIVISION

           **Filing Agency Address:**   500 SOUTH BRONOUGH STREET

                                    TALLAHASSEE, FL 32399

                       **Filing Type:**   INITIAL FILING

Seth_Carmichael

**1:Florida UCC Record**

| | |
|---|---|
| **Filing Number:** | 202203576624 |
| **Filing Date:** | 11/09/2022 |
| **Filing Expiration Date:** | 11/09/2027 |
| **Vendor Entry Date:** | 11/17/2022 |
| **Vendor Update Date:** | 2022 |
| **Pages:** | 3 |

**UCC Filings**

**This data is for informational purposes only.**

**1:New York UCC Record**

  **Debtor Information**

| | |
|---|---|
| **Name:** | CARMICHAEL, SETH DANA |
| **Standardized Address:** | 3208 W PRICE AVE |
| | TAMPA, FL 33611-3721 |
| **Original Address:** | 3208 W PRICE AVE |
| | TAMPA, FL 33611-3721 |
| **SSN:** | ██████ |

**Secured Party Information**

| | |
|---|---|
| **Name:** | LUXURY ASSET CAPITAL LLC |
| **Standardized Address:** | 4100 E MISSISSIPPI AVE STE 1850 |
| | DENVER, CO 80246-3067 |
| **Original Address:** | 4100 E MISSISSIPPI AVE STE 1850 |
| | DENVER, CO 80246-3067 |

**Filing Information**

| | |
|---|---|
| **Original Filing Number:** | 202211090474040 |
| **Original Filing Date:** | 11/09/2022 |
| **Filing Agency:** | SECRETARY OF STATE/UCC DIVISION |
| **Filing Agency Address:** | 162 WASHINGTON AVE |

Seth_Carmichael

**1:New York UCC Record**

ALBANY, NY 12210

| | |
|---|---|
| **Filing Type:** | INITIAL FILING |
| **Filing Number:** | 202211090474040 |
| **Filing Date:** | 11/09/2022 |
| **Vendor Entry Date:** | 12/13/2022 |
| **Vendor Update Date:** | 2022 |

**Collateral**

**Collateral Description:**   11/09/2022 202211090474040 - ASSETS INCLUDING PROCEEDS AND
PRODUCTS;INVENTORY INCLUDING PROCEEDS AND PRODUCTS

**UCC Filings**

**This data is for informational purposes only.**

**1:Colorado UCC Record**

**Debtor Information**

| | |
|---|---|
| **Name:** | CARMICHAEL, SETH DANA |
| **Standardized Address:** | 699 SODA CREEK DR |
| | EVERGREEN, CO 80439-9718 |
| **Original Address:** | 699 SODA CREEK DR |
| | EVERGREEN, CO 80439-9718 |
| **SSN:** | ████████ |

**Secured Party Information**

| | |
|---|---|
| **Name:** | LUXURY ASSET CAPITAL LLC |
| **Standardized Address:** | 4100 E MISSISSIPPI AVE STE 1850 |
| | DENVER, CO 80246-3066 |
| **Original Address:** | 4100 E MISSISSIPPI AVE STE 1850 |
| | DENVER, CO 80246-3066 |

Seth_Carmichael

**1:Colorado UCC Record**

**Filing Information**

| | |
|---|---|
| **Original Filing Number:** | 20222114115 |
| **Original Filing Date:** | 11/08/2022 |
| **Filing Agency:** | SECRETARY OF STATE/UCC DIVISION |
| **Filing Agency Address:** | 1560 BROADWAY |
| | DENVER, CO 80202 |
| **Filing Type:** | INITIAL FILING |
| **Filing Number:** | 20222114115 |
| **Filing Date:** | 11/08/2022 |
| **Filing Expiration Date:** | 11/08/2027 |
| **Vendor Entry Date:** | 11/15/2022 |
| **Vendor Update Date:** | 2022 |

**UCC Filings**

**This data is for informational purposes only.**

**1:California UCC Record**

**Debtor Information**

| | |
|---|---|
| **Name:** | CARMICHAEL, SETH D |
| **Standardized Address:** | 3208 W PRICE AVE |
| | TAMPA, FL USA 33611-3721 |
| **Original Address:** | 3208 W PRICE AVE |
| | TAMPA, FL USA 33611-3721 |
| **SSN:** | ████████ |

**Secured Party Information**

| | |
|---|---|
| **Name:** | FRANCHISE TAX BOARD |
| **Standardized Address:** | PO BOX 2952 |

Seth_Carmichael

**1:California UCC Record**

SACRAMENTO, CA US 95812-2952

**Original Address:**   PO BOX 2952

SACRAMENTO, CA US 95812-2952

**Filing Information**

**Original Filing Type:**   NOTICE OF STATE TAX LIEN - LIEN FINANCIN

**Original Filing Number:**   167540975640

**Original Filing Date:**   08/10/2016

**Original Filing Time:**   5:00 PM

**Filing Status:**   ACTIVE

**Filing Number:**   167540975640

**Filing Expiration Date:**   08/10/2026

**Pages:**   1

**Filing Expiration Date:**   08/10/2026

**Fictitious Business Records**

**This data is for informational purposes only.**

**Business Information**

**Name:**   CARMICHAEL GALLERY

**Jurisdiction:**   CA

**Type:**   FICTITIOUS NAME; INDIVIDUAL

**Number:**   20071631307

**Date:**   07/10/2007

**Expiration Date:**   07/10/2012

**Business Status:**   NEW

**Contact Information**

**Name:** SETH CARMICHAEL

**Address:** 1635 N FORMOSA AVE APT 307

LOS ANGELES, CA 90046-3274

LOS ANGELES COUNTY

**Contact Type:** CONTACT

**Fictitious Business Records**

**This data is for informational purposes only.**

**Business Information**

**Name:** CARMICHAEL GALLERY

**Business Address:** 1033 N LA BREA AVE

WEST HOLLYWOOD, CA 90038-2323

LOS ANGELES COUNTY

**Jurisdiction:** CA

**Type:** DBA

**Number:** 20071631307

**Date:** 07/10/2007

**Contact Information**

**Name:** SETH CARMICHAEL

**Address:** 1635 N FORMOSA AVE

LOS ANGELES, CA 90046-3254

LOS ANGELES COUNTY

**Contact Type:** OWNER

**Phones Plus**

**This data is for informational purposes only.**

**Personal Information**

Seth_Carmichael

|  |  |
|---|---|
| **Name:** | CARMICHAEL, SETH |
| **Address:** | 1240 N OLIVE DR |
|  | W HOLLYWOOD, CA 90069-2707 |
| **Phone Number:** | ██████████ |
| **Phone Type:** | Mobile |

**Carrier Information**

|  |  |
|---|---|
| **Carrier Name:** | NEW CINGULAR WRLS DC |
| **Carrier City:** | QUEENS (NWYRCYZN08) |
| **Carrier State:** | NY |

**Email**

**This data is for informational purposes only.**

**Personal Information**

|  |  |
|---|---|
| **Name:** | CARMICHAEL, SETH |
| **Address:** | 80 LEONARD ST APT 4D |
|  | NEW YORK, NY 10013-3452 |
|  | 061 COUNTY |
| **EmailAddress:** | ART@CARMICHAELGALLERY.COM |

**Email**

**This data is for informational purposes only.**

**Personal Information**

|  |  |
|---|---|
| **Name:** | DE ROBERT |
| **Address:** | 2840 CHESAPEAKE ST NW |
|  | WASHINGTON, DC 20008-1044 |
|  | 001 COUNTY |
| **EmailAddress:** | BOB@BOBHOOVER.COM |

**Email**

**This data is for informational purposes only.**

**Personal Information**

|  |  |
|---|---|
| **Name:** | CARMICHAEL, SETH |
| **Address:** | 80 LEONARD ST |
|  | NEW YORK, NY 10013-3450 |
|  | 36061 COUNTY |
| **EmailAddress:** | SCARMIKE@HOTMAIL.COM |

**Email**

**This data is for informational purposes only.**

**Personal Information**

|  |  |
|---|---|
| **Name:** | CARMICHAEL, SETH |
| **Address:** | 80 LEONARD ST APT 5D |
|  | NEW YORK, NY 10013-3454 |
|  | 061 COUNTY |
| **EmailAddress:** | SCARMIKE@HOTMAIL.COM |

**Email**

**This data is for informational purposes only.**

**Personal Information**

|  |  |
|---|---|
| **Name:** | CARMICHAEL, SETH |
| **Address:** | 80 LEONARD ST |
|  | NEW YORK, NY 10013-3450 |
|  | 061 COUNTY |
| **EmailAddress:** | SCARMIKE@HOTMAIL.COM |

Seth_Carmichael

**Email**

**This data is for informational purposes only.**

**Personal Information**

| | |
|---|---|
| **Name:** | CARMICHAEL, SETH |
| **Address:** | 8127 S BROOK FOREST RD UNIT A |
| | EVERGREEN, CO 80439-6714 |
| | 08059 COUNTY |
| **EmailAddress:** | SETH@CARMICHAELGALLERY.COM |

**Email**

**This data is for informational purposes only.**

**Personal Information**

| | |
|---|---|
| **Name:** | CARMICHAEL, SETH |
| **Address:** | 80 LEONARD ST APT 5D |
| | NEW YORK, NY 10013-3454 |
| | 061 COUNTY |
| **EmailAddress:** | SETH@CARMICHAELGALLERY.COM |

**Email**

**This data is for informational purposes only.**

**Personal Information**

| | |
|---|---|
| **Name:** | CARMICHAEL, SETH |
| **Address:** | 80 LEONARD ST |
| | NEW YORK, NY 10013-3450 |
| | 36061 COUNTY |
| **EmailAddress:** | SETH@CARMICHAELGALLERY.COM |

Seth_Carmichael

**Email**

**This data is for informational purposes only.**

**Personal Information**

| | |
|---|---|
| **Name:** | CARMICHAEL, SETH |
| **Address:** | 80 LEONARD ST |
| | NEW YORK, NY 10013-3450 |
| | 061 COUNTY |
| **EmailAddress:** | SETH@CARMICHAELGALLERY.COM |

**Email**

**This data is for informational purposes only.**

**Personal Information**

| | |
|---|---|
| **Name:** | CARMICHAEL, SETH |
| **Address:** | 80 LEONARD ST |
| | NEW YORK, NY 10013-3450 |
| | 36061 COUNTY |
| **EmailAddress:** | SETH@CARMICHAELGALLERY.COM |

**Email**

**This data is for informational purposes only.**

**Personal Information**

| | |
|---|---|
| **Name:** | CARMICHAEL, SETH |
| **Address:** | 80 LEONARD ST |
| | NEW YORK, NY 10013-3450 |
| | 36061 COUNTY |
| **EmailAddress:** | SETH@CARMICHAELGALLERY.COM |

Seth_Carmichael

**Email**

**This data is for informational purposes only.**

**Personal Information**

| | |
|---|---|
| **Name:** | CARMICHAEL, SETH |
| **Address:** | 5795 WASHINGTON BLVD |
| | CULVER CITY, CA 90232-7336 |
| | 037 COUNTY |
| **EmailAddress:** | SETH@CARMICHAELGALLERY.COM |

**Email**

**This data is for informational purposes only.**

**Personal Information**

| | |
|---|---|
| **Name:** | CARMICHAEL, SETH |
| **Address:** | 8127 S BROOK FOREST RD UNIT A |
| | EVERGREEN, CO 80439-6714 |
| | 059 COUNTY |
| **EmailAddress:** | SHAGGY00M@XMISSION.COM |

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.
Your DPPA Permissible Use: Litigation
Your Secondary DPPA Permissible Use: None
Your GLBA Permissible Use: Fraud Prevention or Detection

Copyright© 2025 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

End of Document

# EXHIBIT B

**Address Historical**

## Individual Information

**Name:**  CARMICHAEL, SETH D
**Date of Birth:**

## Historical Address Information

**Address:**  402 HIGHLAND AVE
SOMERVILLE, MA 02144-2548

*Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.*

**End of Document**                    © 2025 Thomson Reuters. No claim to original U.S. Government Works.

# EXHIBIT C





**Spartan Detective Agency, Inc.**
P.O. Box 1414 - Union, New Jersey 07083
Phone: **(877) SDA-2009** {877-732-2009}
Fax: (888) 224-4405 Tax ID 22-1927841
**www.SpartanPI.com**

YOU CAN NOW PRINT A RECEIPT ONLINE AS A
PAYMENT CONFIRMATION FOR YOUR RECORD.
SAVE A STAMP, TIME AND EFFORT AND PAY
THIS INVOICE ONLINE! YOU MAY USE
VISA, MASTERCARD, AMERICAN EXPRESS,
DISCOVER OR EVEN A PAYPAL ACCOUNT!

## INVOICE

RIVKIN RADLER, LLP.-HACKENSACK
GENE Y. KANG, ESQ.
COURT PLAZA NORTH  25 MAIN ST. STE. 501
HACKENSACK NJ 07601

| | |
|---|---|
| INVOICE #: | 20250410144803 |
| FEE: | $25.00 |
| SALES TAX: | $1.65 |
| AMOUNT DUE: | $26.65 |
| DUE OATE: | 5/10/2025 |

**WE RESERVE THE RIGHT TO CHARGE 18% APR INTEREST {0.049315% DPR PAST THE DUE DATE) ON ALL UNPAID BALANCES.**

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

AMOUNT DUE: **$26.65**     INVOICE#: 20250410144803     INVOICE OATE: **4/10/2025**
ATTORNEY:     GENE Y. KANG, ESQ.
FIRM:     RIVKIN RADLER, LLP.-HACKENSACK
PLAINTIFF:     JUNSUB SHIM
OEFENOANT:     LUXURY ASSET CAPITAL, LLC, ET AL
OOCKET#:     1 24 CV 09738 JPC     CLAIM#:
CONDUCTEO UPON:     SETH CARMICHAEL
INVESTIGATION CONDUCTED: SKIP TRACE
INVESTIGATION DATE:     COURT DATE:
ADDRESS:     8127 S BROOK FOREST RD. UNIT A EVERGREEN CO 80439

PAYMENT SENT     |__|__| / |__|__| / |__|__|     [ ] CHECK
ON:     [ ] VISA
     |__|__| , |__|__|__| . |__|__|     [ ] MASTERCARD
AMOUNT PAIO:     [ ] DISCOVER
     [ ] AMERICAN EXPRESS

     CARD/CHECK#:  |__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

RIVKIN RADLER, LLP.-HACKENSACK
COURT PLAZA NORTH  25 MAIN ST. STE. 501
HACKENSACK NJ 07601

| | |
|---|---|
| INVOICE #: | 20250410144803 |
| AMOUNT OUE: | $26.65 |
| DUE DATE: | 5/10/2025 |

For the fastest resolution to your billing inquiry, email us at:
**Billing@SpartanPI.com**

[ ] CHECK

[ ] Visa  [ ] MasterCard  [ ] Oiscover  [ ] American Express

SPARTAN DETECTIVE AGENCY, INC.
**www.SpartanPI.com**
P.O. BOX 1414
UNION, NJ 07083

CARD #: |__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|

EXPIRATION: |__|__| / |__|__|

SIGNATURE: _____

.20250410144803

20250410144803



**Spartan Detective Agency, Inc.**
P.O. Box 1414 - Union, New Jersey 07083
Phone: (877) SDA-2009 {877-732-2009}
Fax: (888) 224-4405 Tax ID 22-1927841
www.SpartanPI.com

## *Confidential Report*
## 20250410144803

RIVKIN RADLER, LLP.-HACKENSACK
COURT PLAZA NORTH 25 MAIN ST. STE. 501
HACKENSACK NJ 07601

Regarding: SKIP TRACE
On:        SETH CARMICHAEL
Date:      04/10/2025

Attn:   GENE Y. KANG, ESQ.
Phone:  2012872460
Fax:    2014890495
E-mail: jennifer.davila@rivkin.com

**As per your request, a SKIP TRACE**

**On**       **SETH CARMICHAEL**
          **8127 S BROOK FOREST RD. UNIT A**
          **EVERGREEN CO 80439**

**was diligently conducted.**

Docket/File#:  **1 24 CV 09738 JPC**
Venue:         **DISTRICT**
Claim#:
Plaintiff:     **JUNSUB SHIM**
Defendant:     **LUXURY ASSET CAPITAL, LLC, ET AL**

**We have located this data with the information previously provided by you. Our findings are indicated below:**
**WE WERE UNABLE TO LOCATE A MORE CURRENT ADDRESS.**
**THE ENTITY IS STILL LISTED AS CURRENT AT: 8127 SOUTH BROOK FOREST ROAD, UNIT A, EVERGREEN, CO 80439.**

**WE RECOMMEND A POSTAL FORWARDING SEARCH. (PLEASE BE ADVISED POSTAL FORWARDING SEARCHES MAY TAKE UP TO 120 BUSINESS DAYS)**

**SSN: 578-15-xxxx**
**DOB: 05/31/1974**

**IF YOU WOULD LIKE TO HAVE THAT SEARCH PERFORMED, KINDLY SIGN AND DATE THIS FORM**
**AND FAX IT BACK TO SPARTAN AT (908) 687-4464 AT YOUR EARLIEST CONVENIENCE. THANK YOU.**

**X**_____

THE DATA CONTAINED IN THIS REPORT HAS BEEN OBTAINED BY APPLYING THE SUBJECT'S NAME AND/OR SOCIAL SECURITY NUMBER FOR VERIFICATION. ALL SUBJECT INFORMATION HAS BEEN PROVIDED BY THE CLIENT PREVIOUS TO THIS SEARCH. IF THIS IS A BANK SEARCH PLEASE NOTE THAT THIS SUBJECT MAY HAVE OTHER BANK ACCOUNTS WITH OTHER BANKS, WHICH DID NOT COME UP ON THIS SEARCH. ALL OF THE ABOVE DATA IS FURNISHED IN RESPONSE TO AN INQUIRY AND HAS BEEN OBTAINED FROM SOURCES DEEMED RELIABLE, THE ACCURACY OF WHICH THIS ORGANIZATION DOES NOT GUARANTEE. THE INQUIRER IS TO BE PERSONALLY RESPONSIBLE FOR ANY MISUSE OF THE ABOVE INFORMATION.
**SHOULD YOU HAVE ANY QUESTIDNS PLEASE DO NDT HESITATE TO CONTACT US!**

SPARTAN REPORT

April 10, 2025

## SETH D CARMICHAEL | 578-15-xxxx | 05/31/1974 (50)

**Address**

**8127 S BROOK FOREST RD UNIT A, EVERGREEN, CO 80439-6714 JEFFERSON (Aug 2019 - Apr 2025)**

1



20250117161704

Guaranteed Subpoena Service, Inc.
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056    (800) 672-1952
Fax: (906) 688-0865 Tax ID 22-2393485
www.Served.com

YOUR PROCESS **20250117161704** Was

**NOT SERVED!**

NOT Served Date/Time: 3/3/2025 5:36 PM

RIVKIN RADLER, LLP.-HACKENSACK
GENE Y. KANG, ESQ.
COURT PLAZA NORTH  25 MAIN ST. STE. 501
HACKENSACK NJ 07601

---

**Visit us at www.SERVED.com to get the latest status of your process. Your FirmID is: 051BA14E**

| | |
|---|---|
| NOT Served Upon:<br>At HOME : | SETH CARMICHAEL<br>8127 S BROOK FOREST RD. UNIT A EVERGREEN CO 80439 |
| In the Case/Docket:<br>Plaintiff:<br>Defendant:<br>Attorney:<br><br>Firm: | 1 24 CV 09738 JPC    Claim:<br>JUNSUB SHIM<br>LUXURY ASSET CAPITAL, LLC, ET AL<br>GENE Y. KANG, ESQ.  Phone: 2012872460  Fax: 2014890495  Email:<br>jennifer.davila@rivkin.com<br>RIVKIN RADLER, LLP.-HACKENSACK<br>COURT PLAZA NORTH  25 MAIN ST. STE. 501 HACKENSACK NJ 07601 |

VIDEO OF OUR ATTEMPTS ARE FREQUENTLY AVAILABLE AT A REASONABLE COST
EFFECTIVE 8/6/18   WHEN AND WHERE AVAILABLE

# AUTHORIZATION FOR ADVANCED SEARCH

Note: all investigative work is performed by Spartan Detective Agency, NJ License 2392

**To order search check desired box, sign authorization and fax back to us immediately at 888-224-4405**
*PLEASE BE ADVISED THAT IF THE SOCIAL SECURITY NUMBER OR TAX ID IS NEEDED FOR A SEARCH THERE WILL BE A $60/$150 FEE.

[ ] Social Security Search $60 find or no find

[ X ] Skip Search* - $75.00 - no find, no pay

[ ] Postal Forwarding $60 anywhere in U.S

[ ] DMV - MVC $60 NJ only, $110 other states

Sales Tax of 6.625% Applies

[ ] VIDEO EVIDENCE $79.99 if available

[ ] Corporate Search - $85 anywhere in U.S.

[ ] (SDA) Stake Out/Inv $125/hr | (GSS) - Wait Time $100/hr (NJ)
$150/hr Out of State (circle one) - Auth Hours ___

AUTHORIZING SIGNATURE      DATE  4 /10/25

PLEASE FAX SIGNED AUTHORIZATION TO (888) 224-4405 OR CALL (877) SDA-2009 TO REACH **SPARTAN DETECTIVE AGENCY**
OR CALL (800) 672-1952 TO REACH **GUARANTEED SUBPOENA SERVICE**
We were unable to serve your process for the following reason:

The provided address is a building that could be an apartment complex but the doors do not have unit numbers on them. I knocked on a few doors but did not receive a response. As I was leaving I heard someone over a camera ask if they could help me. I told them I was looking for Seth Carmichael and they did not respond. I tried to speak with them again but they continued to not respond. Went to two doors. No answer. No activity seen or heard. No vehicles present. Went to both doors. No answer. No activity seen or heard. No vehicles present.

# EXHIBIT D

## AFFIDAVIT OF NON-SERVICE

State of New York

County of

Index Number: 1 24 CV 09738 JPC
Date Filed: _____

Plaintiff:
**JUNSUB SHIM**

VS.

Defendant:
**LUXURY ASSET CAPITAL, LLC, ET AL.**

For:
GENE KANG

Received by GUARANTEED SUBPOENA SERVICE, INC. on the 20th day of January, 2025 at 10:13 am to be served on **CARMICHAEL GALLERY, LLC, 3208 W. PRICE AVENUE, TAMPA, FL 33611.**

I, Michael Frantz, being duly sworn, depose and say that on the **8th day of February, 2025 at 11:50 am, I:**

**NON-SERVED** the **SUMMONS AND AMENDED COMPLAINT, EXHIBITS** for the reason that I failed to find **CARMICHAEL GALLERY, LLC** or any information to allow further search.  Read the comments below for further details.

**Additional Information pertaining to this Service:**
1/27/2025  10:23 am  Attempted service at 3208 W. PRICE AVENUE, TAMPA, FL 33611. This address is a residence. No answer at door and no sounds inside. There was no response from the doorbell device. There were no vehicles seen. Left a card at the door.
1/27/2025  7:17 pm  Attempted service at 3208 W. PRICE AVENUE, TAMPA, FL 33611. No answer at door and no sounds inside. There were no vehicles seen. No lights could be seen on inside. The card left on my previous attempt was still in place.
2/5/2025  1:17 pm  Attempted service at 3208 W. PRICE AVENUE, TAMPA, FL 33611. No answer at door and no sounds inside. There were no vehicles seen. The card left on my previous attempt had been removed.
2/8/2025  11:50 am  Attempted service at 3208 W. PRICE AVENUE, TAMPA, FL 33611. Spoke to the homeowner, Catarina and they stated that the subject is unknown to them and doesn't live there. Property records confirmed the house is owned by parties other than the subject. There were vehicles seen but the tags could not be read.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true.  NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

Subscribed and Sworn to before me on the 8th day of
February, 2025 by the affiant who is personally known or
produced 2-10-2025 as identification and was
physically present.

_____
NOTARY PUBLIC

Michael Frantz
#18-818916

**GUARANTEED SUBPOENA SERVICE, INC.**
2009 Morris Avenue, Suite 101
Union, NJ 07083

Our Job Serial Number: GTS-0000089619
Ref: 20250117161735

JANET L. LAZO
Commission # HH 441844
Expires September 9, 2027

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V8.0z



# AFFIDAVIT OF NON-SERVICE

State of New York

County of Southern

Index Number: 1:24-CV-09738-JPC
Date Filed: _____

Plaintiff:
**Junsub Shim**

vs.

Defendants:
**Luxury Asset Capital, LLC; Luxury Asset Capital Holdings, LLC; et al**

For:
Guaranteed Subpoena Service, Inc / E-mail
2009 Morris Avenue
Suite 101
Union, NJ 07083

Received by Guaranteed Subpoena Service, Inc / E-mail to be served on **SETH CARMICHAEL, 8127 S BROOK FOREST RD., UNIT A, EVERGREEN, CO 80439.**

I, Robert Hill, being duly sworn, depose and say that on the **3rd day of March, 2025** at **5:36 pm, I:**

**NON-SERVED** the **SUMMONS AND AMENDED COMPLAINT, EXHIBITS.** After due search, careful inquiry and diligent attempts was unable to serve on **SETH CARMICHAEL** for the reasons detailed in the comments below.

**Additional Information pertaining to this Service:**
Attempted service on 2/6/2025 @ 3:15 PM - The provided address is a building that could be an apartment complex but the doors do not have unit numbers on them. I knocked on a few doors but did not receive a response. As I was leaving I heard someone over a camera ask if they could help me. I told them I was looking for Seth Carmichael and they did not respond. I tried to speak with them again but they continued to not respond.

Attempted service on 2/23/2025 @ 9:01 AM - Went to two doors. No answer. No activity seen or heard. No vehicles present.

Attempted service on 3/3/2025 @ 5:36 PM - Went to both doors. No answer. No activity seen or heard. No vehicles present.

Under penalty of perjury, I declare that I have read the foregoing Affidavit/Return of Service and that the facts stated in it are true. Also I certify that I am over the age of 18, have no interest in the above action. I certify and know that the one so served to be the same as therein mentioned, that I am not a party to the cause nor concerned in the event thereof.

MICHELLE CARLYLE
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034021485
MY COMMISSION EXPIRES JULY 24, 2027

Subscribed and sworn to before me on the 12 day of
March 2025 by the affiant who is
personally known to me.

NOTARY PUBLIC

_____
NOTARY EXPIRATION DATE

Robert Hill
Process Server

Guaranteed Subpoena Service, Inc / E-mail
2009 Morris Avenue
Suite 101
Union, NJ 07083
(800) 672-1952

Our Job Serial Number: FRS-2025000960
Ref: 20250117161704

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V8.0a

20250117161704

**Guaranteed Subpoena Service, Inc.**
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056   (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
**www.Served.com**

YOUR PROCESS **20250117161704** Was

**NOT SERVED!**

RIVKIN RADLER, LLP.-HACKENSACK
GENE Y. KANG, ESQ.
COURT PLAZA NORTH  25 MAIN ST. STE. 501
HACKENSACK NJ 07601

NOT Served Date/Time: 3/3/2025 5:36 PM

---

**Visit us at www.SERVED.com to get the latest status of your process. Your FirmID is: 051BA14E**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NOT Served Upon:       **SETH CARMICHAEL**
At HOME :              **8127 S BROOK FOREST RD. UNIT A EVERGREEN CO 80439**

In the Case/Docket:    **1 24 CV 09738 JPC**   Claim:
Plaintiff:             **JUNSUB SHIM**
Defendant:             **LUXURY ASSET CAPITAL, LLC, ET AL**
Attorney:              **GENE Y. KANG, ESQ.**   Phone: **2012872460** Fax: **2014890495** Email:
                       **jennifer.davila@rivkin.com**
Firm:                  **RIVKIN RADLER, LLP.-HACKENSACK**
                       **COURT PLAZA NORTH  25 MAIN ST. STE. 501 HACKENSACK NJ 07601**

**VIDEO OF OUR ATTEMPTS ARE FREQUENTLY AVAILABLE AT A REASONABLE COST
EFFECTIVE 8/6/18 - WHEN AND WHERE AVAILABLE**

---

# AUTHORIZATION FOR ADVANCED SEARCH

### Note: all investigative work is performed by Spartan Detective Agency, NJ License 2392

**To order search check desired box, sign authorization and fax back to us immediately at 888-224-4405**
*PLEASE BE ADVISED THAT IF THE SOCIAL SECURITY NUMBER OR TAX ID IS NEEDED FOR A SEARCH THERE WILL BE A $60/$150 FEE.*

[ ] Social Security Search $60 find or no find          [ ] VIDEO EVIDENCE $79.99 if available

[X] Skip Search* - $75.00 - no find, no pay             [ ] Corporate Search - $85 anywhere in U.S.

[ ] Postal Forwarding $60 anywhere in U.S               [ ] **(SDA)** Stake Out/Inv $125/hr | **(GSS)** - Wait Time $100/hr (NJ)
                                                        $150/hr Out of State **(circle one)** - Auth Hours ___
[ ] DMV - MVC $60 NJ only, $110 other states

**Sales Tax of 6.625% Applies**                          _Gene Kang_                        4 /10 /25
                                                        AUTHORIZING SIGNATURE              DATE

---

PLEASE FAX SIGNED AUTHORIZATION TO (888) 224-4405 OR CALL (877) SDA-2009 TO REACH **SPARTAN DETECTIVE AGENCY**
OR CALL (800) 672-1952 TO REACH **GUARANTEED SUBPOENA SERVICE**
**We were unable to serve your process for the following reason:**

**The provided address is a building that could be an apartment complex but the doors do not have unit numbers on them. I knocked on a few doors but did not receive a response. As I was leaving I heard someone over a camera ask if they could help me. I told them I was looking for Seth Carmichael and they did not respond. I tried to speak with them again but they continued to not respond. Went to two doors. No answer. No activity seen or heard. No vehicles present. Went to both doors. No answer. No activity seen or heard. No vehicles present.**



20250117161704

**Guaranteed Subpoena Service, Inc.**
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056  (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
**www.Served.com**

.

YOUR PROCESS **20250117161704** Was

**NOT SERVED!**

RIVKIN RADLER, LLP.-HACKENSACK
GENE Y. KANG, ESQ.
COURT PLAZA NORTH  25 MAIN ST. STE. 501
HACKENSACK NJ 07601

NOT Served Date/Time: 3/3/2025 5:36 PM

---

**Visit us at www.SERVED.com to get the latest status of your process. Your FirmID is: 051BA14E**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NOT Served Upon:        **SETH CARMICHAEL**
At HOME :               **8127 S BROOK FOREST RD. UNIT A EVERGREEN CO 80439**

In the Case/Docket:     **1 24 CV 09738 JPC**   Claim:
Plaintiff:              **JUNSUB SHIM**
Defendant:              **LUXURY ASSET CAPITAL, LLC, ET AL**
Attorney:               **GENE Y. KANG, ESQ.**  Phone: **2012872460**  Fax: **2014890495**  Email:
                        **jennifer.davila@rivkin.com**
Firm:                   **RIVKIN RADLER, LLP.-HACKENSACK**
                        **COURT PLAZA NORTH  25 MAIN ST. STE. 501 HACKENSACK NJ 07601**

## VIDEO OF OUR ATTEMPTS ARE FREQUENTLY AVAILABLE AT A REASONABLE COST EFFECTIVE 8/6/18 - WHEN AND WHERE AVAILABLE

---

# AUTHORIZATION FOR ADVANCED SEARCH

Note: all investigative work is performed by Spartan Detective Agency, NJ License 2392

**To order search check desired box, sign authorization and fax back to us immediately at 888-224-4405**

*PLEASE BE ADVISED THAT IF THE SOCIAL SECURITY NUMBER OR TAX ID IS NEEDED FOR A SEARCH THERE WILL BE A $60/$150 FEE.

[ ] Social Security Search $60 find or no find          [ ] VIDEO EVIDENCE $79.99 if available

[ X ] Skip Search* - $75.00 - no find, no pay          [ ] Corporate Search - $85 anywhere in U.S.

[ ] Postal Forwarding $60 anywhere in U.S             [ ] **(SDA)** Stake Out/Inv $125/hr | **(GSS)** - Wait Time $100/hr (NJ)
                                                      $150/hr Out of State **(circle one)** - Auth Hours ____
[ ] DMV - MVC $60 NJ only, $110 other states

                                                      _____   __/__/_____
**Sales Tax of 6.625% Applies**                       AUTHORIZING SIGNATURE        DATE

---

PLEASE FAX SIGNED AUTHORIZATION TO (888) 224-4405 OR CALL (877) SDA-2009 TO REACH **SPARTAN DETECTIVE AGENCY**
OR CALL (800) 672-1952 TO REACH **GUARANTEED SUBPOENA SERVICE**
We were unable to serve your process for the following reason:

**The provided address is a building that could be an apartment complex but the doors do not have unit numbers on them. I knocked on a few doors but did not receive a response. As I was leaving I heard someone over a camera ask if they could help me. I told them I was looking for Seth Carmichael and they did not respond. I tried to speak with them again but they continued to not respond. Went to two doors. No answer. No activity seen or heard. No vehicles present. Went to both doors. No answer. No activity seen or heard. No vehicles present.**

## AFFIDAVIT OF NON-SERVICE

**State of New York**

County of Southern

Index Number: 1:24-CV-09738-JPC
Date Filed: _____

Plaintiff:
**Junsub Shim**

vs.

Defendants:
**Luxury Asset Capital, LLC; Luxury Asset Capital Holdings, LLC; et al**

For:
Guaranteed Subpoena Service, Inc / E-mail
2009 Morris Avenue
Suite 101
Union, NJ 07083

Received by Guaranteed Subpoena Service, Inc / E-mail to be served on **SETH CARMICHAEL, 8127 S BROOK FOREST RD., UNIT A, EVERGREEN, CO 80439**.

I, Robert Hill, being duly sworn, depose and say that on the **3rd day of March, 2025** at **5:36 pm, I:**

**NON-SERVED** the **SUMMONS AND AMENDED COMPLAINT, EXHIBITS**. After due search, careful inquiry and diligent attempts was unable to serve on **SETH CARMICHAEL** for the reasons detailed in the comments below.

**Additional Information pertaining to this Service:**
Attempted service on 2/6/2025 @ 3:15 PM - The provided address is a building that could be an apartment complex but the doors do not have unit numbers on them. I knocked on a few doors but did not receive a response. As I was leaving I heard someone over a camera ask if they could help me. I told them I was looking for Seth Carmichael and they did not respond. I tried to speak with them again but they continued to not respond.

Attempted service on 2/23/2025 @ 9:01 AM - Went to two doors. No answer. No activity seen or heard. No vehicles present.

Attempted service on 3/3/2025 @ 5:36 PM - Went to both doors. No answer. No activity seen or heard. No vehicles present.

Under penalty of perjury, I declare that I have read the foregoing Affidavit/Return of Service and that the facts stated in it are true. Also I certify that I am over the age of 18, have no interest in the above action. I certify and know that the one so served to be the same as therein mentioned, that I am not a party to the cause nor concerned in the event thereof.

> MICHELLE CARLYLE
> NOTARY PUBLIC
> STATE OF COLORADO
> NOTARY ID 20034021485
> MY COMMISSION EXPIRES JULY 24, 2027

Subscribed and sworn to before me on the 12 day of
March 2025 by the affiant who is
personally known to me.

_____
NOTARY PUBLIC

_____
NOTARY EXPIRATION DATE

**Robert Hill**
Process Server

**Guaranteed Subpoena Service, Inc / E-mail**
**2009 Morris Avenue**
**Suite 101**
**Union, NJ 07083**
**(800) 672-1952**

Our Job Serial Number: FRS-2025000960
Ref: 20250117161704

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

20250327092245

**Guaranteed Subpoena Service, Inc.**
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056   (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
**www.Served.com**

RIVKIN RADLER, LLP.-HACKENSACK
GENE Y. KANG, ESQ.
COURT PLAZA NORTH  25 MAIN ST. STE. 501
HACKENSACK NJ 07601

YOUR PROCESS **20250327092245** Was

**NOT SERVED!**

NOT Served Date/Time: 3/29/2025 2:46 PM

**Visit us at www.SERVED.com to get the latest status of your process. Your FirmID is: 051BA14E**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NOT Served Upon:     **SETH CARMICHAEL**
At BUSINESS :     **1624 N EL PASO ST.  COLORADO SPRINGS CO 80907**

In the Case/Docket:     **1 24 CV 09738 JPC**   Claim:
Plaintiff:     **JUNSUB SHIM**
Defendant:     **LUXURY ASSET CAPITAL, LLC, ET AL**
Attorney:     **GENE Y. KANG, ESQ.**   Phone: **2012872460**  Fax: **2014890495**  Email:
**jennifer.davila@rivkin.com**
Firm:     **RIVKIN RADLER, LLP.-HACKENSACK**
**COURT PLAZA NORTH  25 MAIN ST. STE. 501 HACKENSACK NJ 07601**

**VIDEO OF OUR ATTEMPTS ARE FREQUENTLY AVAILABLE AT A REASONABLE COST
EFFECTIVE 8/6/18 - WHEN AND WHERE AVAILABLE**

# AUTHORIZATION FOR ADVANCED SEARCH

**Note: all investigative work is performed by Spartan Detective Agency, NJ License 2392**

**To order search check desired box, sign authorization and fax back to us immediately at 888-224-4405**

*PLEASE BE ADVISED THAT IF THE SOCIAL SECURITY NUMBER OR TAX ID IS NEEDED FOR A SEARCH THERE WILL BE A $60/$150 FEE.

[ ] Social Security Search $60 find or no find

[ X ] Skip Search* - $75.00 - no find, no pay

[ ] Postal Forwarding $60 anywhere in U.S

[ ] DMV - MVC $60 NJ only, $110 other states

**Sales Tax of 6.625% Applies**

[ ] VIDEO EVIDENCE $79.99 if available

[ ] Corporate Search - $85 anywhere in U.S.

[ ] **(SDA)** Stake Out/Inv $125/hr | **(GSS)** - Wait Time $100/hr (NJ) $150/hr Out of State **(circle one)** - Auth Hours ___

_____     ___/___/_____
AUTHORIZING SIGNATURE                DATE

PLEASE FAX SIGNED AUTHORIZATION TO (888) 224-4405 OR CALL (877) SDA-2009 TO REACH **SPARTAN DETECTIVE AGENCY**
OR CALL (800) 672-1952 TO REACH **GUARANTEED SUBPOENA SERVICE**
We were unable to serve your process for the following reason:

**SPOKE TO REBECCA HE DOES NOT RESIDE**

*****THIS FORM DOES NOT CONSTITUTE A LEGAL DUE DILIGENCE AFFIDAVIT***

**Guaranteed Subpoena Service, Inc.**
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056   (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
**www.Served.com**

YOUR PROCESS **20250422143936** Was

**NOT SERVED!**

NOT Served Date/Time: 4/24/2025 2:16 PM

RIVKIN RADLER, LLP.-HACKENSACK
GENE Y. KANG, ESQ.
COURT PLAZA NORTH  25 MAIN ST. STE. 501
HACKENSACK NJ 07601

---

**Visit us at www.SERVED.com to get the latest status of your process. Your FirmID is: 051BA14E**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NOT Served Upon:     **SETH CARMICHAEL**
At HOME :            **1257 N LABREA AVENUE  WEST HOLLYWOOD CA 90038**

In the Case/Docket:  **1 24 CV 09738 JPC**   Claim:
Plaintiff:           **JUNSUB SHIM**
Defendant:           **LUXURY ASSET CAPITAL, LLC, ET AL**
Attorney:            **GENE Y. KANG, ESQ.**   Phone: **2012872460** Fax: **2014890495**  Email:
                     **jennifer.davila@rivkin.com**
Firm:                **RIVKIN RADLER, LLP.-HACKENSACK**
                     **COURT PLAZA NORTH  25 MAIN ST. STE. 501 HACKENSACK NJ 07601**

---

**VIDEO OF OUR ATTEMPTS ARE FREQUENTLY AVAILABLE AT A REASONABLE COST
EFFECTIVE 8/6/18 - WHEN AND WHERE AVAILABLE**

---

# AUTHORIZATION FOR ADVANCED SEARCH

**Note: all investigative work is performed by Spartan Detective Agency, NJ License 2392**

**To order search check desired box, sign authorization and fax back to us immediately at 888-224-4405**

*PLEASE BE ADVISED THAT IF THE SOCIAL SECURITY NUMBER OR TAX ID IS NEEDED FOR A SEARCH THERE WILL BE A $60/$150 FEE.*

[ ] Social Security Search $60 find or no find

[ X ] Skip Search* - $75.00 - no find, no pay

[ ] Postal Forwarding $60 anywhere in U.S

[ ] DMV - MVC $60 NJ only, $110 other states

**Sales Tax of 6.625% Applies**

[ ] VIDEO EVIDENCE $79.99 if available

[ ] Corporate Search - $85 anywhere in U.S.

[ ] **(SDA)** Stake Out/Inv $125/hr | **(GSS)** - Wait Time $100/hr (NJ)
$150/hr Out of State **(circle one)** - Auth Hours ___

_____     ___/___/_____
AUTHORIZING SIGNATURE                DATE

---

PLEASE FAX SIGNED AUTHORIZATION TO (888) 224-4405 OR CALL (877) SDA-2009 TO REACH **SPARTAN DETECTIVE AGENCY**
OR CALL (800) 672-1952 TO REACH **GUARANTEED SUBPOENA SERVICE**

We were unable to serve your process for the following reason:

**NO SUCH COMPANY , THIS IS TOITO LITCHEN SUPPLY**

**\*\*\*THIS FORM DOES NOT CONSTITUTE A LEGAL DUE DILIGENCE AFFIDAVIT\*\*\***

20250422144201

**Guaranteed Subpoena Service, Inc.**
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056   (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
**www.Served.com**

YOUR PROCESS **20250422144201** Was

**NOT SERVED!**

NOT Served Date/Time: 4/24/2025 2:16 PM

RIVKIN RADLER, LLP.-HACKENSACK
GENE Y. KANG, ESQ.
COURT PLAZA NORTH  25 MAIN ST. STE. 501
HACKENSACK NJ 07601

---

**Visit us at www.SERVED.com to get the latest status of your process. Your FirmID is: 051BA14E**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NOT Served Upon:      **SETH CARMICHAEL**
At HOME :             **1240 N OLIVE DR  WEST HOLLYWOOD CA 90069**

In the Case/Docket:   **1 24 CV 09738 JPC**   Claim:
Plaintiff:            **JUNSUB SHIM**
Defendant:            **LUXURY ASSET CAPITAL, LLC, ET AL**
Attorney:             **GENE Y. KANG, ESQ.**   Phone: **2012872460** Fax: **2014890495**  Email:
                      **jennifer.davila@rivkin.com**
Firm:                 **RIVKIN RADLER, LLP.-HACKENSACK**
                      **COURT PLAZA NORTH  25 MAIN ST. STE. 501 HACKENSACK NJ 07601**

---

**VIDEO OF OUR ATTEMPTS ARE FREQUENTLY AVAILABLE AT A REASONABLE COST
EFFECTIVE 8/6/18 - WHEN AND WHERE AVAILABLE**

---

# AUTHORIZATION FOR ADVANCED SEARCH

**Note: all investigative work is performed by Spartan Detective Agency, NJ License 2392**

**To order search check desired box, sign authorization and fax back to us immediately at 888-224-4405**

*PLEASE BE ADVISED THAT IF THE SOCIAL SECURITY NUMBER OR TAX ID IS NEEDED FOR A SEARCH THERE WILL BE A $60/$150 FEE.*

[ ] Social Security Search $60 find or no find          [ ] VIDEO EVIDENCE $79.99 if available

[ X ] Skip Search* - $75.00 - no find, no pay           [ ] Corporate Search - $85 anywhere in U.S.

[ ] Postal Forwarding $60 anywhere in U.S              [ ] **(SDA)** Stake Out/Inv $125/hr | **(GSS)** - Wait Time $100/hr (NJ)
                                                        $150/hr Out of State **(circle one)** - Auth Hours ___
[ ] DMV - MVC $60 NJ only, $110 other states

**Sales Tax of 6.625% Applies**                         _____   ___/___/_____
                                                        AUTHORIZING SIGNATURE             DATE

---

PLEASE FAX SIGNED AUTHORIZATION TO (888) 224-4405 OR CALL (877) SDA-2009 TO REACH **SPARTAN DETECTIVE AGENCY**
OR CALL (800) 672-1952 TO REACH **GUARANTEED SUBPOENA SERVICE**

We were unable to serve your process for the following reason:

**NO SUCH COMPANY , THIS IS TOITO LITCHEN SUPPLY**

**\*\*\*THIS FORM DOES NOT CONSTITUTE A LEGAL DUE DILIGENCE AFFIDAVIT\*\*\***

**Guaranteed Subpoena Service, Inc.**
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056   (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
**www.Served.com**

YOUR PROCESS **20250422144435** Was

**NOT SERVED!**

NOT Served Date/Time: 4/25/2025 7:35 AM

RIVKIN RADLER, LLP.-HACKENSACK
GENE Y. KANG, ESQ.
COURT PLAZA NORTH  25 MAIN ST. STE. 501
HACKENSACK NJ 07601

---

**Visit us at www.SERVED.com to get the latest status of your process. Your FirmID is: 051BA14E**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NOT Served Upon:        **SETH CARMICHAEL**
At HOME :        **402 HIGHLAND AVENUE  SOMERVILLE MA 02144**

In the Case/Docket:        **1 24 CV 09738 JPC**   Claim:
Plaintiff:        **JUNSUB SHIM**
Defendant:        **LUXURY ASSET CAPITAL, LLC, ET AL**
Attorney:        **GENE Y. KANG, ESQ.**   Phone: **2012872460**  Fax: **2014890495**  Email:
        **jennifer.davila@rivkin.com**
Firm:        **RIVKIN RADLER, LLP.-HACKENSACK**
        **COURT PLAZA NORTH  25 MAIN ST. STE. 501 HACKENSACK NJ 07601**

---

**VIDEO OF OUR ATTEMPTS ARE FREQUENTLY AVAILABLE AT A REASONABLE COST
EFFECTIVE 8/6/18 - WHEN AND WHERE AVAILABLE**

---

# AUTHORIZATION FOR ADVANCED SEARCH

**Note: all investigative work is performed by Spartan Detective Agency, NJ License 2392**

**To order search check desired box, sign authorization and fax back to us immediately at 888-224-4405**

*PLEASE BE ADVISED THAT IF THE SOCIAL SECURITY NUMBER OR TAX ID IS NEEDED FOR A SEARCH THERE WILL BE A $60/$150 FEE.*

[ ] Social Security Search $60 find or no find

[ X ] Skip Search* - $75.00 - no find, no pay

[ ] Postal Forwarding $60 anywhere in U.S

[ ] DMV - MVC $60 NJ only, $110 other states

**Sales Tax of 6.625% Applies**

[ ] VIDEO EVIDENCE $79.99 if available

[ ] Corporate Search - $85 anywhere in U.S.

[ ] **(SDA)** Stake Out/Inv $125/hr | **(GSS)** - Wait Time $100/hr (NJ)
$150/hr Out of State **(circle one)** - Auth Hours ___

_____   ___/___/_____
AUTHORIZING SIGNATURE                DATE

---

PLEASE FAX SIGNED AUTHORIZATION TO (888) 224-4405 OR CALL (877) SDA-2009 TO REACH **SPARTAN DETECTIVE AGENCY**
OR CALL (800) 672-1952 TO REACH **GUARANTEED SUBPOENA SERVICE**

**We were unable to serve your process for the following reason:**

**SERVER MADE NUMEROUS OF ATTEMPTS, THERE WAS NO RESPONSE DURING EACH ATTEMPT MADE. 30 UNIT
BUILDING WITH NO NAMES ON DIRECTORY.**

**\*\*\*THIS FORM DOES NOT CONSTITUTE A LEGAL DUE DILIGENCE AFFIDAVIT\*\*\***

# EXHIBIT E



Department of State  /  Division of Corporations  /  Search Records  /  Search by Entity Name  /

# Detail by Entity Name

Florida Limited Liability Company
CARMICHAEL GALLERY, LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L16000153107 |
| **FEI/EIN Number** | 45-5145287 |
| **Date Filed** | 08/16/2016 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | REINSTATEMENT |
| **Event Date Filed** | 01/18/2021 |

**Principal Address**

3208 W. PRICE AVE.
TAMPA, FL 33611

**Mailing Address**

1624 N El Paso St
Colorado Springs, CO 80907

Changed: 03/31/2023

**Registered Agent Name & Address**

CARMICHAEL, SETH
3208 W. PRICE AVE.
TAMPA, FL 33611

Name Changed: 10/18/2019

**Authorized Person(s) Detail**

**Name & Address**

Title AMBR

CARMICHAEL, SETH
3208 W. PRICE AVE.
TAMPA, FL 33611

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2022 | 03/10/2022 |

| 2023 | 03/31/2023 |
|------|-----------|
| 2024 | 04/17/2024 |

**Document Images**

| | |
|---|---|
| 04/17/2024 -- ANNUAL REPORT | View image in PDF format |
| 03/31/2023 -- ANNUAL REPORT | View image in PDF format |
| 03/10/2022 -- ANNUAL REPORT | View image in PDF format |
| 01/18/2021 -- REINSTATEMENT | View image in PDF format |
| 10/18/2019 -- REINSTATEMENT | View image in PDF format |
| 12/15/2017 -- REINSTATEMENT | View image in PDF format |
| 08/16/2016 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations

**2024  FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L16000153107

**Entity Name:** CARMICHAEL GALLERY, LLC

**FILED**
**Apr 17, 2024**
**Secretary of State**
**4748565247CC**

**Current Principal  Place of Business:**

3208 W. PRICE AVE.
TAMPA,  FL  33611

**Current Mailing Address:**

1624 N EL PASO ST
COLORADO SPRINGS,  CO  80907  US

**FEI Number:** 45-5145287                                    **Certificate of Status Desired:**  No

**Name and Address of Current Registered Agent:**

CARMICHAEL, SETH
3208 W. PRICE AVE.
TAMPA, FL  33611  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:   SETH CARMICHAEL                                                       04/17/2024
                           Electronic Signature of Registered Agent                                         Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | AMBR |
| Name | CARMICHAEL, SETH |
| Address | 3208 W. PRICE AVE. |
| City-State-Zip: | TAMPA  FL  33611 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: SETH CARMICHAEL                          DIRECTOR                 04/17/2024
            Electronic Signature of Signing Authorized Person(s) Detail                                 Date

# EXHIBIT F



**1 OF 1 RECORD(S)**

FOR INFORMATIONAL PURPOSES ONLY
Copyright © 2025 LexisNexis
a division of Reed Elsevier Inc. All Rights Reserved.
Report Created: July 3, 2025 - Thursday 3:35 PM

## Historical Person Locator
**This data is for informational purposes only.**

**Finder Information**

| | |
|---|---|
| **Name:** | CARMICHAEL, ELIZA |
| **Address:** | 4115 W FAIRVIEW HTS |
| | TAMPA, FL 33616-1214 |
| | HILLSBOROUGH COUNTY |
| **SSN:** | ██████ |

## Historical Person Locator
**This data is for informational purposes only.**

**Finder Information**

| | |
|---|---|
| **Name:** | CARMICHAEL, ELIZA |
| **Address:** | 80 LEONARD ST APT 5D |
| | NEW YORK, NY 10013-3454 |
| | NEW YORK COUNTY |
| **SSN:** | ██████ |

## Historical Person Locator
**This data is for informational purposes only.**

**Finder Information**

| | |
|---|---|
| **Name:** | CARMICHAEL, ELIZA |
| **Address:** | 6643 SUMMER COVE DR |
| | RIVERVIEW, FL 33578-8949 |
| | HILLSBOROUGH COUNTY |
| **SSN:** | ██████ |

## Historical Person Locator
**This data is for informational purposes only.**

**Finder Information**

| | |
|---|---|
| **Name:** | CARMICHAEL, ELIZA |
| **Address:** | 3208 W PRICE AVE |

TAMPA, FL 33611-3721
HILLSBOROUGH COUNTY
**SSN:** ████████

# Person Locator 1
**This data is for informational purposes only.**

**Personal Information**

**Name:** CARMICHAEL, ELIZA
**Address:** 1624 N EL PASO ST
COLORADO SPRINGS, CO 80907
**SSN:** ████████
**Reported Date:** 11/2022

**Prior Address**

**Address:** 8127 S BROOK FOREST RD UNIT A
EVERGREEN, CO 80439
**Reported Date:** 08/2019

**Address:** 699 SODA CREEK DR
EVERGREEN, CO 80439
**Reported Date:** 08/2018

# Person Locator 5
**This data is for informational purposes only.**

**Personal Information**

**Name:** GILSENAN, ELISA
**Address:** 1624 N EL PASO ST
COLORADO SPRINGS, CO 80907-7716
**SSN:** ████████
**Date of Birth:** ██████

# Person Locator 5
**This data is for informational purposes only.**

**Personal Information**

**Name:** CARMICHAEL, ELISA VICTORIA
**Address:** 1624 N EL PASO ST
COLORADO SPRINGS, CO 80907-7716
**SSN:** ████████
**Date of Birth:** ██████

# Person Locator 5
**This data is for informational purposes only.**

Elisa_Carmichael

**Personal Information**

**Name:** GILSENAN, ELISA
**Address:** 8127 S BROOK FOREST RD UNIT A
EVERGREEN, CO 80439-6714
**SSN:** ▮▮▮▮▮▮
**Date of Birth:** ▮▮▮▮▮

# Person Locator 5
**This data is for informational purposes only.**

**Personal Information**

**Name:** CARMICHAEL, ELISA VICTORIA
**Address:** 8127 S BROOK FOREST RD UNIT A
EVERGREEN, CO 80439-6714
**SSN:** ▮▮▮▮▮▮
**Date of Birth:** ▮▮▮▮▮

# Person Locator 5
**This data is for informational purposes only.**

**Personal Information**

**Name:** GILSENAN, ELISA
**Address:** 699 SODA CREEK DR
EVERGREEN, CO 80439-9718
**SSN:** ▮▮▮▮▮▮
**Date of Birth:** ▮▮▮▮▮

# Person Locator 5
**This data is for informational purposes only.**

**Personal Information**

**Name:** CARMICHAEL, ELISA VICTORIA
**Address:** 699 SODA CREEK DR
EVERGREEN, CO 80439-9718
**SSN:** ▮▮▮▮▮▮
**Date of Birth:** ▮▮▮▮▮

# Person Locator 5
**This data is for informational purposes only.**

**Personal Information**

**Name:** GILSENAN, ELISA
**Address:** 4115 W FAIRVIEW HTS
TAMPA, FL 33616-1214
**SSN:** ▮▮▮▮▮▮

Elisa_Carmichael

**Date of Birth:** ███████

# Person Locator 5
**This data is for informational purposes only.**

**Personal Information**

      **Name:** CARMICHAEL, ELISA VICTORIA
      **Address:** 4115 W FAIRVIEW HTS
                  TAMPA, FL 33616-1214
      **SSN:** ███████
      **Date of Birth:** ███████

# Person Locator 5
**This data is for informational purposes only.**

**Personal Information**

      **Name:** GILSENAN, ELISA
      **Address:** 3208 W PRICE AVE
                  TAMPA, FL 33611-3721
      **SSN:** ███████
      **Date of Birth:** ███████

# Person Locator 5
**This data is for informational purposes only.**

**Personal Information**

      **Name:** CARMICHAEL, ELISA VICTORIA
      **Address:** 3208 W PRICE AVE
                  TAMPA, FL 33611-3721
      **SSN:** ███████
      **Date of Birth:** ███████

# Person Locator 5
**This data is for informational purposes only.**

**Personal Information**

      **Name:** CARMICHAEL, ELISA VICTORIA
      **Address:** 6643 SUMMER COVE DR
                  RIVERVIEW, FL 33578-8949
      **SSN:** ███████
      **Date of Birth:** ███████

# Person Locator 5

Elisa_Carmichael

**This data is for informational purposes only.**

**Personal Information**

| | |
|---|---|
| **Name:** | GILSENAN, ELISA |
| **Address:** | 6643 SUMMER COVE DR |
| | RIVERVIEW, FL 33578-8949 |
| **SSN:** | ■■■■■■■ |
| **Date of Birth:** | ■■■■■ |

# Person Locator 5
**This data is for informational purposes only.**

**Personal Information**

| | |
|---|---|
| **Name:** | CARMICHAEL, ELISA VICTORIA |
| **Address:** | 80 LEONARD ST APT 5D |
| | NEW YORK, NY 10013-3454 |
| **SSN:** | ■■■■■■■ |
| **Date of Birth:** | ■■■■■ |

# Person Locator 5
**This data is for informational purposes only.**

**Personal Information**

| | |
|---|---|
| **Name:** | GILSENAN, ELISA |
| **Address:** | 80 LEONARD ST APT 5D |
| | NEW YORK, NY 10013-3454 |
| **SSN:** | ■■■■■■■ |
| **Date of Birth:** | ■■■■■ |

# Person Locator 5
**This data is for informational purposes only.**

**Personal Information**

| | |
|---|---|
| **Name:** | CARMICHAEL, ELISA VICTORIA |
| **Address:** | 80 LEONARD 2 E ST |
| | NEW YORK, NY 10013 |
| **SSN:** | ■■■■■■■ |
| **Date of Birth:** | ■■■■■ |

# Person Locator 5
**This data is for informational purposes only.**

**Personal Information**

| | |
|---|---|
| **Name:** | GILSENAN, ELISA |

Elisa_Carmichael

**Address:** 80 LEONARD 2 E ST
NEW YORK, NY 10013
**SSN:** ███████
**Date of Birth:** ███████

# Person Locator 5
**This data is for informational purposes only.**

## Personal Information

**Name:** CARMICHAEL, ELISA
**Address:** 80 LEONARD ST APT 5D
NEW YORK, NY 10013-3454
**SSN:** ███████
**Date of Birth:** ███████
**Gender:** Female

# Email
**This data is for informational purposes only.**

## Personal Information

**Name:** CARMICHAEL, ELISA
**Address:** 80 LEONARD ST APT 4D
NEW YORK, NY 10013-3452
061 COUNTY
**EmailAddress:** ELISA@CARMICHAELGALLERY.COM

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.
Your DPPA Permissible Use: Litigation
Your Secondary DPPA Permissible Use: None
Your GLBA Permissible Use: Fraud Prevention or Detection
Copyright© 2025 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

**End of Document**

# EXHIBIT G



**1 OF 1 RECORD(S)**

FOR INFORMATIONAL PURPOSES ONLY
Copyright © 2025 LexisNexis
a division of Reed Elsevier Inc. All Rights Reserved.
Report Created: July 3, 2025 - Thursday 3:58 PM

# Historical Person Locator
**This data is for informational purposes only.**

**Finder Information**

| | |
|---|---|
| **Name:** | GILLERN, NORA |
| **Address:** | 453 LAFAYETTE AVE APT 3 |
| | BROOKLYN, NY 11205-4860 |
| | KINGS COUNTY |
| **SSN:** | ████XXXX |
| **Date of Birth:** | ████ |

# Historical Person Locator
**This data is for informational purposes only.**

**Finder Information**

| | |
|---|---|
| **Name:** | GILLERN, NORA |
| **Address:** | 8016 ANDERSON ST |
| | PHILADELPHIA, PA 19118-2936 |
| | PHILADELPHIA COUNTY |
| **SSN:** | ████XXXX |
| **Date of Birth:** | ████ |

# Historical Person Locator
**This data is for informational purposes only.**

**Finder Information**

| | |
|---|---|
| **Name:** | GILLERN, NORA |
| **Address:** | 172 E 92ND ST APT |
| | NEW YORK, NY 10128-2403 |
| | NEW YORK COUNTY |
| **SSN:** | ████XXXX |
| **Date of Birth:** | ████ |

# Person Locator 1
**This data is for informational purposes only.**

Nora_Gillern

**Personal Information**

| | |
|---|---|
| **Name:** | GILLERN, NORA |
| **Address:** | 852 METROPOLITAN AVE APT 2B |
| | BROOKLYN, NY 11211 |
| **SSN:** | ████XXXX |
| **Reported Date:** | 10/2024 |

**Prior Address**

| | |
|---|---|
| **Address:** | 141 N 8TH ST APT 2RH |
| | BROOKLYN, NY 11249 |
| **Reported Date:** | 12/2020 |

| | |
|---|---|
| **Address:** | 350 GREENE AVE APT 9 |
| | BROOKLYN, NY 11216 |
| **Reported Date:** | 12/2017 |

# Person Locator 5
**This data is for informational purposes only.**

**Personal Information**

| | |
|---|---|
| **Name:** | GILLERN, NORA A |
| **Address:** | 852 METROPOLITAN AVE APT 2B |
| | BROOKLYN, NY 11211-2983 |
| **SSN:** | ████XXXX |
| **Date of Birth:** | ████ |
| **Gender:** | Female |

# Person Locator 5
**This data is for informational purposes only.**

**Personal Information**

| | |
|---|---|
| **Name:** | GILLERN, NORA A |
| **Address:** | 350 GREENE AVE APT 9 |
| | BROOKLYN, NY 11216-1162 |
| **SSN:** | ████XXXX |
| **Date of Birth:** | ████ |
| **Gender:** | Female |

# Person Locator 5
**This data is for informational purposes only.**

**Personal Information**

| | |
|---|---|
| **Name:** | GILLERN, NORA A |
| **Address:** | 141 N 8TH ST APT 2RH |
| | BROOKLYN, NY 11249-2013 |
| **SSN:** | ████XXXX |
| **Date of Birth:** | ████ |
| **Gender:** | Female |

Nora_Gillern

# Person Locator 5
**This data is for informational purposes only.**

### Personal Information

**Name:** GILLERN, NORA A
**Address:** 453 LAFAYETTE AVE APT 3
BROOKLYN, NY 11205-4860
**SSN:** ████XXXX
**Date of Birth:** ████
**Gender:** Female

# Person Locator 5
**This data is for informational purposes only.**

### Personal Information

**Name:** GILLERN, NORA A
**Address:** 172 E 92ND ST APT 4B
NEW YORK, NY 10128-2405
**SSN:** ████XXXX
**Date of Birth:** ████
**Gender:** Female

# Person Locator 5
**This data is for informational purposes only.**

### Personal Information

**Name:** GILLERN, NORA A
**Address:** 172 E 92ND ST
NEW YORK, NY 10128-2403
**SSN:** ████XXXX
**Date of Birth:** ████
**Gender:** Female

# Person Locator 5
**This data is for informational purposes only.**

### Personal Information

**Name:** GILLERN, NORA A
**Address:** 8016 ANDERSON ST
PHILADELPHIA, PA 19118-2936
**SSN:** ████XXXX
**Date of Birth:** ████
**Gender:** Female

Nora_Gillern

# Person Locator 5
**This data is for informational purposes only.**

## Personal Information

|  |  |
|---|---|
| **Name:** | GILLERN, NORA A |
| **Address:** | 8016 ANDERSON ST |
|  | PHILADELPHIA, PA 19118-2936 |
| **SSN:** | ██████XXXX |
| **Date of Birth:** | ████████ |
| **Phone:** | █████████████ |
| **Gender:** | Female |

# Voter Registration
**This data is for informational purposes only.**

# 1. Pennsylvania Voter Registration
**Registrant Information**

|  |  |
|---|---|
| **Name:** | GILLERN, NORA |
| **Residential Address:** | 8016 ANDERSON ST |
|  | PHILA, PA 19118-2936 |
|  | PHILADELPHIA COUNTY |
| **SSN:** | ██████XXXX |
| **Date of Birth:** | ████████ |
| **Gender:** | Female |
| **Occupation:** | PHILA WD 09 |

**Voter Information**

|  |  |
|---|---|
| **Registration Date:** | 10/31/2012 |
| **Last Vote Date:** | 11/8/2016 |
| **Party Affiliation:** | DEMOCRAT |
| **Active Status:** | INACTIVE |
| **Status:** | ABSENTEE |

# Voter Registration
**This data is for informational purposes only.**

# 1. New York Voter Registration
**Registrant Information**

|  |  |
|---|---|
| **Name:** | GILLERN, NORA A |
| **Residential Address:** | 350 GREENE AVE APT 9 |
|  | BROOKLYN, NY 11216-1162 |
|  | KINGS COUNTY |
| **SSN:** | ██████XXXX |
| **Date of Birth:** | ████████ |
| **Gender:** | Female |

**Voter Information**

|  |  |
|---|---|
| **Registration Date:** | 10/19/2018 |
| **Party Affiliation:** | DEMOCRAT |
| **Active Status:** | ACTIVE |

Nora_Gillern

# Voter Registration
**This data is for informational purposes only.**

## 1. New York Voter Registration
**Registrant Information**

|  |  |
|---|---|
| **Name:** | GILLERN, NORA A |
| **Residential Address:** | 141 N 8TH ST APT 2RH |
|  | BROOKLYN, NY 11249-2054 |
|  | KINGS COUNTY |
| **SSN:** | ███XXXX |
| **Date of Birth:** | ███ |
| **Gender:** | Female |

**Voter Information**

|  |  |
|---|---|
| **Registration Date:** | 10/19/2018 |
| **Party Affiliation:** | DEMOCRAT |
| **Active Status:** | ACTIVE |

# Phones Plus
**This data is for informational purposes only.**

**Personal Information**

|  |  |
|---|---|
| **Name:** | GILLERN, NORA |
| **Address:** | 8016 ANDERSON ST |
|  | PHILADELPHIA, PA 19118-2936 |
| **Phone Number:** | ███ |

**Carrier Information**

|  |  |
|---|---|
| **Carrier Name:** | VERIZON PENNSYLVANIA |
| **Carrier City:** | PHILADELPHIA |
| **Carrier State:** | PA |

# Phones Plus
**This data is for informational purposes only.**

**Personal Information**

|  |  |
|---|---|
| **Name:** | GILLERN, NORA |
| **Address:** | 453 LAFAYETTE AVE APT 3 |
|  | BROOKLYN, NY 11205-4860 |
| **Phone Number:** | ███ |
| **Phone Type:** | Mobile |

**Carrier Information**

|  |  |
|---|---|
| **Carrier Name:** | VERIZON WIRELESS-PA |
| **Carrier City:** | PHILADELPHIA |
| **Carrier State:** | PA |

# Phones Plus

**This data is for informational purposes only.**

**Personal Information**

| | |
|---|---|
| **Name:** | GILLERN, NORA |
| **Address:** | 852 METROPOLITAN AVE APT 2B |
| | BROOKLYN, NY 11211-2515 |
| **Phone Number:** | ███████████ |
| **Phone Type:** | Mobile |

**Carrier Information**

| | |
|---|---|
| **Carrier Name:** | VERIZON WIRELESS-PA |
| **Carrier City:** | PHILADELPHIA |
| **Carrier State:** | PA |

# Phones Plus
**This data is for informational purposes only.**

**Personal Information**

| | |
|---|---|
| **Name:** | GILLERN, NORA |
| **Address:** | 8016 ANDERSON ST |
| | PHILA, PA 19118-2936 |
| **Phone Number:** | ███████████ |
| **Phone Type:** | Mobile |

**Carrier Information**

| | |
|---|---|
| **Carrier Name:** | VERIZON WIRELESS-PA |
| **Carrier City:** | PHILADELPHIA |
| **Carrier State:** | PA |

# Email
**This data is for informational purposes only.**

**Personal Information**

| | |
|---|---|
| **Name:** | GILLERN, NORA |
| **Address:** | 8016 ANDERSON ST |
| | PHILA, PA 19118-2936 |
| | 42101 COUNTY |
| **EmailAddress:** | KRISTIN@GILLERN.COM |

# Email
**This data is for informational purposes only.**

**Personal Information**

| | |
|---|---|
| **Name:** | GILLERN, NORA |
| **Address:** | 8016 ANDERSON ST |
| | PHILA, PA 19118-2936 |
| | 101 COUNTY |
| **EmailAddress:** | KRISTIN@GILLERN.COM |

# Email
**This data is for informational purposes only.**

**Personal Information**

|  |  |
|---|---|
| **Name:** | GILLERN, NORA |
| **Address:** | 8016 ANDERSON ST |
|  | PHILA, PA 19118-2936 |
|  | 42101 COUNTY |
| **EmailAddress:** | KRISTIN@GILLERN.COM |

# Email
**This data is for informational purposes only.**

**Personal Information**

|  |  |
|---|---|
| **Name:** | GILLERN, NORA |
| **Address:** | 172 E 92ND ST APT 4B |
|  | NEW YORK, NY 10128-2405 |
|  | 061 COUNTY |
| **EmailAddress:** | KRISTIN@GILLERN.COM |

# Email
**This data is for informational purposes only.**

**Personal Information**

|  |  |
|---|---|
| **Name:** | GILLERN, NORA |
| **Address:** | 41 MADISON AVE FL 37 |
|  | NEW YORK, NY 10010-2202 |
|  | 061 COUNTY |
| **EmailAddress:** | NGILLERN@24SEVENTALENT.COM |

# Email
**This data is for informational purposes only.**

**Personal Information**

|  |  |
|---|---|
| **Name:** | GILLERN, NORA |
| **Address:** | 852 METROPOLITAN AVE APT 2B |
|  | BROOKLYN, NY 11211-2515 |
|  | 36047 COUNTY |
| **EmailAddress:** | NORADIOR@GMAIL.COM |

# Email
**This data is for informational purposes only.**

**Personal Information**

      **Name:** GILLERN, NORA
   **Address:** 852 METROPOLITAN AVE APT 2B
            BROOKLYN, NY 11211-2515
            047 COUNTY
**EmailAddress:** NORADIOR@GMAIL.COM

# Email

**This data is for informational purposes only.**

**Personal Information**

      **Name:** GILLERN, NORA
   **Address:** 41 MADISON AVE FL 37
            NEW YORK, NY 10010-2202
            061 COUNTY
**EmailAddress:** NORAGILLERN@24SEVENTALENT.COM

# Email

**This data is for informational purposes only.**

**Personal Information**

      **Name:** GILLERN, NORA
   **Address:** 41 MADISON AVE FL 37
            NEW YORK, NY 10010-2202
            061 COUNTY
**EmailAddress:** NORAGILLERN@24SEVENTALENT.COM

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use: Litigation
Your Secondary DPPA Permissible Use: None
Your GLBA Permissible Use: Fraud Prevention or Detection
Copyright© 2025 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

**End of Document**

# EXHIBIT H

**People Finder - Historic Tracker Record**

## Source Information

| | |
|---|---|
| Information Current Through: | 05/31/2025 |
| Database Last Updated: | 06/04/2025 |
| Update Frequency: | MONTHLY |
| Current Date: | 07/03/2025 |
| Source: | TRANS UNION |

## Individual Information

| | |
|---|---|
| Name: | GILLERN, NORA |
| Also Known As: | GILLERN, NORA A |
| Date of Birth: | |
| On File Since: | 10/28/2014 |

## Last Known Address Information

| | |
|---|---|
| Current Address: | 852 METROPOLITAN AV 2B<br>BROOKLYN, NY 11211-2983 |
| Phone Number 1: | |
| Address First Reported: | 10/01/2024 |

## Other Address Information

| | |
|---|---|
| Previous Address: | 141 N 8TH ST 2RH<br>BROOKLYN, NY 11249-2013 |
| Address First Reported: | 11/30/2020 |
| Previous Address: | 350 GREENE AV 9<br>BROOKLYN, NY 11216-1162 |
| Address First Reported: | 11/30/2020 |
| Previous Address: | 350 GREENE AV 3<br>BROOKLYN, NY 11216-1161 |
| Address First Reported: | 11/13/2017 |
| Previous Address: | 453 LAFAYETTE AV 3<br>BROOKLYN, NY 11205-4860 |
| Address First Reported: | 03/09/2017 |
| Previous Address: | 172 E 92ND ST 4B<br>NEW YORK, NY 10128-2405 |
| Address First Reported: | 03/09/2017 |
| Previous Address: | 8016 ANDERSON ST<br>PHILADELPHIA, PA 19118-2936 |
| Address First Reported: | 10/28/2014 |

*Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.*

**End of Document**

© 2025 Thomson Reuters. No claim to original U.S. Government Works.

# EXHIBIT I



UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT NEW YORK

JUNSUB SHIM

Client Ref.: 20250117161646

                                                            Plaintiff

                                                            Index Number: 1 24 CV 09738 JPC
vs                                                          Filed On:

LUXERY ASSET CAPITAL, LLC, ET AL.,

                                                            Defendant

## AFFIRMATION OF ATTEMPTED SERVICE

JOHN HUDAK, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New Jersey.

That on **01/30/2025** at **11:32 AM** at **141 N 8TH STREET, Brooklyn, NY 11249**
Deponent attempted to serve the within **SUMMONS AND AMENDED COMPLAINT, EXHIBITS**
On **NORA ALETTE GILLERN**

That diligent effort was made by deponent to serve the within document(s) on the defendant(s)/respondent(s) therein named without success for the reasons indicated below:

WENT TO LOCATION AND SPOKE TO PRESENT TENANT AND SHE TOLD ME THE DEFENDANT MOVED OUT OVER SIX MONTHS AGO.

I affirm on 01/31/2025 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

                                        X_____
                                                            JOHN HUDAK
                                                            1392295



20250117161646

**Guaranteed Subpoena Service, Inc.**
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056   (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
www.Served.com

YOUR PROCESS **20250117161646** Was

**NOT SERVED!**

RIVKIN RADLER, LLP.-HACKENSACK
GENE Y. KANG, ESQ.
COURT PLAZA NORTH  25 MAIN ST. STE. 501
HACKENSACK NJ 07601

NOT Served Date/Time: 1/30/2025 11:32 PM

---

**Visit us at www.SERVED.com to get the latest status of your process. Your FirmID is: 051BA14E**

NOT Served Upon:        **NORA ALETTE GILLERN**
At HOME :                **141 N 8TH ST.  BROOKLYN NY 11249**

In the Case/Docket:      **1 24 CV 09738 JPC**    Claim:
Plaintiff:               **JUNSUB SHIM**
Defendant:               **LUXURY ASSET CAPITAL, LLC, ET AL**
Attorney:                **GENE Y. KANG, ESQ.**   Phone: **2012872460**  Fax: **2014890495**  Email:
                         **jennifer.davila@rivkin.com**
Firm:                    **RIVKIN RADLER, LLP.-HACKENSACK**
                         **COURT PLAZA NORTH  25 MAIN ST. STE. 501 HACKENSACK NJ 07601**

## VIDEO OF OUR ATTEMPTS ARE FREQUENTLY AVAILABLE AT A REASONABLE COST
## EFFECTIVE 8/6/18 - WHEN AND WHERE AVAILABLE

---

# AUTHORIZATION FOR ADVANCED SEARCH

**Note: all investigative work is performed by Spartan Detective Agency, NJ License 2392**

**To order search check desired box, sign authorization and fax back to us immediately at 888-224-4405**
*PLEASE BE ADVISED THAT IF THE SOCIAL SECURITY NUMBER OR TAX ID IS NEEDED FOR A SEARCH THERE WILL BE A $60/$150 FEE.*

[ ] Social Security Search $60 find or no find                    [ ] VIDEO EVIDENCE $79.99 if available

[ X ] Skip Search* - $75.00 - no find, no pay                     [ ] Corporate Search - $85 anywhere in U.S.

[ ] Postal Forwarding $60 anywhere in U.S                         [ ] **(SDA)** Stake Out/Inv $125/hr | **(GSS)** - Wait Time $100/hr (NJ)
                                                                  $150/hr Out of State **(circle one)** - Auth Hours ___
[ ] DMV - MVC $60 NJ only, $110 other states

Sales Tax of 6.625% Applies                        _____   __/__/____
                                                   AUTHORIZING SIGNATURE        DATE

---

PLEASE FAX SIGNED AUTHORIZATION TO **(888) 224-4405**
OR CALL **(877) SDA-2009** TO REACH **SPARTAN DETECTIVE AGENCY**
OR CALL **(800) 672-1952** TO REACH **GUARANTEED SUBPOENA SERVICE**

**\*\*\*THIS FORM DOES NOT CONSTITUTE A LEGAL DUE DILIGENCE AFFIDAVIT\*\*\***

**WE ARE UNABLE TO SERVE YOUR PROCESS FOR THE FOLLOWING REASON:**

**[ ] POSSIBLY VACANT AND ABANDONED --- N.J.S.A.2A:50-73 May Apply**
**$100 SUMMARY FORECLOSURE AFFIDAVIT. Call 1-800-672-1952 For Details.**

**[ X ] MOVED**                          **[ ] UNABLE TO MAKE CONTACT**

**[ ] ADDRESS DOES NOT EXIST**          **[ ] DECEASED**

**[ ] EVADING**                          **[ ] INCARCERATED**

**[ ] UNKNOWN AT ADDRESS**              **[ ] IN COLLEGE**

                                         **[ ] RETIRED**


**Guaranteed Subpoena Service utilizes "real time status". Our process servers communicate with our computer system via a SmartPhone. The categories above are what our process servers view and click in cases where process cannot be served. Our process server did go to the address you provided and in most cases videoed the attempt to make the declared determination. Fuel, time and wear and tear are involved. Video may also be available at a nominal cost. We feel that this is fair and are confident that you agree. Should you have any questions please feel free to call our office at 1-800-672-1952.**

**Thank you in advance for the opportunity to serve you!**

20250319171248

**Guaranteed Subpoena Service, Inc.**
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056   (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
**www.Served.com**

YOUR PROCESS **20250319171248** Was

**NOT SERVED!**

NOT Served Date/Time: 4/2/2025 6:45 PM

RIVKIN RADLER, LLP.-HACKENSACK
GENE Y. KANG, ESQ.
COURT PLAZA NORTH  25 MAIN ST. STE. 501
HACKENSACK NJ 07601

---

**Visit us at www.SERVED.com to get the latest status of your process. Your FirmID is: 051BA14E**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NOT Served Upon:      **NORA ALETTE GILLERN**
At HOME :                   **852 METROPOLITAN AVENUE APT 2B BROOKLYN NY 11211**

In the Case/Docket:    **1 24 CV 09738 JPC**    Claim:
Plaintiff:                       **JUNSUB SHIM**
Defendant:                   **LUXURY ASSET CAPITAL, LLC, ET AL**
Attorney:                     **GENE Y. KANG, ESQ.**   Phone: **2012872460**  Fax: **2014890495**  Email:
                                    **jennifer.davila@rivkin.com**
Firm:                          **RIVKIN RADLER, LLP.-HACKENSACK**
                                    **COURT PLAZA NORTH  25 MAIN ST. STE. 501 HACKENSACK NJ 07601**

---

**VIDEO OF OUR ATTEMPTS ARE FREQUENTLY AVAILABLE AT A REASONABLE COST
EFFECTIVE 8/6/18 - WHEN AND WHERE AVAILABLE**

---

# AUTHORIZATION FOR ADVANCED SEARCH

**Note: all investigative work is performed by Spartan Detective Agency, NJ License 2392**

**To order search check desired box, sign authorization and fax back to us immediately at 888-224-4405**

*PLEASE BE ADVISED THAT IF THE SOCIAL SECURITY NUMBER OR TAX ID IS NEEDED FOR A SEARCH THERE WILL BE A $60/$150 FEE.*

[ ] Social Security Search $60 find or no find                    [ ] VIDEO EVIDENCE $79.99 if available

[ X ] Skip Search* - $75.00 - no find, no pay                  [ ] Corporate Search - $85 anywhere in U.S.

[ ] Postal Forwarding $60 anywhere in U.S                    [ ] **(SDA)** Stake Out/Inv $125/hr | **(GSS)** - Wait Time $100/hr (NJ)
                                                                                   $150/hr Out of State **(circle one)** - Auth Hours ___

[ ] DMV - MVC $60 NJ only, $110 other states

                                                                                   _____     ___/___/_____
**Sales Tax of 6.625% Applies**                                  AUTHORIZING SIGNATURE                    DATE

---

PLEASE FAX SIGNED AUTHORIZATION TO (888) 224-4405 OR CALL (877) SDA-2009 TO REACH **SPARTAN DETECTIVE AGENCY**
OR CALL (800) 672-1952 TO REACH **GUARANTEED SUBPOENA SERVICE**
We were unable to serve your process for the following reason:

**NO ANSWER ON ATTEMPTS**

**\*\*\*THIS FORM DOES NOT CONSTITUTE A LEGAL DUE DILIGENCE AFFIDAVIT\*\*\***

**United States District Court Southern District of New York**

**AFFIDAVIT OF DUE DILIGENCE**



*9772*

Index no : **1 24 CV 09738 JPC**

| Plaintiff: | **JUNSUB SHIM** |
|---|---|
| Defendant: | **LUXURY ASSET CAPITAL, LLC, ET AL** |

NEW YORK
    ss.:

**Melissa Bondi** , the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of New York .

That after multiple attempts deponent was unable with due diligence to serve the within **SUMMONS AND AMENDED COMPLAINT, EXHIBITS** on **NORA ALETTE GILLERN** at **852 METROPOLITAN AVENUE, APT 2B, BROOKLYN, NY 11211.**

| Date/Time | Address | Remarks |
|---|---|---|
| 03/21/2025-11:33 AM | 852 METROPOLITAN AVENUE APT 2B BROOKLYN, NY 11211 | No answer after ringing doorbell |
| 03/31/2025-2:56 PM | 852 METROPOLITAN AVENUE APT 2B BROOKLYN, NY 11211 | No answer after ringing doorbell |
| 04/02/2025-6:45 PM | 852 METROPOLITAN AVENUE APT 2B BROOKLYN, NY 11211 | NO ANSWER AFTER RINGING DOORBELL |

Sworn to and subscribed before me on
04/02/2025

Angélique Mamalakis
Notary Public, State of New York, County of
Queens
Notary No.: 01MA6367740
Commission Expires November 27, 2025

X _____
Melissa Bondi
License#: 2055105-DCA
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
SUITE 101
UNION, NJ 07083
908-687-0056

RIVKIN RADLER, LLP.-HACKENSACK
COURT PLAZA NORTH
25 MAIN ST. STE. 501
HACKENSACK, NJ 07601
2012872460

Atty File#:

Angelique Mamalakis
Notary Public, State of New York
Reg. No. 01MA6367740
Qualified in Queens County
Commission Expires November 27, 2025

GSS#: 20250319171248

20250327091956

**Guaranteed Subpoena Service, Inc.**
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056   (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
www.Served.com

YOUR PROCESS **20250327091956** Was

RIVKIN RADLER, LLP.-HACKENSACK
GENE Y. KANG, ESQ.
COURT PLAZA NORTH  25 MAIN ST. STE. 501
HACKENSACK NJ 07601

**NOT SERVED!**

NOT Served Date/Time: 4/3/2025 11:03 AM

**Visit us at www.SERVED.com to get the latest status of your process. Your FirmID is: 051BA14E**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NOT Served Upon:        **NORA ALETTE GILLERN**
At HOME :               **8016 ANDERSON ST.  PHILADELPHIA PA 19118**

In the Case/Docket:     **1 24 CV 09738 JPC**   Claim:
Plaintiff:              **JUNSUB SHIM**
Defendant:              **LUXURY ASSET CAPITAL, LLC, ET AL**
Attorney:               **GENE Y. KANG, ESQ.**   Phone: **2012872460** Fax: **2014890495** Email:
                        **jennifer.davila@rivkin.com**
Firm:                   **RIVKIN RADLER, LLP.-HACKENSACK**
                        **COURT PLAZA NORTH  25 MAIN ST. STE. 501 HACKENSACK NJ 07601**

**VIDEO OF OUR ATTEMPTS ARE FREQUENTLY AVAILABLE AT A REASONABLE COST
EFFECTIVE 8/6/18 - WHEN AND WHERE AVAILABLE**

# AUTHORIZATION FOR ADVANCED SEARCH

**Note: all investigative work is performed by Spartan Detective Agency, NJ License 2392**
**To order search check desired box, sign authorization and fax back to us immediately at 888-224-4405**
*PLEASE BE ADVISED THAT IF THE SOCIAL SECURITY NUMBER OR TAX ID IS NEEDED FOR A SEARCH THERE WILL BE A $60/$150 FEE.*

[ ] Social Security Search $60 find or no find          [ ] VIDEO EVIDENCE $79.99 if available

(X) Skip Search* - $75.00 - no find, no pay           [ ] Corporate Search - $85 anywhere in U.S.

[ ] Postal Forwarding $60 anywhere in U.S             [ ] **(SDA)** Stake Out/Inv $125/hr | **(GSS)** - Wait Time $100/hr (NJ)
                                                      $150/hr Out of State **(circle one)** - Auth Hours ____
[ ] DMV - MVC $60 NJ only, $110 other states
                                                      _____              4/10/25
                                                      AUTHORIZING SIGNATURE                 DATE
**Sales Tax of 6.625% Applies**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PLEASE FAX SIGNED AUTHORIZATION TO (888) 224-4405 OR CALL (877) SDA-2009 TO REACH **SPARTAN DETECTIVE AGENCY**
OR CALL (800) 672-1952 TO REACH **GUARANTEED SUBPOENA SERVICE**
**We were unable to serve your process for the following reason:**

**SERVER MADE NUMEROUS OF ATTEMPTS, THERE WAS NO RESPONSE DURING EACH ATTEMPT MADE.**

**\*\*\*THIS FORM DOES NOT CONSTITUTE A LEGAL DUE DILIGENCE AFFIDAVIT\*\*\***


20250327091956

**Guaranteed Subpoena Service, Inc.**
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056   (800) 672-1952
Fax: (908) 668-0885 Tax ID 22-2393485
**www.Served.com**

YOUR PROCESS **20250327091956** Was

RIVKIN RADLER, LLP.-HACKENSACK
GENE Y. KANG, ESQ.
COURT PLAZA NORTH  25 MAIN ST. STE. 501
HACKENSACK NJ 07601

**NOT SERVED!**

NOT Served Date/Time: 4/3/2025 11:03 AM

---

**Visit us at www.SERVED.com to get the latest status of your process. Your FirmID is: 051BA14E**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| NOT Served Upon: | **NORA ALETTE GILLERN** |
| At HOME : | **8016 ANDERSON ST.  PHILADELPHIA PA 19118** |
| In the Case/Docket: | **1 24 CV 09738 JPC    Claim:** |
| Plaintiff: | **JUNSUB SHIM** |
| Defendant: | **LUXURY ASSET CAPITAL, LLC, ET AL** |
| Attorney: | **GENE Y. KANG, ESQ.   Phone: 2012872460  Fax: 2014890495  Email:** **jennifer.davila@rivkin.com** |
| Firm: | **RIVKIN RADLER, LLP.-HACKENSACK** **COURT PLAZA NORTH  25 MAIN ST. STE. 501 HACKENSACK NJ 07601** |

**VIDEO OF OUR ATTEMPTS ARE FREQUENTLY AVAILABLE AT A REASONABLE COST
EFFECTIVE 8/6/18 - WHEN AND WHERE AVAILABLE**

---

# AUTHORIZATION FOR ADVANCED SEARCH

Note: all investigative work is performed by Spartan Detective Agency, NJ License 2392

**To order search check desired box, sign authorization and fax back to us immediately at 888-224-4405**

*PLEASE BE ADVISED THAT IF THE SOCIAL SECURITY NUMBER OR TAX ID IS NEEDED FOR A SEARCH THERE WILL BE A $60/$150 FEE.*

[ ] Social Security Search $60 find or no find

[ X ] Skip Search* - $75.00 - no find, no pay

[ ] Postal Forwarding $60 anywhere in U.S

[ ] DMV - MVC $60 NJ only, $110 other states

**Sales Tax of 6.625% Applies**

[ ] VIDEO EVIDENCE $79.99 if available

[ ] Corporate Search - $85 anywhere in U.S.

[ ] **(SDA)** Stake Out/Inv $125/hr | **(GSS)** - Wait Time $100/hr (NJ) $150/hr Out of State **(circle one)** - Auth Hours ____

_____   ___/___/_____
AUTHORIZING SIGNATURE              DATE

---

PLEASE FAX SIGNED AUTHORIZATION TO (888) 224-4405 OR CALL (877) SDA-2009 TO REACH **SPARTAN DETECTIVE AGENCY**
OR CALL (800) 672-1952 TO REACH **GUARANTEED SUBPOENA SERVICE**

We were unable to serve your process for the following reason:

**SERVER MADE NUMEROUS OF ATTEMPTS, THERE WAS NO RESPONSE DURING EACH ATTEMPT MADE.**

**\*\*\*THIS FORM DOES NOT CONSTITUTE A LEGAL DUE DILIGENCE AFFIDAVIT\*\*\***

AO 440 (Rev. 06/12) Summons in a Civil Action          **RETURN OF SERVICE**

SERVICE OF:          **SUMMONS AND AMENDED COMPLAINT, EXHIBITS**
EFFECTED (1) BY ME: ROBERT WAGNER
TITLE:               **PROCESS SERVER**
                                             DATE: 4/3/25 @ 11:03 AM.

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

NORA ALETTE GILLERN

Place where served:

8016 ANDERSON ST.  PHILADELPHIA  PA  19118

[ ] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant

Description of Person Accepting Service:

SEX:____ AGE: _____ HEIGHT: _____ WEIGHT: _____ SKIN:_____ HAIR:_____ OTHER:_____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL$ _____.____          SERVICES $_____.____          TOTAL $_____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.
Docusign Court Approved E-Signature

DATE: 4 , 3 /20 25                                              L.S.

SIGNATURE OF ROBERT WAGNER
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

* VEHICLE IN DRIVEWAY, LIGHTS CAN BE SEEN ON INSIDE BUT NO ANSWER: 3/28 @ 6:32 P.M., 3/29 @ 1:45 P.M., 3/31 @ 7:31 AM., 4/3 @ 11:03 AM.

ATTORNEY:    GENE Y. KANG, ESQ.
PLAINTIFF:   JUNSUB SHIM
DEFENDANT:   LUXURY ASSET CAPITAL, LLC, ET AL
VENUE:       DISTRICT
DOCKET:      1 24 CV 09738 JPC
COMMENT:

20250414160430

**Guaranteed Subpoena Service, Inc.**
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056   (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
**www.Served.com**

YOUR PROCESS **20250414160430** Was

RIVKIN RADLER, LLP.-HACKENSACK
GENE Y. KANG, ESQ.
COURT PLAZA NORTH  25 MAIN ST. STE. 501
HACKENSACK NJ 07601

**NOT SERVED!**

NOT Served Date/Time: 4/18/2025 7:45 AM

---

**Visit us at www.SERVED.com to get the latest status of your process. Your FirmID is: 051BA14E**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NOT Served Upon:     **NORA ALETTE GILLERN**
At HOME :            **8016 ANDERSON ST.  PHILADELPHIA PA 19118**

In the Case/Docket:  **1 24 CV 09738 JPC**   Claim:
Plaintiff:           **JUNSUB SHIM**
Defendant:           **LUXURY ASSET CAPITAL, LLC, ET AL**
Attorney:            **GENE Y. KANG, ESQ.**   Phone: **2012872460**  Fax: **2014890495**  Email:
                     **jennifer.davila@rivkin.com**
Firm:                **RIVKIN RADLER, LLP.-HACKENSACK**
                     **COURT PLAZA NORTH  25 MAIN ST. STE. 501 HACKENSACK NJ 07601**

---

**VIDEO OF OUR ATTEMPTS ARE FREQUENTLY AVAILABLE AT A REASONABLE COST
EFFECTIVE 8/6/18 - WHEN AND WHERE AVAILABLE**

---

# AUTHORIZATION FOR ADVANCED SEARCH

**Note: all investigative work is performed by Spartan Detective Agency, NJ License 2392**

**To order search check desired box, sign authorization and fax back to us immediately at 888-224-4405**

*PLEASE BE ADVISED THAT IF THE SOCIAL SECURITY NUMBER OR TAX ID IS NEEDED FOR A SEARCH THERE WILL BE A $60/$150 FEE.*

[ ] Social Security Search $60 find or no find

[ X ] Skip Search* - $75.00 - no find, no pay

[ ] Postal Forwarding $60 anywhere in U.S

[ ] DMV - MVC $60 NJ only, $110 other states

**Sales Tax of 6.625% Applies**

[ ] VIDEO EVIDENCE $79.99 if available

[ ] Corporate Search - $85 anywhere in U.S.

[ ] **(SDA)** Stake Out/Inv $125/hr | **(GSS)** - Wait Time $100/hr (NJ)
$150/hr Out of State **(circle one)** - Auth Hours ___

_____     ___/___/_____
AUTHORIZING SIGNATURE               DATE

---

PLEASE FAX SIGNED AUTHORIZATION TO (888) 224-4405 OR CALL (877) SDA-2009 TO REACH **SPARTAN DETECTIVE AGENCY**
OR CALL (800) 672-1952 TO REACH **GUARANTEED SUBPOENA SERVICE**

We were unable to serve your process for the following reason:

**SERVER MADE NUMEROUS OF ATTEMPTS, THERE WAS NO RESPONSE DURING EACH ATTEMPT MADE.**

**\*\*\*THIS FORM DOES NOT CONSTITUTE A LEGAL DUE DILIGENCE AFFIDAVIT\*\*\***

20250422142734

**Guaranteed Subpoena Service, Inc.**
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056   (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
**www.Served.com**

YOUR PROCESS **20250422142734** Was

**NOT SERVED!**

RIVKIN RADLER, LLP.-HACKENSACK
GENE Y. KANG, ESQ.
COURT PLAZA NORTH  25 MAIN ST. STE. 501
HACKENSACK NJ 07601

NOT Served Date/Time: 4/25/2025 1:23 PM

**Visit us at www.SERVED.com to get the latest status of your process. Your FirmID is: 051BA14E**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NOT Served Upon:          **NORA ALETTE GILLERN**
At BUSINESS :               **24 SEVEN TALENT 41 MADISON AVENUE, FL 37 NEW YORK NY 10010**

In the Case/Docket:        **1 24 CV 09738 JPC**    Claim:
Plaintiff:                       **JUNSUB SHIM**
Defendant:                    **LUXURY ASSET CAPITAL, LLC, ET AL**
Attorney:                      **GENE Y. KANG, ESQ.**   Phone: **2012872460** Fax: **2014890495** Email:
                                   **jennifer.davila@rivkin.com**
Firm:                           **RIVKIN RADLER, LLP.-HACKENSACK**
                                   **COURT PLAZA NORTH  25 MAIN ST. STE. 501 HACKENSACK NJ 07601**

**VIDEO OF OUR ATTEMPTS ARE FREQUENTLY AVAILABLE AT A REASONABLE COST**
**EFFECTIVE 8/6/18 - WHEN AND WHERE AVAILABLE**

# AUTHORIZATION FOR ADVANCED SEARCH

**Note: all investigative work is performed by Spartan Detective Agency, NJ License 2392**

**To order search check desired box, sign authorization and fax back to us immediately at 888-224-4405**

*PLEASE BE ADVISED THAT IF THE SOCIAL SECURITY NUMBER OR TAX ID IS NEEDED FOR A SEARCH THERE WILL BE A $60/$150 FEE.

[ ] Social Security Search $60 find or no find          [ ] VIDEO EVIDENCE $79.99 if available

[ X ] Skip Search* - $75.00 - no find, no pay           [ ] Corporate Search - $85 anywhere in U.S.

[ ] Postal Forwarding $60 anywhere in U.S               [ ] **(SDA)** Stake Out/Inv $125/hr | **(GSS)** - Wait Time $100/hr (NJ)
                                                                   $150/hr Out of State **(circle one)** - Auth Hours ___

[ ] DMV - MVC $60 NJ only, $110 other states

                                                                   _____    ___/___/_____
**Sales Tax of 6.625% Applies**                          AUTHORIZING SIGNATURE              DATE

PLEASE FAX SIGNED AUTHORIZATION TO **(888) 224-4405**
OR CALL **(877) SDA-2009** TO REACH **SPARTAN DETECTIVE AGENCY**
OR CALL **(800) 672-1952** TO REACH **GUARANTEED SUBPOENA SERVICE**

**\*\*\*THIS FORM DOES NOT CONSTITUTE A LEGAL DUE DILIGENCE AFFIDAVIT\*\*\***

**WE ARE UNABLE TO SERVE YOUR PROCESS FOR THE FOLLOWING REASON:**

**[  ] POSSIBLY VACANT AND ABANDONED --- N.J.S.A.2A:50-73 May Apply**
**$100 SUMMARY FORECLOSURE AFFIDAVIT. Call 1-800-672-1952 For Details.**

**[ X ] MOVED**                                     **[  ] UNABLE TO MAKE CONTACT**

**[  ] ADDRESS DOES NOT EXIST**                     **[  ] DECEASED**

**[  ] EVADING**                                    **[  ] INCARCERATED**

**[  ] UNKNOWN AT ADDRESS**                         **[  ] IN COLLEGE**

                                                    **[  ] RETIRED**

**Guaranteed Subpoena Service utilizes "real time status". Our process servers communicate with our computer system via a SmartPhone. The categories above are what our process servers view and click in cases where process cannot be served. Our process server did go to the address you provided and in most cases videoed the attempt to make the declared determination. Fuel, time and wear and tear are involved. Video may also be available at a nominal cost. We feel that this is fair and are confident that you agree. Should you have any questions please feel free to call our office at 1-800-672-1952.**

**Thank you in advance for the opportunity to serve you!**

# EXHIBIT J



**Spartan Detective Agency, Inc.**
P.O. Box 1414 - Union, New Jersey 07083
Phone: **(877) SDA-2009** (877-732-2009)
Fax: (888) 224-4405 Tax ID 22-1927841
**www.SpartanPI.com**

YOU CAN NOW PRINT A RECEIPT ONLINE AS A
PAYMENT CONFIRMATION FOR YOUR RECORD.
SAVE A STAMP, TIME AND EFFORT AND PAY
THIS INVOICE ONLINE! YOU MAY USE
VISA, MASTERCARD, AMERICAN EXPRESS,
DISCOVER OR EVEN A PAYPAL ACCOUNT!



# INVOICE

RIVKIN RADLER, LLP.-HACKENSACK
GENE Y. KANG, ESQ.
COURT PLAZA NORTH  25 MAIN ST. STE. 501
HACKENSACK NJ 07601

| | |
|---|---|
| INVOICE #: | 20250410143255 |
| FEE: | $25.00 |
| SALES TAX: | $1.65 |
| AMOUNT DUE: | $26.65 |
| DUE DATE: | 5/10/2025 |

**WE RESERVE THE RIGHT TO CHARGE 18% APR INTEREST (0.049315% DPR PAST THE DUE DATE) ON ALL UNPAID BALANCES.**

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

AMOUNT DUE: $26.65      INVOICE#: 20250410143255      INVOICE DATE: **4/10/2025**
ATTORNEY:              GENE Y. KANG, ESQ.
FIRM:                 RIVKIN RADLER, LLP.-HACKENSACK
PLAINTIFF:            JUNSUB SHIM
DEFENDANT:            LUXURY ASSET CAPITAL, LLC, ET AL
DOCKET#:              1 24 CV 09738 JPC                    CLAIM#:
CONDUCTED UPON:       NORA ALETTE GILLERN
INVESTIGATION CONDUCTED: SKIP TRACE
INVESTIGATION DATE:              COURT DATE:
ADDRESS:             8016 ANDERSON ST.  PHILADELPHIA PA 19118

PAYMENT SENT         |__|__| / |__|__| / |__|__|          [ ] CHECK
ON:                                                       [ ] VISA
                     |__|__| , |__|__|__| . |__|__|       [ ] MASTERCARD
AMOUNT PAID:                                              [ ] DISCOVER
                                                         [ ] AMERICAN EXPRESS

CARD/CHECK#: |__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

RIVKIN RADLER, LLP.-HACKENSACK
COURT PLAZA NORTH  25 MAIN ST. STE. 501
HACKENSACK NJ 07601

| | |
|---|---|
| INVOICE #: | 20250410143255 |
| AMOUNT DUE: | $26.65 |
| DUE DATE: | 5/10/2025 |

For the fastest resolution to your billing inquiry, email us at:
**Billing@SpartanPI.com**

[ ] CHECK

[ ] Visa  [ ] MasterCard  [ ] Discover  [ ] American Express

SPARTAN DETECTIVE AGENCY, INC.
**www.SpartanPI.com**
P.O. BOX 1414
UNION, NJ 07083

CARD #: |__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|

EXPIRATION: |__|__| / |__|__|

SIGNATURE: _____

20250410143255



20250410143255

**Spartan Detective Agency, Inc.**
P.O. Box 1414 - Union, New Jersey 07083
Phone: (877) SDA-2009 {877-732-2009}
Fax: (888) 224-4405 Tax ID 22-1927841
www.SpartanPI.com

## *Confidential Report*
# 20250410143255

RIVKIN RADLER, LLP.-HACKENSACK
COURT PLAZA NORTH  25 MAIN ST. STE. 501
HACKENSACK NJ 07601

Regarding:  SKIP TRACE
On:         NORA ALETTE GILLERN
Date:       04/10/2025

Attn:     GENE Y. KANG, ESQ.
Phone:    2012872460
Fax:      2014890495
E-mail:   jennifer.davila@rivkin.com

---

**As per your request, a SKIP TRACE**

**On**        **NORA ALETTE GILLERN**
              **8016 ANDERSON ST.**
              **PHILADELPHIA PA 19118**

**was diligently conducted.**

**Docket/File#:**  1 24 CV 09738 JPC
**Venue:**         DISTRICT
**Claim#:**
**Plaintiff:**     JUNSUB SHIM
**Defendant:**     LUXURY ASSET CAPITAL, LLC, ET AL

**We have located this data with the information previously provided by you. Our findings are indicated below:**
WE WERE UNABLE TO LOCATE A MORE CURRENT ADDRESS.
THE ENTITY IS STILL LISTED AS CURRENT AT: 852 METROPOLITAN AVENUE, APT. 2B, BROOKLYN, NY 11211.

**WE RECOMMEND A DMV SEARCH AND/OR A POSTAL FORWARDING SEARCH. (PLEASE BE ADVISED POSTAL
FORWARDING SEARCHES MAY TAKE UP TO 120 BUSINESS DAYS)**
PLEASE KNOW N.J. DMV REQUIRES A FIRM AUTHORIZATION LETTER; VISIT OUR WEBSITE AT WWW.SPARTANPI.COM TO
OBTAIN THE DMV SAMPLE LETTER.
**PLEASE INDICATE BY YOUR SIGNATURE WHICH SEARCH OR SEARCHES YOU WOULD LIKE US TO PERFORM OR CIRCLE
THE OPTION AS EACH SEARCH IS A SEPARATE FEE**

SSN: 207-74-xxxx
DOB: 07/24/1994

**IF YOU WOULD LIKE TO HAVE THOSE SEARCHES PERFORMED, KINDLY SIGN AND DATE THIS FORM
AND FAX IT BACK TO SPARTAN AT (908) 687-4464 AT YOUR EARLIEST CONVENIENCE. THANK YOU.**

X _____

---

THE DATA CONTAINED IN THIS REPORT HAS BEEN OBTAINED BY APPLYING THE SUBJECT'S NAME AND/OR SOCIAL SECURITY NUMBER FOR VERIFICATION.
ALL SUBJECT INFORMATION HAS BEEN PROVIDED BY THE CLIENT PREVIOUS TO THIS SEARCH. IF THIS IS A BANK SEARCH PLEASE NOTE THAT THIS
SUBJECT MAY HAVE OTHER BANK ACCOUNTS WITH OTHER BANKS, WHICH DID NOT COME UP ON THIS SEARCH. ALL OF THE ABOVE DATA IS FURNISHED
IN RESPONSE TO AN INQUIRY AND HAS BEEN OBTAINED FROM SOURCES DEEMED RELIABLE, THE ACCURACY OF WHICH THIS ORGANIZATION DOES NOT
GUARANTEE. THE INQUIRER IS TO BE PERSONALLY RESPONSIBLE FOR ANY MISUSE OF THE ABOVE INFORMATION.
**SHOULD YOU HAVE ANY QUESTIONS PLEASE DO NOT HESITATE TO CONTACT US!**

SPARTAN REPORT

April 10, 2025

**NORA A GILLERN | 207-74-xxxx | 07/24/1994 (30)**

**Addresses**

852 METROPOLITAN AVE APT 2B, BROOKLYN, NY 11211-2515 KINGS (Oct 2024 - Apr 2025)
141 N 8TH ST APT 2RH, BROOKLYN, NY 11249-2054 KINGS (Dec 2020 - Oct 2024)
350 GREENE AVE APT 9, BROOKLYN, NY 11216-1162 KINGS (Nov 2017 - Oct 2024)
453 LAFAYETTE AVE APT 3, BROOKLYN, NY 11205-4860 KINGS (May 2017 - Oct 2019)
172 E 92ND ST APT 4B, NEW YORK, NY 10128-2403 NEW YORK (Sep 2015 - Jul 2017)
8016 ANDERSON ST, PHILADELPHIA, PA 19118-2936 PHILADELPHIA (Jun 2011 - Jun 2017)



20250327091956

**Guaranteed Subpoena Service, Inc.**
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056   (800) 872-1952
Fax: (908) 688-0885 Tax ID 22-2393485
www.Served.com

YOUR PROCESS **20250327091956** Was

RIVKIN RADLER, LLP.-HACKENSACK
GENE Y. KANG, ESQ.
COURT PLAZA NORTH  25 MAIN ST. STE. 501
HACKENSACK NJ 07601

**NOT SERVED!**

NOT Served Date/Time: 4/3/2025 11:03 AM

---

Visit us at www.SERVED.com to get the latest status of your process. Your FirmID is: 051BA14E

NOT Served Upon:     **NORA ALETTE GILLERN**
At HOME :            **8016 ANDERSDN ST. PHILADELPHIA PA 19118**

In the Case/Docket:  **1 24 CV 09738 JPC**  Claim:
Plaintiff:           **JUNSUB SHIM**
Defendant:           **LUXURY ASSET CAPITAL, LLC, ET AL**
Attorney:            **GENE Y. KANG, ESQ.**  Phone: 2012872460  Fax: 2014890495  Email:
                     jennifer.davila@rivkin.com
Firm:                **RIVKIN RADLER, LLP.-HACKENSACK**
                     **COURT PLAZA NORTH  25 MAIN ST. STE. 501 HACKENSACK NJ 07601**

---

VIDEO OF OUR ATTEMPTS ARE FREQUENTLY AVAILABLE AT A REASONABLE COST
EFFECTIVE 8/8/18  WHEN AND WHERE AVAILABLE

# AUTHORIZATION FOR ADVANCED SEARCH

Note: all investigative work is performed by Spartan Detective Agency, NJ License 2392

To order search check desired box, sign authorization and fax back to us immediately at **888-224-4405**

*PLEASE BE ADVISED THAT IF THE SOCIAL SECURITY NUMBER OR TAX ID IS NEEDED FOR A SEARCH THERE WILL BE A $60/$150 FEE.

[ ] Social Security Search $60 find or no find          [ ] VIDEO EVIDENCE $79.99 if available

[ X ] Skip Search* - $75.00 - no find, no pay           [ ] Corporate Search - $85 anywhere in U.S.

[ ] Postal Forwarding $60 anywhere in U.S              [ ] (SDA) Stake Out/Inv $125/hr | (GSS) - Wait Time $100/hr (NJ)
                                                        $150/hr Out of State (circle one) - Auth Hours ____
[ ] DMV - MVC $60 NJ only, $110 other states

**Sales Tax of 6.625% Applies**                         AUTHORIZING SIGNATURE                    DATE   4/10/25

---

PLEASE FAX SIGNED AUTHORIZATION TO (888) 224-4405 OR CALL (877) SDA-2009 TO REACH **SPARTAN DETECTIVE AGENCY**
OR CALL (800) 672-1952 TO REACH **GUARANTEED SUBPOENA SERVICE**

We were unable to serve your process for the following reason:

SERVER MADE NUMEROUS OF ATTEMPTS, THERE WAS NO RESPONSE DURING EACH ATTEMPT MADE.

***THIS FORM DOES NOT CONSTITUTE A LEGAL DUE DILIGENCE AFFIDAVIT***

# EXHIBIT K



### Nora Gillern · She/Her · 3rd
Director Talent Solutions, Direct Hire at 24 Seven LLC Overseeing East Coast Corporate Retail

24 Seven Talent

The New School

Brooklyn, New York, United States · Contact info

500+ connections

**Message**   **+ Follow**   **More**

### About

24 Seven is a strategic staffing and recruiting firm specializing in marketing, creative and digital talent. We partner with forward-thinking companies and brands to suppose their evolving talent demands. From freelance, to fulltime, and executive-level searches, we deliver talent that meets our clients' needs both profess ...see more

### Activity
2,926 followers

**Posts**   Comments



**Nora Gillern** · 3rd+
Director Talent Solutions, Direct Hire at 24...
2w · 🌐

Currently seeking a Senior Packaging Engineer based in Greenwich Connecticut to join a fantastic beauty focused company!

Please feel free to reach out with referrals or apply via the link below ...more

**Senior Packaging Engineer**
Job by 24 Seven Talent
Greenwich, Connecticut, United States (On-site)
Medical, Vision, Dental
**View job**

👍 3

**Nora Gillern**
Director Talent Sol...
3w · 🌐

Congrats to this years ach...

**Lisa Marie Ri...**
EVP, Global Client...

24 Seven Talent is thrill... sponsorship of the 202... recognizing the except...

CONG TO THIS Y AWA

Show all posts →

## Experience



**24 Seven Talent**
6 yrs 10 mos

● **Director, Talent Solutions, Team Lead, Direct Hire**
Full-time
Aug 2024 - Present · 10 mos
New York City Metropolitan Area

Focusing on Sales, Account Management, Product Development, Regulatory, Supply Chain, Logistics, Operations, Planning, Finance, and...

● **Senior Account Manager Team Lead**
Full-time
Oct 2021 - Aug 2024 · 2 yrs 11 mos
New York City Metropolitan Area

Overseeing all retail and corporate retail.

⬦ Hiring, Skilled Multi-tasker and +3 skills

● **Senior Account Manager**
Jan 2020 - Oct 2021 · 1 yr 10 mos
Greater New York City Area

Focusing on corporate retail including buyers, planners, wholesale, logistics, and more!

⬦ Hiring, Skilled Multi-tasker and +3 skills

Show all 4 experiences →



**Bluemercury**
2 yrs 5 mos

● **District Training Manager**
Apr 2018 - Sep 2018 · 6 mos
Greater New York City Area

⬦ Hiring, Skilled Multi-tasker and +2 skills

● **Retail Store Manager**
Feb 2017 - Aug 2018 · 1 yr 7 mos
Greater New York City Area

⬦ Hiring, Skilled Multi-tasker and +1 skill

● **Sales Associate**
May 2016 - Feb 2017 · 10 mos
275 Greenwich St

⬦ Skilled Multi-tasker



**Sales Advisor**
Birchbox
Jun 2015 - Jun 2016 · 1 yr 1 mo
Greater New York City Area

⬦ Skilled Multi-tasker

## Education

 **The New School**
Bachelor of Arts (BA), History
2012 - 2015

## Volunteering

 **Board Member**
Open Connections (OC)
Jul 2016 - Jul 2021 · 5 yrs 1 mo
Education

## Skills

Written Communication

Full Cycle

Show all 20 skills →

## Interests

**Top Voices**    Companies    Groups    Newsletters    Schools

 **Jennifer Hyman**  · 3rd
CEO, Co-Founder and Chair of the Board at Rent the Runway
319,460 followers

+ Follow

 **Sophia Amoruso**  · 2nd
Investing in winners at Trust Fund, NYT Bestselling Author, Serial Founder,
Keynote Speaker. Returned the dress I wore on the cover of Forbes. 🐸 Pitch
us at trustfund.vc 🦄
246,317 followers

+ Follow

## More profiles for you

 **Kerry Veas**  · 3rd
Senior Vice President, Talent & Development at 24 Seven Talent

+ Follow

 **Jennifer Gonzalez**  · 3rd
Associate, Talent Solutions | Direct Hire at 24 Seven Talent

✈ Message

 **Jordan Commer**  · 3rd
Manager, Talent Solutions @ 24 Seven Talent | Recruitment Expert

+ Follow

 **Georgia Marogiannis**  · 3rd
Lead Recruiter for Creative, Marketing, and Tech recruiter at 24 Seven Inc.

+ Follow

# EXHIBIT L





# Nora Gillern

285 friends

  



Posts    About    Friends    Photos    Videos    Check-ins    More ▾    ...

## Intro

🏢 Retail Account Manager at **24 Seven**

🏢 Manager at **Bluemercury**

🏢 Worked at **BIRCHBOX**

🏢 Former host at The Standard Grill

🏢 Worked at **Urban Outfitters**

🏢 Former server/hostess at **Chestnut Grill and Sidewalk Cafe**

🏢 Former Sales representative at Delia's



   

Studied History at Eugene Lang College The New School for Liberal Arts

Went to **Open Connections**

Studied at Community College of Philadelphia

Studied at Temple University

## Photos

See all photos





Started New Job at 24 Seven
August 27, 2018

Started New Job at Bluemercury
May 2016

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2025

## Posts

Filters

**Nora Gillern** donated.
April 12, 2020 · Facebook fundraisers · 🌐

       



government to provide emergency funds as refuges prepare for an influx of referrals amid fears the Covid-19 outbreak will fuel violence in the home.

At least 15 violence against women and girls organisations, including Women's Aid, have signed a letter to the Ministry of

**Nicola's birthday fundraiser for Refuge**
Fundraiser for Refuge by Nicola DL

$388 raised of $667                                    Ended
11 people donated.

👍 2                                                    1 comment

**Nicola DL**
Thanks Nora !!
5y

**Nora Gillern** is in **New York, NY**.
August 27, 2018 · 🕐 · 🌐                                ···

**Started New Job at 24 Seven**
August 27, 2018 — Retail Account Manager
**New York, New York**

👍 Like          💬 Comment          ↪ Share

Write a comment...                    😊 😊 📷 GIF 🎨



9

Share

# EXHIBIT M



**1 OF 1 RECORD(S)**

FOR INFORMATIONAL PURPOSES ONLY

Copyright © 2025 LexisNexis

a division of Reed Elsevier Inc. All Rights Reserved.

Report Created: May 20, 2025 - Tuesday 7:36 PM

# California Secretary of State
**This data is for informational purposes only.**

**Corporate Filing 1**
**Business Information**

|  |  |
|---|---|
| **Filing Type:** | CURRENT |
| **Filing Number:** | 201704410345 |
| **Name:** | 24 SEVEN, LLC |
| **Name Type:** | LEGAL |
| **Standard Business Address:** | 105 MAXESS RD STE 201<br>MELVILLE, NY 11747-3857 |
| **Original Business Address:** | 105 MAXESS ROAD SUITE 201<br>MELVILLE, NY 11747<br>US |
| **Mailing Address:** | 105 MAXESS ROAD SUITE 201<br>MELVILLE, NY 11747<br>US |
| **Business Type:** | LIMITED LIABILITY COMPANY - OUT OF STATE |
| **Status:** | ACTIVE |
| **Foreign State of Incorporation:** | DELAWARE |
| **Place Incorporated:** | CALIFORNIA |
| **Foreign/Domestic:** | FOREIGN |
| **Foreign Incorporation Date:** | 02/01/2017 |
| **Manufacturer:** | NO |
| **Partnership:** | NO |
| **Purpose:** | EMPLOYMENT AGENCY |
| **Status Comment:** | IN GOOD STANDING WITH FTB |
| **Date Last Seen:** | 03/14/2025 |

**Registered Agent**

|  |  |
|---|---|
| **Name:** | CSC - LAWYERS INCORPORATING SERVICE |
| **Registered Agent Address Type:** | REGISTERED OFFICE |
| **Registered Agent Address:** | 251 LITTLE FALLS DR<br>WILMINGTON, DE 19808-1674 |

**Corporate Filing 2**

24_Seven_LLC

## Corporate Filing 2
**Business Information**

|  |  |
|---|---|
| **Filing Type:** | HISTORICAL |
| **Filing Number:** | 201704410345 |
| **Name:** | 24 SEVEN, LLC |
| **Name Type:** | LEGAL |
| **Standard Business Address:** | 41 MADISON AVE FL 37<br>NEW YORK, NY 10010-2257 |
| **Original Business Address:** | 41 MADISON AVENUE FL 37<br>NEW YORK, NY 10010<br>US |
| **Mailing Address:** | 41 MADISON AVENUE FL 37<br>NEW YORK, NY 10010<br>US |
| **Business Type:** | LIMITED LIABILITY COMPANY - OUT OF STATE |
| **Status:** | ACTIVE |
| **Foreign State of Incorporation:** | DELAWARE |
| **Place Incorporated:** | CALIFORNIA |
| **Foreign/Domestic:** | FOREIGN |
| **Foreign Incorporation Date:** | 02/01/2017 |
| **Manufacturer:** | NO |
| **Partnership:** | NO |
| **Purpose:** | EMPLOYMENT AGENCY |
| **Status Comment:** | IN GOOD STANDING WITH FTB |
| **Date Last Seen:** | 09/11/2024 |

**Registered Agent**

|  |  |
|---|---|
| **Name:** | CSC - LAWYERS INCORPORATING SERVICE |
| **Registered Agent Address Type:** | REGISTERED OFFICE |
| **Registered Agent Address:** | 251 LITTLE FALLS DR<br>WILMINGTON, DE 19808-1674 |

## Corporate Filing 3
**Business Information**

|  |  |
|---|---|
| **Filing Type:** | HISTORICAL |
| **Filing Number:** | 201704410345 |
| **Name:** | 24 SEVEN, LLC |
| **Name Type:** | LEGAL |
| **Standard Business Address:** | 41 MADISON AVE FL 37<br>NEW YORK, NY 10010-2257 |
| **Original Business Address:** | 41 MADISON AVENUE FL 37<br>NEW YORK, NY 10010<br>US |
| **Mailing Address:** | 41 MADISON AVENUE FL 37<br>NEW YORK, NY 10010<br>US |
| **Business Type:** | LIMITED LIABILITY COMPANY - OUT OF STATE |
| **Status:** | ACTIVE |
| **Foreign State of Incorporation:** | DELAWARE |
| **Place Incorporated:** | CALIFORNIA |
| **Foreign/Domestic:** | FOREIGN |
| **Foreign Incorporation Date:** | 02/01/2017 |
| **Manufacturer:** | NO |
| **Partnership:** | NO |
| **Status Comment:** | IN GOOD STANDING WITH FTB |
| **Date Last Seen:** | 03/13/2024 |

**Registered Agent**

24_Seven_LLC

## Corporate Filing 3

|  |  |
|---|---|
| **Name:** | CSC - LAWYERS INCORPORATING SERVICE |
| **Registered Agent Address Type:** | REGISTERED OFFICE |
| **Registered Agent Address:** | 251 LITTLE FALLS DR<br>WILMINGTON, DE 19808-1674 |

## Corporate Filing 4
**Business Information**

|  |  |
|---|---|
| **Filing Type:** | HISTORICAL |
| **Filing Number:** | 201704410345 |
| **Name:** | 24 SEVEN, LLC |
| **Name Type:** | LEGAL |
| **Standard Business Address:** | 41 MADISON AVE FL 37TH<br>NEW YORK, NY 10010-2202 |
| **Original Business Address:** | 41 MADISON AVENUE 37TH FLOOR<br>NEW YORK, NY 10010<br>US |
| **Mailing Address:** | 41 MADISON AVENUE 37TH FLOOR<br>NEW YORK, NY 10010<br>US |
| **Business Type:** | LIMITED LIABILITY COMPANY - OUT OF STATE |
| **Status:** | ACTIVE |
| **Foreign State of Incorporation:** | DELAWARE |
| **Place Incorporated:** | CALIFORNIA |
| **Foreign/Domestic:** | FOREIGN |
| **Foreign Incorporation Date:** | 02/01/2017 |
| **Manufacturer:** | NO |
| **Partnership:** | NO |
| **Status Comment:** | IN GOOD STANDING WITH FTB |
| **Date Last Seen:** | 10/07/2022 |

**Registered Agent**

|  |  |
|---|---|
| **Name:** | CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORN |
| **Registered Agent Address Type:** | REGISTERED OFFICE |
| **Registered Agent Address:** | 2710 GATEWAY OAKS DR STE 150N<br>SACRAMENTO, CA 95833-3502 |

## Corporate Filing 5
**Business Information**

|  |  |
|---|---|
| **Filing Type:** | HISTORICAL |
| **Filing Number:** | 201704410345 |
| **Name:** | 24 SEVEN, LLC |
| **Name Type:** | LEGAL |
| **Standard Mailing Address:** | 105 MAXESS RD STE 201N<br>MELVILLE, NY 11747-3857 |
| **Original Mailing Address:** | 105 MAXESS ROAD STE 201N<br>MELVILLE, NY 11747<br>US |
| **Business Type:** | LIMITED LIABILITY COMPANY |
| **Status:** | ACTIVE |
| **Foreign State of Incorporation:** | DELAWARE |
| **Place Incorporated:** | CALIFORNIA |
| **Foreign/Domestic:** | FOREIGN |
| **Foreign Incorporation Date:** | 02/01/2017 |
| **Manufacturer:** | NO |
| **Amendments Filed:** | 5 |

24_Seven_LLC

## Corporate Filing 5

| | |
|---|---|
| **Partnership:** | NO |
| **Purpose:** | EMPLOYMENT AGENCY |
| **Date Last Seen:** | 04/05/2022 |

**Registered Agent**

| | |
|---|---|
| **Name:** | CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORN |
| **Registered Agent Address Type:** | REGISTERED OFFICE |

## Corporate Filing 6
**Business Information**

| | |
|---|---|
| **Filing Type:** | HISTORICAL |
| **Filing Number:** | 201704410345 |
| **Name:** | 24 SEVEN, LLC |
| **Name Type:** | LEGAL |
| **Standard Mailing Address:** | 105 MAXESS RD STE 201N MELVILLE, NY 11747-3857 |
| **Original Mailing Address:** | 105 MAXESS RD SUITE 201N MELVILLE, NY 11747 US |
| **Business Type:** | LIMITED LIABILITY COMPANY |
| **Status:** | ACTIVE |
| **Foreign State of Incorporation:** | DELAWARE |
| **Place Incorporated:** | CALIFORNIA |
| **Foreign/Domestic:** | FOREIGN |
| **Foreign Incorporation Date:** | 02/01/2017 |
| **Manufacturer:** | NO |
| **Amendments Filed:** | 4 |
| **Partnership:** | NO |
| **Purpose:** | STAFFING SERVICES |
| **Date Last Seen:** | 01/07/2020 |

**Registered Agent**

| | |
|---|---|
| **Name:** | C T CORPORATION SYSTEM (C0168406) |

## Corporate Filing 7
**Business Information**

| | |
|---|---|
| **Filing Type:** | HISTORICAL |
| **Filing Number:** | 201704410345 |
| **Name:** | 24 SEVEN, LLC |
| **Name Type:** | LEGAL |
| **Standard Mailing Address:** | 105 MAXESS RD STE 201N MELVILLE, NY 11747-3857 |
| **Original Mailing Address:** | 105 MAXESS RD SUITE 201N MELVILLE, NY 11747 US |
| **Business Type:** | LIMITED LIABILITY COMPANY |
| **Status:** | ACTIVE |
| **Foreign State of Incorporation:** | DELAWARE |
| **Place Incorporated:** | CALIFORNIA |
| **Foreign/Domestic:** | FOREIGN |
| **Foreign Incorporation Date:** | 02/01/2017 |
| **Manufacturer:** | NO |
| **Amendments Filed:** | 3 |
| **Partnership:** | NO |
| **Purpose:** | STAFFING SERVICES |
| **Date Last Seen:** | 06/04/2019 |

**Registered Agent**

24_Seven_LLC

## Corporate Filing 7

**Name:** C T CORPORATION SYSTEM (C0168406)

## Corporate Filing 8
**Business Information**

| | |
|---|---|
| **Filing Type:** | HISTORICAL |
| **Filing Number:** | 201704410345 |
| **Name:** | 24 SEVEN, LLC |
| **Name Type:** | LEGAL |
| **Standard Mailing Address:** | 105 MAXESS RD STE 201N<br>MELVILLE, NY 11747-3857 |
| **Original Mailing Address:** | 105 MAXESS RD SUITE 201N<br>MELVILLE, NY 11747<br>US |
| **Business Type:** | LIMITED LIABILITY COMPANY |
| **Status:** | ACTIVE |
| **Foreign State of Incorporation:** | DELAWARE |
| **Place Incorporated:** | CALIFORNIA |
| **Foreign/Domestic:** | FOREIGN |
| **Foreign Incorporation Date:** | 02/01/2017 |
| **Manufacturer:** | NO |
| **Amendments Filed:** | 2 |
| **Partnership:** | NO |
| **Purpose:** | STAFFING SERVICES |
| **Date Last Seen:** | 03/05/2019 |

**Registered Agent**

**Name:** C T CORPORATION SYSTEM (C0168406)

## Corporate Filing 9
**Business Information**

| | |
|---|---|
| **Filing Type:** | HISTORICAL |
| **Filing Number:** | 201704410345 |
| **Name:** | 24 SEVEN, LLC |
| **Name Type:** | LEGAL |
| **Standard Mailing Address:** | 120 WOOSTER ST<br>NEW YORK, NY 10012-5200 |
| **Original Mailing Address:** | 120 WOOSTER ST<br>NEW YORK, NY 10012<br>US |
| **Business Type:** | LIMITED LIABILITY COMPANY |
| **Status:** | ACTIVE |
| **Foreign State of Incorporation:** | DELAWARE |
| **Place Incorporated:** | CALIFORNIA |
| **Foreign/Domestic:** | FOREIGN |
| **Foreign Incorporation Date:** | 02/01/2017 |
| **Manufacturer:** | NO |
| **Amendments Filed:** | 2 |
| **Partnership:** | NO |
| **Date Last Seen:** | 01/02/2018 |

**Registered Agent**

**Name:** C T CORPORATION SYSTEM (C0168406)

## Corporate Filing 10
**Business Information**

| | |
|---|---|
| **Filing Type:** | HISTORICAL |

24_Seven_LLC

## Corporate Filing 10

| | |
|---|---|
| **Filing Number:** | 201704410345 |
| **Name:** | 24 SEVEN, LLC |
| **Name Type:** | LEGAL |
| **Standard Mailing Address:** | 120 WOOSTER ST<br>NEW YORK, NY 10012-5200 |
| **Original Mailing Address:** | 120 WOOSTER ST<br>NEW YORK, NY 10012<br>US |

| | |
|---|---|
| **Business Type:** | LIMITED LIABILITY COMPANY |
| **Status:** | ACTIVE |
| **Foreign State of Incorporation:** | DELAWARE |
| **Place Incorporated:** | CALIFORNIA |
| **Foreign/Domestic:** | FOREIGN |
| **Foreign Incorporation Date:** | 02/01/2017 |
| **Manufacturer:** | NO |
| **Amendments Filed:** | 1 |
| **Partnership:** | NO |
| **Date Last Seen:** | 12/05/2017 |

**Registered Agent**

| | |
|---|---|
| **Name:** | C T CORPORATION SYSTEM (C0168406) |

## Corporate Filing 11
**Business Information**

| | |
|---|---|
| **Filing Type:** | HISTORICAL |
| **Filing Number:** | 201704410345 |
| **Name:** | 24 SEVEN, LLC |
| **Name Type:** | LEGAL |
| **Standard Mailing Address:** | 120 WOOSTER ST<br>NEW YORK, NY 10012-5200 |
| **Original Mailing Address:** | 120 WOOSTER ST<br>NEW YORK, NY 10012<br>US |

| | |
|---|---|
| **Business Type:** | LIMITED LIABILITY COMPANY |
| **Status:** | ACTIVE |
| **Foreign State of Incorporation:** | DELAWARE |
| **Place Incorporated:** | CALIFORNIA |
| **Foreign/Domestic:** | FOREIGN |
| **Foreign Incorporation Date:** | 02/01/2017 |
| **Manufacturer:** | NO |
| **Partnership:** | NO |
| **Date Last Seen:** | 09/05/2017 |

**Registered Agent**

| | |
|---|---|
| **Name:** | C T CORPORATION SYSTEM (C0168406) |

## Corporate Filing 12
**Business Information**

| | |
|---|---|
| **Filing Type:** | HISTORICAL |
| **Filing Number:** | 201704410345 |
| **Name:** | 24 SEVEN, LLC |
| **Name Type:** | LEGAL |
| **Standard Mailing Address:** | 120 WOOSTER ST<br>NEW YORK, NY 10012-5200 |
| **Original Mailing Address:** | 120 WOOSTER ST<br>NEW YORK, NY 10012<br>US |

# EXHIBIT N

# MAZZOLA LINDSTROM LLP

Hanoch Sheps
hanoch@mazzolalindstrom.com
646-216-8126

October 19, 2021

Via ECF
Hon. Paul G. Gardephe
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

Response to Plaintiff's Counsel's Request for
Pre-Motion Conference on Issue of Alternate
Service, and Defendant Carmichael Gallery's
Further Request for Pre-Motion Conference

Re:  *International Systems Group, Inc. v. Seth Carmichael, Carmichael Gallery, LLC, et al.*
      *Index No.: 21-CV-6301-PGG*

Dear Judge Gardephe:

We represent the defendants and continue to make a limited appearance (in behalf of defendant Carmichael Gallery, LLC). We hereby object to plaintiff's request for substitute service on Seth Carmichael, individually. As discussed herein, plaintiff failed to meet its threshold requirement of reasonably attempting to effect service on Mr. Carmichael or justify judicial intervention. We hereby make an independent request for a pre-motion conference predicated on the lack of subject matter jurisdiction, or, alternatively, to dismiss certain of plaintiff's claims.

## The Court Should Reject Plaintiff's Request for Alternate Service and Not Intervene

The request for alternate service should be denied because plaintiff failed to make any showing of the need for judicial intervention. Plaintiff failed to meet the threshold requirement of reasonably attempting to effect service on Mr. Carmichael. Plaintiff also failed to even take preliminary steps to effect service through the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents, despite the representation that Mr. Carmichael does not live in the U.S.[1]

The decision whether to allow alternate methods of serving process under FRCP 4(f)(3) is committed to the sound discretion of the court. *Gang Chen v. China Green Agric., Inc.*, No. 1:20-cv-09232 (MKV), 2021 U.S. Dist. LEXIS 11243, at *6 (S.D.N.Y. 2021). In exercising this discretion, however, the court can and should "impose a threshold requirement for parties to meet before seeking the court's assistance." *Ryan v. Brunswick Corp.*, No. 02 Civ. 0133EF, 2002 U.S. Dist. LEXIS 13837, 2002 WL 1628933, at *2 (W.D.N.Y. 2002). In fact, before the court will authorize alternate service pursuant to Rule 4(f)(3):

[t]he moving party must make some showing of the need for judicial intervention … [which has] frequently been described as follows: (1) a showing that the

---

[1] It is inconsequential whether plaintiff or its counsel previously communicated with Mr. Carmichael via email insofar as proper service and due process are concerned. *Kowalski v. Anova Food, LLC*, No. 11-00795 HG-RLP, 2012 U.S. Dist. LEXIS 112693, at *9 (D. Haw. 2012) (declining to authorize alternate service under Rule 4(f)(3) where plaintiffs failed establish that they had attempted Hague service. Even when a defendant has "actual notice, the manner of service of process must substantially comply with Rule 4 requirements") (citing *Crane v. Battelle*, 127 F.R.D. 174, 177 (S.D. Cal. 1989)).

plaintiff has reasonably attempted to effectuate service on the defendant, and (2) a showing that the circumstances are such that the court's intervention is necessary.

*Gang Chen*, 2021 U.S. Dist. LEXIS 11243, at *6; see also *Export-Import Bank v. Asia Pulp & Paper Co.*, Ltd., No. 03 Civ. 8554, 2005 U.S. Dist. LEXIS 8902, 2005 WL 1123755, at *4 (S.D.N.Y. 2005) (holding that plaintiff be required "to show that they have reasonably attempted to effectuate service on the defendant(s) and that the circumstances are such that the district court's intervention is necessary.").

This requirement, although not expressly provided by Rule 4(f)(3), "is necessary in order to prevent parties from whimsically seeking alternate means of service and thereby increasing the workload of the courts." *Ryan*, 2002 U.S. Dist. LEXIS 13837, 2002 WL 1628933, at *2. "Effectively, this rule requires the moving party first to follow—or attempt to follow—international agreements and law in recognition of principles of comity and not to whimsically seek an alternate means of service." *Gang Chen*, 2021 U.S. Dist. LEXIS 11243, at *6. Plaintiff has made no attempt at Hague service, so cannot show that judicial intervention is necessary.

As previously represented, Mr. Carmichael does not live in the U.S., and has not in at least five years. A meeting with plaintiff's principal years ago in Florida has no jurisdictional significance. This court should reject plaintiff's request for alternative service and not intervene at this time.

## Plaintiff Failed to Oppose Enforcement of the Mandatory Forum Selection Clause

Plaintiff cannot dispute that the forum selection clause in the so-called "Second Sale" is mandatory, not permissive.[2] This clause, at a minimum, bars plaintiff from bringing the claims arising out of the second sale in federal court. Any ambiguity arising from the inartful reference to the Supreme Court of Florida must be construed against the contract's drafter – the plaintiff.[3] Nevertheless, we argue below that the court may not exercise jurisdiction over the defendants even after a limited dismissal of claims pursuant to the forum selection clause.

## Plaintiff Failed to Articulate How the Fraud Claims are Not Duplicative

Plaintiff's assertion that it alleged breaches extrinsic to the contract is of no moment. The buyers were aware of and agreed not to resell the artworks. At all relevant times, plaintiff knew and intended the artworks to be sold to collectors, not directly to either named defendant.

---

[2] Contrary to opposing counsel's assertion, the undersigned did not overlook that the so-called "First Sale" was subject to a separate agreement. The forum selection clause in the "Second Sale" was contained in **a** contract, though defendants acknowledge that it was not **the** (only) agreement upon which plaintiff's claims are predicated.

[3] *Herrera v. Katz Communs, Inc.*, 532 F. Supp. 2d 644, 647 (S.D.N.Y. 2008) (citing *Andy Warhol Found. for Visual Arts, Inc. v. Federal Ins. Co.*, 189 F.3d 208, 215 (2d Cir. 1999) (explaining that ambiguity is construed against the contract's drafter, because the drafter is responsible for the ambiguity).

**The Court Lacks Subject Matter Jurisdiction Because the $75,000 Threshold is Neither Supported nor Supportable by Factual Allegations. In the Alternative, the Complaint Should be Dismissed for Failure to State a Cause of Action**

It is black letter law that a plaintiff must allege facts that, if true, would establish a right to damages. Here, however, the plaintiff alleges two kinds of damages – harm to its reputation, and injury from the breach of the right of first refusal. There is thus a further basis for a pre-motion conference that was not set forth in our first letter.

### i) Damage to Reputation is Not Compensable

Plaintiff suggests in paragraphs 6, 38, 63, 119 and 125 of the complaint that its injuries are reputational. Reputational injury is not compensable in a claim for breach of contract or for fraud, and thus cannot provide the jurisdictional anchor to meet the $75,000 threshold.

Damages to reputation generally are not recoverable in a breach of contract action under New York law. *Smith v. Positive Prods.*, 419 F. Supp. 2d 437, 453 (S.D.N.Y. 2005) (citing *Karetsos* v. *Cheung,* 670 F. Supp. 111, 115 S.D.N.Y. 1987, precluding recovery for damage to plaintiff's reputation as a result of the breach); *MacArthur Constr. Corp.* v. *Coleman,* 91 A.D.2d 906, 457 N.Y.S.2d 530, 531 (1st Dep't 1983) (damage claim in breach of contract action for injury to plaintiff's reputation in the industry is not actionable); *Dember Constr. Corp.* v. *Staten Island Mall,* 56 A.D.2d 768, 392 N.Y.S.2d 299 (1st Dep't 1977) (claim seeking damages to plaintiff's reputation arising out of breach of contract is not actionable).

Damages for reputational injury are available only in exceptional cases – not alleged here – such as when the plaintiff proves "specific business opportunities lost as a result of its diminished reputation." *I.R.V. Merch. Corp.* v. *Jay Ward Prods., Inc.,* 856 F. Supp. 168, 175 (S.D.N.Y. 1994); *Karetsos,* 670 F. Supp. at 115. "Absent specific proof, damages for loss of reputation are too speculative to be recovered under contract law." *Saxton Communications Group v. Valassis Inserts,* 1995 U.S. Dist. LEXIS 17037, No. 93-388, 1995 WL 679256, at *2 (S.D.N.Y. 1995).

Damages for reputational injury are also unavailable in a fraud action. *Chevron Corp. v. Donziger*, 2013 U.S. Dist. LEXIS 105878, at *6-8 (S.D.N.Y. 2013). New York law allows only awards for pecuniary out-of-pocket losses in fraud cases. The losses must be the direct, immediate, proximate result of the misrepresentation. The damages must also be independent of other causes. *Saleemi v. Pencom Sys.*, 99 CIV. 667 (DLC), 2000 U.S. Dist. LEXIS 6645, at *18-19 (S.D.N.Y. 2000) (citations omitted). Reputational harm cannot be pled based on mere surmise. *Rager v. McCloskey*, 305 NY 75, 81 [1953]. This is particularly true in a fraud case where reputational damages are alleged. *Rather v. CBS Corp.*, 68 A.D.3d 49 (1st Dept 2009), lv to appeal denied, 13 N.Y.3d 715 (2010).

### ii) The Alleged Right of First Refusal Has No Value

The alleged failure to tender an artwork to plaintiff in violation of a contractual right of first refusal could not possibly have caused damage, and, quite noticeably, plaintiff fails to even allege the value of the ROFR, or the loss sustained. Quite manifestly, plaintiff cannot do so. Absent a liquidated damages provision for a breach of a ROFR, it is a loss without injury.

MAZZOLA LINDSTROM LLP

Assume, (1) for sake of analysis, that Jack sells a widget to Jill for $1 million, with a three-year ROFR. Assume that in year two Jill finds a willing arm's-length buyer for the widget, who is willing to pay $1.5 million for it, but that Jill fails to first offer the widget back to Jack for $1.5 million.

(2) Damages are measured at the time of the breach. So in the hypothetical, at the time of the breach, the widget had a fair market value (FMV) of $1.5 million, and could have been resold by Jack, had he been able to purchase it then, at that day's FMV – *i.e.*, $1.5 million.

Ergo, (3) mathematically, Jack suffered no loss, because the fair market value on the date of breach is $1.5 million, so there cannot be damages from the lost opportunity to purchase it back for $1.5 million and resell it that same day – the day on which damages are measured – for $1.5 million. That is, had Jack purchased it back for $1.5 million two years post sale, he would have only been able to sell it at that time for $1.5 million. It's a wash: The buy-back was to be at fair market value; the hypothetical resale by which to measure damages was also $1.5 million.

Finally, (4) it is meaningless to say that Jack could have held it for another year and resold it for $1.75 million, because the FMV already has factored in the likelihood of its appreciation in value.

As for whether the option itself has value, the plaintiff has failed to allege that a reasonable businessman would be willing to pay money for an option exercisable at fair market value, much less that such option has an economic value of more than $75,000.

This is not a case of specific performance, wherein the $75,000 threshold could be satisfied by showing that a thing that the plaintiff asks the court to have returned to him has a value of over $75,000.  See *Am. Standard, Inc. v. Oakfabco, Inc.*, 498 F. Supp. 2d 711, 717 (S.D.N.Y. 2007) (holding that the amount in controversy is not necessarily the money judgment sought or recovered, but rather the value of the consequences which may result from the litigation); see also, *Cohen v. Office Depot, Inc.*, 204 F.3d 1069, 1078 (11th Cir. 2000) (the value of the requested relief is the monetary value of the benefit that would flow to the plaintiff if injunctive or declaratory relief were granted).

Here, plaintiff knew and intended that the artworks were to be sold to collectors, and not kept by the gallery. Plaintiff has not even alleged that the artworks remain in the gallery's possession. Rather, plaintiff has referred in the complaint (¶¶ 25 & 46) to "undisclosed buyers" being in possession of the artworks, not the defendants. Thus, because specific performance is not a possible remedy, the $75,000 threshold must be satisfied by other means.

The complaint does not set forth a legal or mathematical basis for a finding of damages in excess of the $75,000 threshold. The defendant gallery submits that this pleading deficiency is incurable; therefore, it is respectfully submitted that the complaint must be dismissed.[4]

\*\*\*

---

[4] There are other pleading deficiencies, including, for example, an allegation that the plaintiff would have repurchased the work at fair market value had it been offered to him.

MAZZOLA LINDSTROM LLP

By making this request, defendant Carmichael Gallery LLC specifically reserves all rights and claims, as well as all jurisdictional and affirmative defenses available to it, as well as to defendant Seth Carmichael, who has not yet been served. We thank the court for its consideration of the foregoing.

Very truly yours,
Mazzola Lindstrom LLP

Hanoch Sheps

To: *All counsel of record via ECF*

# EXHIBIT O



James Park <james.park1110@gmail.com>

---

**Fwd: Release Kusama**
1 message

---

**From:** Seth Carmichael <sethdcarmichael@gmail.com>
**Sent:** Thursday, March 14, 2024 3:25:34 AM
**To:** HAN Luke <lukehan15@gmail.com>
**Subject:** Fwd: Release Kusama

The work was released to them on Feb 3, 2022. Well after Shim paid for it.


---------- Forwarded message ---------
From: **Chloe Kilburn** <Chloe@newyorkloan.com>
Date: Thu, Feb 3, 2022 at 9:32 PM
Subject: RE: Release Kusama
To: Seth Carmichael <sethdcarmichael@gmail.com>, Jamie Harker <jamie.harker@atelier4.com>
Cc: Lizzie Franco <Lizzie@newyorkloan.com>


Good afternoon Jamie,


I hope all is well! Seth, many thanks for the release. We accept the below Kusama, image attached, to be stored in our account.


Yayoi Kusama, *Infinity Nets (APRU)*, 2016. Acrylic on canvas, 51.25 x 51.25 in.


We would like to open an account with you under our company name Luxury Asset Capital. Please find our details below.


**Name**: Luxury Asset Capital, LLC

**Address**: 4100 E Mississippi Ave, Suite 1850, Glendale, CO 80246

**Contact Information**: Chloe Kilburn, chloe@newyorkloan.com, 646-668-6002

**Other Authorized Users on Account**:

Lizzie Franco, lizzie@newyorkloan.com, 212-997-5626

Eva Quiroz, eva@beverlyloan.com, 310-275-2555

Dewey Burke, dburke@luxuryassetcapital.com, 720-458-6789


Kindly let me know what other information you need from me. Thank you!


All my best,

Chloe


**Chloe Kilburn, M.A. |** *Director of Art*

**Beverly Loan Company**

**New York Loan Company**

**Luxury Asset Capital**

(646) 668-6002

chloe@newyorkloan.com

www.theloancompanies.com

 Please consider the environment before printing this e-mail

NOTICE: This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, is confidential and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error, then delete it.

---

**From:** Seth Carmichael <sethdcarmichael@gmail.com>
**Sent:** Thursday, February 3, 2022 3:27 PM
**To:** Jamie Harker <jamie.harker@atelier4.com>
**Cc:** Chloe Kilburn <Chloe@newyorkloan.com>
**Subject:** Re: Release Kusama


Jamie, please release the work to Chloe ccd, She will open a new account with you and keep the work in storage there until we ship out in a couple of weeks.


Thanks


Seth

| ORDERED BY / TEL#: | billsoflading@sothebys.com for pick-ups | PAGE # _1_ OF _1_ | # 141204-02 |
|---|---|---|---|

**S H I P P E R**
Atelier 4 LA Storage
1636 N Indiana St
A/O: 8495 Whale Watch
Los Angeles, CA 90063

Abdi LaRue
323-262-3500
abdi.larue@atelier4.com

**C O N S I G N E E**
Atelier 4 LA Storage
1636 N Indiana St
A/O: 8495 Whale Watch
Los Angeles, CA 90063

Abdi LaRue
323-262-3500
abdi.larue@atelier4.com

**BILLING**
SHIPPER☐  CONSIGNEE☐  3RD☐

TERMS | INVOICE

**THIRD PARTY BILLING**
Sotheby's

1334 York Ave
New York, NY 10021

??
USPostSaleServices@sothebys.com
2126067254

Booking Agent:
Jamie Harker

Dock Receipt

Pull artwork; hang for viewing; deinstall, repack

Storage/ LA4S-LA4W  Warehouse/ LA4W-LA4W

| # | DESCRIPTION | DIMS (LIST HEIGHT FIRST) | VALUE |
|---|---|---|---|
| 1 | Yayoi Kusama, INFINITY-NETS [APRUJ], 2016, acrylic PBS on canvas, KUSYA0657A | 52 x 52 x 3 | NVD |

| PCS. THIS PAGE | CF TOTAL | TOTAL INSURED VALUE FOR CARRIAGE | NVD |
|---|---|---|---|

BY SIGNING THIS BILL OF LADING & DOCK RECEIPTS, SHIPPER AND CUSTOMER JOINTLY ACKNOWLEDGE FAMILIARITY WITH ALL THE TERMS AND CONDITIONS AS SET FORTH ON FACE AND REVERSE OF THIS PAGE.

**C O N D I T I O N**

ITEMS PACKED BY SHIPPER / CONDITION AND CONTENTS UNKNOWN TO A4 ☐

ITEMS PACKED BY ATELIER 4 / VISUAL INSPECTION AND MATERIALS USED NOTED HERE ☐

IN-HOUSE VIEWING

**ATELIER4**

**ATELIER 4 INC.**
35-00 47 AVENUE
L.I.C. NY 11101
TEL 718-433-3500
FAX 718-433-3510
www.atelier4.com
US DOT 445601

**R E C E I P T**

ITEMS RECEIVED IN GOOD CONDITION UNLESS NOTED:

| SHIPPER SIGNATURE | |
|---|---|
| SHIPPER PRINT & DATE | |
| A4 STAFF RECEIVING | Abdi LaRue  2/2/2022 |
| CONSIGNEE SIGNATURE | |
| CONSIGNEE PRINT & DATE | Jonathan Cheng  2/2/22 |

Best,

Eliza

Get Outlook for iOS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the postmaster at postmaster@sothebys.com.

www.sothebys.com
*******************************************************************



**Green Kusama.JPG**
88K