

WWW.RIVKINRADLER.COM

25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460 F 201.489.0495

**GENE Y KANG**
PARTNER
(201) 287-2489
gene.kang@rivkin.com

July 7, 2025

**VIA ECF AND EMAIL (CronanNYSDChambers@nysd.uscourts.gov)**
Honorable John P. Cronan, U.S.D.J.
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

   Re: *Junsub Shim v. Luxury Asset Capital, LLC, et al.*
     <u>C.A. No.: 1:24-cv-9738-JPC</u>

Dear Judge Cronan:

   We represent Plaintiff, Junsub Shim ("Plaintiff") in the above-referenced matter. Pursuant to Rule 6.C of the Court's Individual Rules and Practices in Civil Cases, we respectfully submit this letter requesting oral argument if opposition is received in connection with Plaintiff's Motion for Substituted Service on Defendants Seth Carmichael and Nora Alette Gillern, filed today. (D.E. 41-43)

   We thank the Court for its attention to this matter.

        Respectfully submitted,
        **RIVKIN RADLER LLP**

        s/ *Gene Y. Kang*
        Gene Y Kang

cc: All Counsel of Record (via ECF and email)

66 South Pearl Street, 11th Floor 1301 Riverplace Boulevard 477 Madison Avenue 2649 South Road 926 RXR Plaza
Albany, NY 12207-1533 Jacksonville, FL 32207-9047 New York, NY 10022-5843 Poughkeepsie, NY 12601-6843 Uniondale, NY 11556-0926
T 518.462.3000 F 518.462.4199 T 904.792.8925 F 904.467.3461 T 212.455.9555 F 212.687.9044 T 845.473.8100 F 845.473.8777 T 516.357.3000 F 516.357.3333