UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                           :

JUNSUB SHIM,                       :

             Plaintiff,       :

                                  :       24 Civ. 9738 (JPC)

     -v-                    :

                                  :        <u>ORDER</u>

LUXURY ASSET CAPITAL, LLC, *et al.*,     :

                                  :

             Defendants.    :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On November 4, 2025, Plaintiff served Defendant Seth Carmichael with copies of the Summons and Complaint.  Dkt. 53.  Carmichael's deadline to respond to the Complaint was therefore November 25, 2025.  *See* Fed. R. Civ. P. 12(a)(1)(A)(i).  That deadline has passed, and the docket does not reflect a response to the Complaint from Carmichael.  Accordingly, the Court extends *sua sponte* Carmichael's deadline to respond to the Complaint until January 9, 2026.  If Carmichael once again fails to respond to the Complaint by his deadline to do so, Plaintiff shall seek a Certificate of Default as to Carmichael by January 16, 2026.

Plaintiff is directed to email a copy of this Order to the address at which Carmichael was served with the Summons and Complaint by December 22, 2025, and to file proof of service on the docket within two days of such service.

     SO ORDERED.

Dated: December 19, 2025
       New York, New York                          JOHN P. CRONAN
                                      United States District Judge