# RIVKIN RADLER LLP
### ATTORNEYS AT LAW

WWW.RIVKINRADLER.COM

25 Main Street
Court Plaza North, Suite 501
Hackensack, N J  07601-7082
T 201.287.2460 F 201.489.0495

**GENE Y. KANG**
Partner
(201) 287-2489
gene.kang@rivkin.com

March 26, 2026

**VIA ECF**
Honorable John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

> Re:  *Junsub Shim v. Luxury Asset Capital, LLC, et al.*
> Case No.: 1:24-cv-09738-JPC
> Our File No.: 14724-1

Dear Judge Cronan:

We represent Plaintiff, Junsub Shim ("Plaintiff") in connection with the above-referenced action. The Court's March 6, 2026 Order (the "Order") directed Plaintiff to serve defendants Seth Carmicahel and the Carmichael Gallery, LLC (collectively, the "Defaulting Defendants") with a copy of the Order via overnight courier and email with a copy of the Order by March 13, 2026. Due to an inadvertent oversight, Plaintiff did not serve Defendants until March 25, 2026. We respectfully request an extension of the deadline in the Order to March 25, 2026. We respectfully submit that no prejudice has resulted from the delay, and no other deadlines or proceedings were affected.

We thank the Court for its attention to this matter.

Respectfully submitted,
**RIVKIN RADLER LLP**

*s/ Gene Y. Kang*
Gene Y. Kang

Plaintiff's extension request is granted *nunc pro tunc*.  The Clerk of Court is respectfully directed to close Docket Number 73.

SO ORDERED.
Date: March 27, 2026
New York, New York

JOHN P. CRONAN
United States District Judge

66 South Pearl Street, 11th Floor
Albany, NY 12207-1533
T 518.462.3000 F 518.462.4199

1301 Riverplace Boulevard
Jacksonville, FL 32207-9047
T 904.792.8925 F 904.467.3461

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555 F 212.687.9044

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100 F 845.473.8777

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333