**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JUNSUB SHIM,

          Plaintiff,

    -against-

LUXURY ASSET CAPITAL, LLC;
LUXURY ASSET CAPITAL HOLDINGS,
LLC; BLCE, LLC D/B/A NEW YORK
LOAN COMPANY; NORA ALETTE
GILLERN; CARMICHAEL GALLERY,
LLC; and SETH CARMICHAEL,

          Defendants.

Civil Action No.: 1:24-cv-09738-JPC

**NOTICE OF MOTION FOR DEFAULT
JUDGMENT AGAINST DEFENDANTS
SETH CARMICHAEL AND
CARMICHAEL GALLERY, LLC**

**TO:  ALL COUNSEL**

    **PLEASE TAKE NOTICE** that at a date and time to be determined by the Court, Plaintiff Junsub Shim ("Plaintiff") through his attorneys herein, will move before the Honorable John P. Cronan, U.S.D.J. at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY 10007 for an Order granting default judgment against defendants Seth Carmichael and Carmichael Gallery, LLC ("Defaulting Defendants") pursuant to Federal Rule of Civil Procedure 55(b)(2) Local Rule 55.2(b), and 3.E of the Court's Individual Rules and Practices for Civil Cases, and further relief as the Court deems just and proper.

    **PLEASE TAKE FURTHER NOTICE** that the Plaintiff will rely upon the Memorandum of Law in Support of Motion for Default Judgment against the Defendants, the Declaration of Gene Y. Kang with Exhibits 1-24, and the Declaration of Junsub Shim with Exhibits A-D.

Dated:  March 27, 2026

By: s/ *Gene Y. Kang*
   Gene Y. Kang
  **RIVKIN RADLER LLP**
  25 Main Street, Suite 501

Court Plaza North
Hackensack, New Jersey 07601
P: (201) 287-2489
F: (201) 489-0495
gene.kang@rivkin.com

-and-

477 Madison Avenue
New York, New York 10022
P: (212) 455-9555
F: (212) 687-9044

*Attorneys for Plaintiff, Junsub Shim*