**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JUNSUB SHIM,<br><br>               Plaintiff,<br><br><br>     -against-<br><br>LUXURY ASSET CAPITAL, LLC;<br>LUXURY ASSET CAPITAL HOLDINGS,<br>LLC; BLCE, LLC D/B/A NEW YORK<br>LOAN COMPANY; NORA ALETTE<br>GILLERN; CARMICHAEL GALLERY,<br>LLC; and SETH CARMICHAEL,<br><br>               Defendants. | Civil Action No.: 1:24-cv-09738-JPC<br><br><br><br>**DEFAULT JUDGMENT** |

**THIS MATTER** having come before the Court by way of motion by Plaintiff Junsub Shim ("Plaintiff") by and through his attorneys, Rivkin Radler LLP, seeking an order granting default judgment against defendants Seth Carmichael and Carmichael Gallery, LLC (collectively, the "Defaulting Defendants") pursuant to Federal Rule of Civil Procedure 55(b)(2) Local Rule 55.2(b), and 3.E of the Court's Individual Rules and Practices for Civil Cases, and for an order granting such other and further relief as the Court deems just and proper and for good cause shown, it is hereby:

on this _____ day of _____, 2026

**ORDERED** that the Plaintiff's Motion for Default Judgment is granted in its entirety against defendants Seth Carmichael and Carmichael Gallery, LLC, jointly and severally; and

**IT IS FURTHER ORDERED** that Judgement is entered in favor of Plaintiff and against Defaulting Defendants, jointly and severally, in the principal amount of $_____,

representing actual, compensatory, and consequential damages on Plaintiff's claims for conversion, breach of contract, and common law fraud; and

**IT IS FURTHER ORDERED** that Judgement is entered in favor of Plaintiff and against Defaulting Defendants, jointly and severally, for pre-judgment interest in the amount of $_____, calculated at a rate of _____% per annum from February 3, 2022 through the date of this Judgment; and

**IT IS FURTHER ORDERED** that Post-Judgement interest shall accrue on the total judgment amount at the federal statutory rate set forth in 28 U.S.C. § 1961 from the date of this Judgment until it is satisfied; and

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to enter judgement accordingly and that this case is dismissed.

_____
HON. JOHN P. CRONAN, U.S.D.J