**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JUNSUB SHIM,

                    Plaintiff,

          -against-

LUXURY ASSET CAPITAL, LLC;
LUXURY ASSET CAPITAL HOLDINGS,
LLC; BLCE, LLC D/B/A NEW YORK
LOAN COMPANY; NORA ALETTE
GILLERN; CARMICHAEL GALLERY,
LLC; and SETH CARMICHAEL,

                    Defendants.

Civil Action No.: 1:24-cv-09738-JPC

**AFFIDAVIT OF SERVICE**

STATE OF NEW JERSEY          )

               S.S.:

COUNTY OF BERGEN          )

**Timothy Gonzalez,** being duly sworn, deposes and says that he is over the age of eighteen years, is an attorney with the law firm, Rivin Radler LLP, and is not a party to this action.

On or about the 25th day of March, 2026, deponent caused to be served **a true copy of the Court's March 6, 2026 Order (ECF No. 72) upon defendants SETH CARMICHAEL and the CARMICHAEL GALLERY, LLC** via e-mail at sethdcarmichael@gmail.com and via overnight courier to the following addresses: 8127 S Brook Forest Rd Unit A, Evergreen, Colorado 80439; 3208 W. Price Ave, Tampa, Florida 33611; and 1624 N. El Paso St. Colorado Springs, Colorado 80907.

_____
Timothy Gonzalez

Sworn to before me this
27 day of March 2026

NOTARY PUBLIC

> **ATIA A. ALLEN**
> Commission # 50114223
> Notary Public, State of New Jersey
> My Commission Expires
> October 08, 2029