UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X
                                  :

JUNSUB SHIM,                       :

           Plaintiff,       :
                                  :         24 Civ. 9738 (JPC)

    -v-                        :
                                  :          ORDER

CARMICHAEL GALLERY, LLC and SETH    :
CARMICHAEL,                     :
                                  :

          Defendants.    :
                                  :
-------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The default judgment hearing scheduled for May 19, 2026, at 2:00 p.m. is adjourned to 4:45 p.m. that same day.  At that time, counsel for all parties should call (855) 244-8681, access code 2302 755 2307.  Plaintiff shall serve Defendants via overnight courier and email with a copy of this Order within one week of the date of this Order.  Within two business days of service, Plaintiff must file proof of such service on the docket.

      SO ORDERED.

Dated: May 6, 2026
      New York, New York                             JOHN P. CRONAN
                                            United States District Judge