

WWW.RIVKINRADLER.COM

25 Main Street
Court Plaza North, Suite 501
Hackensack, N J  07601-7082
T 201.287.2460 F 201.489.0495

**GENE Y. KANG**
Partner
(201) 287-2489
gene.kang@rivkin.com

May 14, 2026

**VIA ECF**
Hon. John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007
CronanNYSDChambers@nysd.uscourts.gov

      Re:    *Junsub Shim v. Luxury Asset Capital, LLC, et al.*
               Case No.: 1:24-cv-09738-JPC

Dear Judge Cronan:

We represent Plaintiff, Junsub Shim ("Plaintiff") in the above-referenced matter. We write in response to the Court's May 13, 2026 Order (D.E. 89) and pursuant to Rule 3.B of the Court's Individual Rules to respectfully request a three-week adjournment of the May 19, 2026 default judgment hearing (D.E. 87). Plaintiff requires additional time to respond to the Court's Order and either supplement the record or seek amendment of the Complaint. Accordingly, Plaintiff respectfully requests that the May 19, 2026 default judgment hearing be adjourned to June 10, 2026, or a date thereafter that is convenient to the Court. This is Plaintiff's first request for an adjournment of this hearing.

We thank the Court for its attention to this matter.

               Respectfully submitted,
               **RIVKIN RADLER LLP**

               *s/ Gene Y. Kang*
               Gene Y. Kang

The default judgment hearing currently scheduled for May 19, 2026 at 4:45 p.m., *see* Dkt. 87, is adjourned *sine die*.  By May 28, 2026, Plaintiff shall file a letter stating his intent whether to supplement the record or seek amendment of the Complaint, as the latter would call for re-filing the default judgment motion.  The Clerk of Court is respectfully directed to close Docket Number 90.

SO ORDERED.
Date: May 14, 2026
New York, New York

JOHN P. CRONAN
United States District Judge

66 South Pearl Street, 11th Floor
Albany, NY 12207-1533
T 518.462.3000 F 518.462.4199

1301 Riverplace Boulevard
Jacksonville, FL 32207-9047
T 904.792.8925 F 904.467.3461

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555 F 212.687.9044

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100 F 845.473.8777

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333