UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
JUNSUB SHIM,                                                        :
                                                                   :
                              Plaintiff,                           :
                                                                   :                24 Civ. 9738 (JPC)
                   -v-                                              :
                                                                   :           **DEFAULT JUDGMENT**
CARMICHAEL    GALLERY,    LLC    and    SETH                        :
CARMICHAEL,                                                        :
                                                                   :
                                                                   :
                              Defendants.                          :
                                                                   :
-------------------------------------------------------------------X

**THIS MATTER** having come before the Court by way of motion by Plaintiff, Junsub

Shim ("Plaintiff"), by and through his attorneys, Rivkin Radler LLP, seeking default judgment

against Defendants, Seth Carmichael and Carmichael Gallery, LLC pursuant to Federal Rule of

Civil Procedure 55(b)(2), Local Rule 55.2(b), and 3.E of the Court's Individual Rules and Practices

for Civil Cases, and for an order granting such other and further relief as the Court deems just and

proper ("Motion for Default Judgment"), and for good cause shown, it is hereby:

**ORDERED** that Plaintiff's Motion for Default Judgment is granted in part and denied in

part;

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Default Judgment is granted

with respect to Count One (Conversion) of the Amended Complaint as against Seth Carmichael;

and Count Four (Breach of Contract) of the Amended Complaint as against Carmichael Gallery,

LLC;

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Default Judgment is denied with

respect to Count One (Conversion) as against Carmichael Gallery, LLC; Count Three (Unjust

Enrichment) as against Seth Carmichael and Carmichael Gallery, LLC; and Count Five (Common

Law Fraud) as against Seth Carmichael and Carmichael, LLC, which are hereby dismissed without prejudice;

**IT IS FURTHER ORDERED** that the Clerk of the Court is hereby directed to enter judgment in favor of Plaintiff and against defendants, Seth Carmichael and Carmichael Gallery, LLC, jointly and severally, in the principal amount of $2,000,000.00, plus pre-judgment interest in the amount of $790,520.55 calculated at a rate of 9% per annum from February 3, 2022 through the date of entry of judgment, plus post-judgment interest at the statutory rate pursuant to 28 U.S.C. § 1961 from the date of entry of judgment until it is satisfied; and

**IT IS FURTHER ORDERED** that the Clerk of the Court is respectfully directed to close this case.

SO ORDERED.

Dated: June 25, 2026
New York, New York

JOHN P. CRONAN
United States District Judge

2